1    EILEEN M. DIEPENBROCK (SBN 119254)
     CHRIS A. McCANDLESS (SBN 210085
2    JONATHAN R. MARZ (SBN 221188)
     DIEPENBROCK ELKIN LLP
3    500 Capitol Mall, Suite 2200
     Sacramento, CA 95814-4413
4    Telephone: (916) 492-5000
     Facsimile: (916) 446-2640
5    ediepenbrock@diepenbrock.com
     cmccandless@diepenbrock.com
6    jmarz@diepenbrock.com

7    Attorneys for Use-Plaintiff / Plaintiff
     URATA & SONS CONCRETE, INC.

8

9                  UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12    UNITED STATES OF AMERICA for the    Case No.
     Use and Benefit of URATA & SONS
13    CONCRETE, INC.,              **COMPLAINT FOR RECOVERY ON**
                                  **MILLER ACT PAYMENT BOND,**
14             Use-Plaintiff / Plaintiff,    **BREACH OF CONTRACT, BREACH**
                                  **OF THE IMPLIED COVENANT OF**
15    v.                                **GOOD FAITH AND FAIR DEALING,**
                                  **AND DECLARATORY JUDGMENT**
16    GILBANE FEDERAL, a California
     corporation; and TRAVELERS          **JURY TRIAL DEMANDED**
17    CASUALTY AND SURETY COMPANY
     OF AMERICA, a Connecticut corporation,
18
            Defendants.
19

20

21        Comes now, UNITED STATES OF AMERICA for the Use and Benefit of URATA &

22 SONS CONCRETE, INC. ("Urata" or "Use-Plaintiff") and Urata ("Plaintiff"), who allege as

23 follows:

24                    **JURISDICTION AND VENUE**

25        1.      This Court has original jurisdiction over the Miller Act claim alleged herein

26 pursuant to 40 U.S.C. §§ 3131-3133 and 28 U.S.C. §§ 1331 and 1352. This Court also has

27 jurisdiction over the declaratory relief claim alleged herein pursuant to 28 U.S.C. § 2201, and

28 jurisdiction over state law causes of action pursuant 28 U.S.C. § 1367.

2.      Venue is proper in this Court pursuant to the Miller Act, 40 U.S.C. § 3133(b)(3), which provides that any civil action brought under the Miller Act must be brought in the name of the United States for the use of the person bringing the action, and must also be brought in the United States District Court for any district in which the contract was to be performed and executed, regardless of the amount in controversy.  The contract at issue was executed for work to be performed in Tracy, California, which is within the Sacramento Division of the United States District Court for the Eastern District of California.  Venue is also proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, in Tracy, California, which is within the United States District Court for the Eastern District of California.

## PARTIES

3.      Use-Plaintiff and Plaintiff Urata, is and at all times relevant herein was, a California corporation in good standing, and a general building contractor, general engineering contractor, and concrete contractor duly registered and licensed by the California State License Board, License No. 640637 (Class B, A, C-8).

4.      Pursuant to the Miller Act, 40 U.S.C. §§ 3131-3133, Urata initiates this lawsuit in the name of the UNITED STATES OF AMERICA, for the benefit of Urata, as "Use-Plaintiff" for claims involving public works of, or contracts with, the United States.  Urata also brings state law claims under supplemental jurisdiction.

5.      Urata is informed and believes, and thereupon alleges, that defendant Gilbane Federal ("Gilbane") is, and at all times relevant herein was, a California corporation, and engaged in the business of a general engineering contractor.

6.      Urata is informed and believes, and thereupon alleges, that defendant Travelers Casualty and Surety Company of America ("Surety") is, and at all times relevant herein was, a corporation organized and existing under the laws of the State of Connecticut, and authorized to act, and has been acting, as a surety company legally authorized to engage in the business of furnishing surety bonds in the State of California and provided and continues to maintain a payment bond relevant to this proceeding as alleged herein.

COMPLAINT FOR RECOVERY ON MILLER ACT PAYMENT BOND, BREACH OF CONTRACT, BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING, AND DECLARATORY JUDGMENT

# FACTUAL BACKGROUND

7.      For more than 40 years, Urata has established itself as a leader in concrete construction.  Urata has significant experience with both public and private construction projects, and is frequently hired for its expertise with large, mission critical, high-profile construction projects.

8.      Urata is informed and believes, and thereupon alleges, that in 2014, Gilbane was awarded and entered into a written design-build construction contract with the United States Army Corps of Engineers ("USACE") for the construction of a "General Purpose Warehouse (WH-59)" at "Defense Distribution Depot San Joaquin," in Tracy, California (the "Project" and the "Prime Contract").  The Prime Contract price was $32,929,672.

9.      Thereafter, on or about May 5, 2015, Urata and defendant Gilbane entered into a written contract, "Subcontract No. J286000001-005" (the "Subcontract"), wherein Urata agreed to perform a concrete scope of work for the Project, as specified by Gilbane, in exchange for payment of $12,574,043.  After various change orders, the Subcontract price became $12,847,583.  A true and correct copy of the Subcontract is attached hereto as Exhibit 1 and incorporated herein by this reference.  Additional contract documents incorporated by reference in the Subcontract (such as the Specifications and Drawing Documents) are voluminous and for that reason are not attached but are incorporated nonetheless as if attached hereto.

10.     Importantly, the Project specifications that existed at the time of Urata's bid and Subcontract set forth that "air entrained concrete" was not required anywhere for the Project.  Thus, Urata's bid to Gilbane, and its Subcontract was consistent with those specifications.

11.     After the Subcontract was executed, Gilbane provided Urata with revised specifications with changes in the concrete specifications.  Specifically, the concrete specifications were changed to require "air entrained concrete".  At the same time, however, a note was included in the specifications stating that "Entrained air should not be used for concrete to be given a smooth, dense, hard-troweled finish because blistering and delamination may occur."  The revised specifications further provided that floor finishes (the warehouse slab on grade) were required to have a hard trowel finish.  Thus, the revised specifications provisions were in conflict.

DIEPENBROCK
ELKIN GLEASON LLP

COMPLAINT FOR RECOVERY ON MILLER ACT PAYMENT BOND, BREACH OF CONTRACT, BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING, AND DECLARATORY JUDGMENT

12.     In March 2016, consistent with the new requirement for air entrained concrete for the Project, Urata submitted air-entrained concrete mix designs to Gilbane, and those mix designs expressly were approved by Gilbane, including for use in areas with a hard trowel finish (the warehouse slab on grade).

13.     Urata notified Gilbane of additional costs associated with the changed concrete specifications.  Additionally, in or about July 2016, Urata expressly alerted Gilbane to the design conflict between the requirements for air entrained concrete and the hard trowel finish described above, and Urata informed Gilbane that Urata would not warrant that work if it was required to install according to the revised specifications.  Gilbane acknowledged Urata's warning and assured Urata that it would review and address the issue with the USACE.  This discussion and acknowledgement was memorialized in a writing dated July 22, 2016.

14.     On or about August 5, 2016, Urata and Gilbane executed Change Order No. 1 to the Subcontract.  This change order included the increased cost for air entrained concrete in the areas that did not require a hard trowel finish.  Based on their prior discussions and written memorialization, Urata and Gilbane excluded from Change Order No. 1 the cost for the air entrained concrete in the warehouse slab on grade, reserving the issue for future adjustment if the specification requirement was not changed.

15.     Urata was scheduled to perform its concrete work from December 2016 to February 2017.  By that time, Urata had not received any notice or direction from Gilbane or otherwise about any revisions to the specifications that deleted the air entrainment requirement from the warehouse slab on grade.  Consequently, Urata began performing its work in accordance with the specifications, including the specifications requiring the use of air-entrained concrete with a hard trowel finish for the warehouse slab on grade.

16.     Gilbane, who Urata is informed and believes, and thereupon alleges, was responsible for quality control on the Project, was fully aware that Urata was placing the warehouse slab on grade in accordance with the specifications and the approved mix design and participated in that placement by observing and approving the installation of approximately 9,000 yards of concrete, delivered in over 900 trucks, every one of which had a delivery ticket advising Gilbane that the

COMPLAINT FOR RECOVERY ON MILLER ACT PAYMENT BOND, BREACH OF CONTRACT, BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING, AND DECLARATORY JUDGMENT

concrete mix included air as required by the specifications provided to Urata; receiving and reviewing the concrete delivery tickets; testing the concrete at the time of delivery for compliance with the approved mix design; and thus signing off on the placement of the concrete in for the warehouse slab on grade.  Further, Urata billed Gilbane for its concrete installation, and Gilbane paid Urata for its work, excluding retention.

17.     Long after completing the warehouse slab on grade work in accordance with its Subcontract, Urata learned that the USACE has asserted to Gilbane that delamination of the slab on grade may be occurring, consistent with the conflict in the revised specifications about which Urata warned Gilbane.  Urata is further informed and believes, and thereupon alleges, that Gilbane investigated this issue without advising or consulting with Urata.

18.     Moreover, long after it completed the warehouse slab on grade work and after it had completed all of its Subcontract work, Urata learned that the USACE actually approved a design change deleting the air entrainment from the warehouse slab on grade and requesting a resubmittal of the concrete mix design, which design change approval the USACE provided to Gilbane on or about July 26, 2016.  Gilbane, however, never conveyed or provided any such approval or design change to Urata in any form and never requested a concrete mix design resubmittal.  Instead, Gilbane permitted Urata to place – and was aware Urata was placing – the warehouse slab on grade concrete in accordance with the only existing, approved mix design submittal, which included the air entrainment.  The first time Urata received a copy of the purported revisions to the concrete specification was October 10, 2017, when it was provided to Urata by the USACE in response to Urata's request.

19.     On August 31, 2017, after Urata had completed the work of its Subcontract, Gilbane issued a purported "Cure Notice" regarding the delamination issue, and directing Urata to "cure and remedy its non-compliant performance."  In response, Urata denied responsibility for the issues, but repeatedly expressed willingness to cooperate and work with Gilbane to reach an acceptable resolution in exchange for a mutually agreeable price.  As part of its response, Urata requested corrective work documentation it understood Gilbane had received from others.  Gilbane failed to provide the requested information.

DIEPENBROCK
ELKIN GLEASON LLP

COMPLAINT FOR RECOVERY ON MILLER ACT PAYMENT BOND, BREACH OF CONTRACT, BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING, AND DECLARATORY JUDGMENT

20.     On or about September 25, 2017, Gilbane issued another purported "Cure Notice" regarding the same issue.  As before, Urata disagreed with Gilbane's attempt to characterize Urata as having responsibility for any delamination, but again expressed willingness to perform additional work to correct any issues, provided Urata is timely paid for its work.

21.     Urata has long completed its Subcontract work in accordance with the specifications and directions received from Gilbane.

22.     Urata estimates that the additional work demanded by Gilbane will cost at least $4-6 million and is likely to take as many as six months or more to complete.  To the extent such work in fact is required in this case, however, Urata is not responsible for covering the additional costs of that work.

23.     Despite having completed its Subcontract in accordance with the specifications provided to it, on September 29, 2017, Gilbane issued a purported "Notice of Termination for Default."  Gilbane also has refused to pay Urata amounts due for work completed.

24.     Despite having completed its Subcontract in accordance with the specifications provided to it, and despite Gilbane's purported Notice of Termination for Default, Urata has remained ready, willing and able to assist Gilbane resolve the purported delamination issues in the slab on grade, subject to reserving its rights and defenses.  Among other things, Urata has submitted a proposal to Gilbane to replace the warehouse slab on grade in response to a request for proposals from Gilbane (excluding demolition), but Urata's proposal was not accepted.

**FIRST CLAIM FOR RELIEF**
**(Miller Act Claim on Payment Bond Against Surety and Gilbane)**

25.     Use-Plaintiff re-alleges and incorporates by reference the allegations of paragraph 1 through 24, inclusive, of this complaint, as though fully set forth herein.

26.     On or about May 5, 2015, Urata and Gilbane entered into a written agreement, the aforementioned Subcontract, whereby Use-Plaintiff Urata agreed to provide work, labor, materials, services, and equipment to Gilbane at, on, or for the Project for the USACE.

27.     Use-Plaintiff is informed and believes and thereon alleges that under 40 USC sections 3131-3133, Gilbane, as principal, and defendant SURETY, as surety, executed and

delivered a payment bond to the United States, Bond No. 006-SB-106144588, whereby said defendants bound themselves jointly and severally for the purpose of allowing a joint action or actions against any or all of them and bound themselves in a sum of money equal to the Prime Contract price in connection with the Project

28.     Use-Plaintiff Urata performed, to the extent it has not otherwise been excused from performing, all the terms, obligations and conditions on its part to be performed under the Subcontract, and provided labor, materials, services, and equipment at the specific request of Gilbane, in the execution of the work required for the Project.

29.     Pursuant to the Subcontract, Gilbane agreed to pay Use-Plaintiff for its work, but has presently failed to pay $2,097,055.30, the principal balance left owing on the Subcontract in connection with the Project.

30.     As a direct and proximate result of Gilbane's failure to timely pay Urata, Use-Plaintiff has suffered damages in the principal sum of at least $2,097,055.30 as of the filing of this Complaint, together with interest thereon at the highest legal rate, plus attorneys' fees and costs according to proof.

31.     Use-Plaintiff Urata is informed and believes, and thereupon alleges, that the payment bond is and was in an adequate sum to cover the claims alleged in this Complaint, and provided that if Gilbane failed to pay for any work, labor, materials, services, and equipment provided at, on, or for the Project and the construction of the work of improvement at the Project, that Surety would pay the same.

32.     After deducting all credits and offsets, and in spite of demand for payment, there is presently still due, owing, and unpaid to Use-Plaintiff Urata the principal sum of $2,097,055.30, together with interest thereon at the highest legal rate and attorneys' fees and costs as provided by statute and the payment bond.

33.     Under the payment bond, defendant Surety is obligated to provide payment to Use-Plaintiff for the labor, services, and materials provided to Gilbane on the Project.  Accordingly, on

///

///

DIEPENBROCK
ELKIN GLEASON LLP     COMPLAINT FOR RECOVERY ON MILLER ACT PAYMENT BOND, BREACH OF CONTRACT, BREACH OF
IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING, AND DECLARATORY JUDGMENT

the failure of Gilbane to compensate Use-Plaintiff for the work performed, defendant Surety is obligated to pay Use-Plaintiff the amount set forth above, plus interest and attorney's fees associated with the collection of said principal amount.

## SECOND CLAIM FOR RELIEF
### (Breach of Contract Against Gilbane)

34.    Urata re-alleges and incorporates by reference the allegations of paragraphs 1 through 33, inclusive, of this complaint, as though fully set forth herein.

35.    Urata and Gilbane are parties to a written agreement, the aforementioned "Subcontract," pursuant to which Urata agreed to perform a concrete scope of work for the Project, as specified by Gilbane, in exchange for payment of $12,574,043, which after various change orders became $12,847,583.

36.    Pursuant to 31 United States Code section 3905 and Federal Acquisition Regulation 52.232-17, the Subcontract further provides that Gilbane will pay interest automatically, without any request from Urata, on any late payments.  Said interest is calculated in accordance with the Office of Management and Budget prompt payment regulations at 5 Code of Federal Regulations part 1315.

37.    Urata performed, to the extent it has not otherwise been excused from performing, all the terms, obligations and conditions on its part to be performed under the Subcontract.

38.    Gilbane breached the Subcontract by failing to pay Urata timely and in full for the materials, labor, services and equipment Urata supplied and performed pursuant to the Subcontract.

39.    As a direct and proximate result of Gilbane's breach, Urata has suffered damages in the amount of $2,097,055.30, interest thereon as allowed by law, and attorneys' fees and costs according to proof.

## THIRD CLAIM FOR RELIEF
### (Breach of Implied Covenant of Good Faith and Fair Dealing Against Gilbane)

40.    Urata re-alleges and incorporates by reference the allegations of paragraphs 1 through 39, inclusive, of this complaint, as though fully set forth herein.

///

DIEPENBROCK
ELKIN GLEASON LLP

COMPLAINT FOR RECOVERY ON MILLER ACT PAYMENT BOND, BREACH OF CONTRACT, BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING, AND DECLARATORY JUDGMENT

41.     In all contracts there is an implied covenant of good faith and fair dealing by the parties thereto not to do anything which will deprive the other party of the benefits of the contract. By virtue of this, the Subcontract contains an implied covenant of good faith and fair dealing that obligated Gilbane to perform the terms and conditions of the Subcontract fairly and in good faith, and to refrain from doing any act that would deprive Urata of the benefits of the Subcontract.

42.     Urata has performed or been excused from performing each and every obligation as required by the Subcontract.

43.     By breaching the Subcontract through the conduct alleged above, Gilbane has unfairly interfered with Urata's right to receive the benefits of the Subcontract.  Also, by failing to provide Urata with the USACE's approval of a design change deleting the air entrainment from the warehouse slab on grade, having Urata proceed to place the warehouse slab on grade concrete with the air entrainment notwithstanding Gilbane's possession of the approval of the design change and despite Urata's warning about the concrete specifications as described above, signing off on the placement of the concrete for the warehouse slab on grade with the air entrainment as described above, paying Urata for this work (excluding retention), thereafter wrongfully issuing cure notices to Urata to remove and replace the warehouse slab on grade concrete, and wrongfully terminating Urata, Gilbane has acted unfairly and in bad faith to frustrate the benefits Urata was to receive under the Subcontract.

44.     As a direct and proximate result of Gilbane's breach of the implied covenant of good faith and fair dealing, Urata has suffered damages in the amount of $2,097,055.30, interest thereon as allowed by law, and attorneys' fees and costs according to proof.

## FOURTH CLAIM FOR RELIEF
### (Declaratory Judgment Against Gilbane)

45.     Urata re-alleges and incorporates by reference the allegations of paragraphs 1 through 44, inclusive, of this complaint, as though fully set forth herein.

46.     An actual controversy exists between Urata and Gilbane.  Urata contends that: i) the Notices to Cure issued by Gilbane, and the work Gilbane has demanded that Urata perform to correct alleged concrete issues caused by Gilbane's own failures, is not work required under to be

1  performed by Urata under the Subcontract, and ii) Gilbane's purported termination of Urata for

2  "default" because of Urata's refusal to perform such work on the terms proposed by Urata, *i.e.*, free

3  of charge, was not permitted under the Subcontract and was wrongful.   Gilbane's purported

4  termination for default impairs and will continue to impair Urata's ability to bid on future public

5  works projects, which represents a significant portion of Urata's business and income.

6          47.    Conversely, Urata is informed and believes, and thereupon alleges, that Gilbane

7  contends that: i) the work it demanded in its Notices to Cure to Urata is work required under the

8  Subcontract, ii) Gilbane has a contractual right to compel Urata to do the identified work, free of

9  charge, and iii) Gilbane's purported termination of Urata for "default" was not wrongful.

10         48.    Therefore, Urata seeks a declaration that:

11                 a.     The work Gilbane demanded that Urata perform to correct the concrete

12                        issues is not work required under the Subcontract; and

13                 b.     Gilbane's purported termination for "default" of Urata was and is wrongful.

14         49.    Gilbane's purported termination for default impairs and will continue to impair

15  Urata's ability to bid on future public works projects, which represents a significant portion of

16  Urata's business and income.

17                              **PRAYER FOR RELIEF**

18         Urata therefore prays for relief as follows:

19         1.     For damages in the principal sum of $2,097,055.30, as well as interest thereon as

20  allowed by law;

21         2.     For execution on all payment bonds referenced herein;

22         3.     For a declaratory judgment that:

23                 a.     The work Gilbane demanded that Urata perform to correct the concrete

24                        issues is not work required under the Subcontract; and

25                 b.     Gilbane's purported termination for "default" of Urata was and is wrongful.

26         4.     For consequential and resulting damages according to proof;

27         5.     For attorneys' fees and costs of suit; and

28

COMPLAINT FOR RECOVERY ON MILLER ACT PAYMENT BOND, BREACH OF CONTRACT, BREACH OF
IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING, AND DECLARATORY JUDGMENT

1     6.     For such other and further relief as the Court may deem just and proper.

2

3    Dated:  December 18, 2017               DIEPENBROCK ELKIN GLEASON LLP

4

5                                          By: _/s/ Eileen M. Diepenbrock_____
                                              Eileen M. Diepenbrock
6                                             Chris A. McCandless
                                              Jonathan R. Marz
7                                          Attorneys for Use-Plaintiff/Plaintiff,
                                           Urata & Sons Concrete, Inc.

8

9                          **DEMAND FOR JURY TRIAL**

10         Urata hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil

11   Procedure.

12
                                           DIEPENBROCK ELKIN GLEASON LLP
13

14                                         By: _/s/ Eileen M. Diepenbrock_____
                                              Eileen M. Diepenbrock
15                                            Chris A. McCandless
                                              Jonathan R. Marz
16                                         Attorneys for Plaintiff, Urata & Sons Concrete, Inc.

17

18

19

20

21

22

23

24

25

26

27

28

DIEPENBROCK
ELKIN GLEASON LLP

COMPLAINT FOR RECOVERY ON MILLER ACT PAYMENT BOND, BREACH OF CONTRACT, BREACH OF
IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING, AND DECLARATORY JUDGMENT

Exhibit 1



**SUBCONTRACT NO. J286000001-005**

| Subcontractor: | | Contractor/Buyer: | Contact: | |
|---|---|---|---|---|
| Name: | Urata and Sons Concrete, Inc. | Gilbane Federal | Buyer: | D. Noelle Stevens |
| Address: | 3430 Luyung Drive | 2730 Shadelands Drive | E-mail: | dstevens1@gilbaneco.com |
| | Rancho Cordova, CA 95742 | Walnut Creek, CA 94598 | Phone: | (310) 832-2600 x.4954 |
| Phone: | (916) 638-5364 | Telephone: (925) 946-3100 | Fax: | (310) 832-2606 |
| Fax: | (916) 638-4375 | Contractor's License No.: 702708A-HAZ | Web Site: | www.gilbanefederal.com |

| Subcontractor's Authorized Representative: | | TOTAL SUBCONTRACT AMOUNT: $12,574,043.00 | | |
|---|---|---|---|---|
| Name: | Jim | TWELVE MILLION FIVE HUNDRED SEVENTY FOUR THOUSAND FORTY THREE DOLLARS AND NO/CENTS | | |
| Title: | Representative | Contract Type: Firm Fixed Price | Liquidated Damages: Yes | $2,337.00 |
| E-mail: | jim@urataconcrete.com | Payment Terms: Pay When Paid-Net 7 | Retention Applied: Yes-10% | |
| | | Payment & Performance Bonds: Yes | DPAS Rating: No Rating | |
| | | Applicable Wage Decision: Davis Bacon Act | Number: CA140029 06202014 CA29 | |
| | | Period of Performance: Begin: March 3, 2015 | End: April 1, 2016 | |

| Attach. | Table of Contents: This Subcontract consists of this cover page and the following documents: |
|---|---|
| A | Statement of Work dated February 20, 2015 |
| B | Price Schedule dated March 19, 2015 |
| C | Gilbane Federal General Conditions Construction |
| D | Federal Acquisition Regulation (FAR) and Other Flow down Clauses |
| E | Prevailing Wage Determination No. **CA140029 06202014 CA29**, Certified Payroll Requirements |
| F | Conditional and Unconditional Progress and Final Payment Release Forms |
| G | Payment Application Form |

**Invoicing Requirements**

Invoices must reference the above Subcontract Number and be submitted with an executed release form. All invoices are to be emailed to Accounts Payable at GF_AP@gilbaneco.com

**Special Provisions**

Reserved.

**Notice to Proceed**

Subcontractor may not begin work without a fully executed Subcontract, Payment & Performance Bonds and COI naming Gilbane Federal as additional insured.

| Prime Contract | Delivery Location | Project Manager/Technical Representative | |
|---|---|---|---|
| Contract Number: W91238-14-C-0049 | 25600 South Chrisman Rd, Bldg 100, Rm8 Tracy, Ca 95304 | Name: | G. Jerry Jones |
| TO/DO Number: 00001 | | Phone: | 408-569-7224 |
| Gilbane Federal Client: | | E-mail: | GJones@gilbaneco.com |
| Government | | | |

**Signatures**

This Subcontract is executed effective upon signature by both parties.

| Urata & Sons | Gilbane Federal |
|---|---|
| By: _(signature)_ 5·5·15 | |
| Signature                     Date | |
| _Charles A. Urata   President_ | Penny Battles        Sr. Director of Procurement |
| Printed Name                 Title | Printed Name         Title |

SK Form Revised 1/28/14



# ATTACHMENT A: STATEMENT OF WORK
# C.I.P. CONCRETE & PRE-CAST CONCRETE PANELS

### February 20, 2015

### GILBANE FEDERAL – URATA & SONS CONCRETE, INC.

### Subcontract No. J286000001-005

TRACY DDJC GENERAL PURPOSE WAREHOUSE

### GILBANE FEDERAL Prime Contract No.
### W91238-14-C-0049

## 1. Project & Subcontractor's Work Summary:

GILBANE FEDERAL has been awarded a Prime Contract task order (Contract No.: W91238-14-C-0049) by its Client, USACE, for Construction of General Purpose Warehouse at DDJC Tracy, California (the Project). The objective of the Project is to construct a new general purpose warehouse per the design-build drawings & specifications.

URATA & SONS CONCRETE, INC. (Subcontractor) shall, pursuant to its Subcontract with GILBANE FEDERAL, provide all labor, materials and equipment to complete the Concrete and Precast Tilt-Up Panel Construction Services identified in the plans and specifications to be able to construct Building 59 as required of GILBANE FEDERAL by GILBANE FEDERAL's Prime Contract task order (Work), as further described in this Statement of Work (SOW). This SOW describes the Work to be performed by Subcontractor on the Project.

## 2. Applicable Codes & Standards:

Subcontractor shall identify and comply with all applicable federal, state, and local statutes; all Tracy DDJC Building/Design Standards; all Defense Distribution Depot San Joaquin, Ca Installation Design Guide; and all codes and standards listed in the SOW Documents. In case of conflict between any codes, standards, laws, ordinances, rules, and regulations or within any document itself, the more stringent-to-Subcontractor requirement shall govern.



## 3.  SOW Documents:

Subcontractor shall perform all Work required to complete the Project in strict accordance with the following described documents **(SOW Documents)**, which are hereby **incorporated** into this SOW and shall apply to the Work

### A.  **Referenced/Completed** SOW Documents:

1. **Attachment A.1** – US Army Corps of Engineers Volume 01 dated 18 February 2014.
2. **Attachment A.2** - US Army Corps of Engineers Volume 02 Project Specifications dated 18 February 2014.
3. **Attachment A.3** – Addendum 01 Summary of Changes
4. **Attachment A.4** – Addendum 02 Summary of Changes
5. **Attachment A.5** – Addendum 03 Summary of Changes
6. **Attachment A.6** – Addendum 05 Summary of Changes
7. **Attachment A.8** – Addendum 06 Summary of Changes
8.

### B.  **Referenced/Completed** Specifications and Drawings Documents not attached herein:

1. General Purpose Warehouse drawings provided to subcontractor via Gilbane FTP site Dated 05 February 2015.

2. Addendum #01 specifications provided to subcontractor via Gilbane FTP site.

3. Addendum #02 Specifications provided to subcontractor via Gilbane FTP site Date 22 May 2014.

4. Addendum #03 Specifications provided to subcontractor via Gilbane FTP site Date 06 June 2014.

5. Addendum #05 Specifications provided to subcontractor via Gilbane FTP site Date 23 June 2014.

6. Addendum #06 Specifications provided to subcontractor via Gilbane FTP site Date 02 July 2014.

7. Questions and Answers Dated 02 July 2014.

Subcontractor acknowledges receipt and review of all attached and referenced/completed SOW Documents. Furthermore, Subcontractor agrees to be fully bound by all SOW Documents to be later provided.



## 4. Detailed Subcontractor Work Description:

Except as expressly excluded below in **Section 5**, Subcontractor shall perform **ALL** work required of GILBANE FEDERAL by GILBANE FEDERAL's Prime Contract task order, including all SOW documents. Such Work includes but is not limited to the following:

Subcontractor shall perform all work required to complete the following tasks described in more detail in the Prime Contract SOW (Attachment A.1):

1. Building & Tilt-Up Panels
2. Form, place & finish slab on grade
3. Form, place & finish panels
4. Truck Apron(s)
5. Truck Trailer Parking Lot(s)
6. General Purpose Room
7. Excavation of footings
8. Fine grading as required
9. Install panel weld plates & anchor bolts (furnished by others)
10. Panel Engineering
11. Panel Grout
12. Erection of Tilt-Up Panels
13. Reveals as shown on architectural elevations
14. Sawcutting of slab on grade control joints

## 5. Exclusions

Subcontractor is not obligated to perform the following tasks:

1. Any and all drilling, jackhammering or blasting of rock, any tree roots, stumps, etc. at footing excavation not removable by normal backhoe operation to be excavated by others.
2. Survey for building corners and column lines.
3. All sitework and offsite work.
4. All slab on grade sub grade by others to +/- ½ of .1'.
5. Pad certification.
6. Discoloration resulting from curing blankets, protective coverings or thermal protection is inherent in the use of these products. Any resulting remedial work or costs are excluded.
7. Off haul of footing excavation spoils (to be stockpiled on site).
8. Over excavation and engineered or lean concrete fill.
9. Any and all mass excavation and backfill.
10. Any and all rebar, reinforcing, rebar safety caps, wire mesh, slab dowels, anchor bolt ties, etc.
11. Testing, permits and inspections.
12. Adverse weather conditions (rain, snow, high winds, freezing temperatures & heat). If Contractor directs Urata to commence or continue with a pour, Contractor will be responsible for additional overtime, damage to or repair of that work.



13. Weather protection, dust control and water truck.
14. Dewatering or mucking of mud/rain water.
15. All embeds furnished by others (set by Urata). Courtesy holes for all embeds to be provided by others per Urata's review for size and location.
16. Unloading and storing of embeds.
17. Layout and shopdrawings for all bolt locations provided to Urata by others.
18. Concrete and aggregate thicknesses and requirements per structural drawings only.
19. Panel pick steel reinforcing.
20. Panel strongbacks if required for lifting.
21. All MEP layout, embeds, blockouts, etc, by MEP subcontractor.
22. All panel ledgers to be of such size and weight to be handled by two men. Urata to wetset ledgers, furnished by others.
23. Column anchor bolts. Urata to receive one (1) anchor bolt template for each pattern
24. Concrete slump to be per specs at point of placement.
25. All slab penetrations to be held 1/8" below finish floor for casting of panels.
26. All waterproofing, drain boards, drain pipe, drain rock, insulation, waterstop or like products, etc…by others.
27. Slab tolerance shall be checked within 24 hours of pour as per ACI. Urata and Sons will not be responsible for heaving or settlement of slabs beyond the 24 hour period.
28. Urata & Sons Cement, Inc. is not responsible for concrete slab cracking which is a natural occurring event which is caused by many factors beyond Urata's control.
29. Floor sealer.
30. Welding of panel connections.
31. Panel caulking and sealing.
32. All Hilti hit anchors, epoxy, joists and girders installed by others.
33. Tilt-up sacking and patching at interior and exterior locations where covered by other materials.
34. Backfill at exterior panels by others.
35. General Contractor to provide traffic control, lane or street closures, signs, barricades and the like.
36. Roof curbs and mechanical pads.
37. Bid based on one (1) move in only. Added move ins to be at additional cost.
38. All CMU work including fill, caps, grout pockets, bond beams, beam pockets, dovetail slots, embeds, etc.
39. Any and all items not specifically included in this proposal are specifically excluded.
40. All under slab A.B. by others (Placed and Grading)

SITEWORK EXCLUSIONS:
1. All sitework other than truck aprons and truck trailer parking areas are excluded.



SPECIFIC PROVISIONS: - GENERAL CONTRACTOR TO PROVIDE:

1. Layout and benchmarks as required; permanent control points to be maintained at each level, or as required.
2. Temporary water supply, toilets and electrical power for hand tools at convenient locations within 100 feet.
3. Necessary dewatering and removal of rainwater, and weather protection.
4. Access into jobsite for delivery of materials.
5. The contractor shall furnish all temporary site facilities including suitable storage space, hoisting, if necessary, temporary electrical and water at no cost to Urata.
6. All safety items for the protection of all personnel on the job as required by (NEV/DOSH- CALIOSHA), such as but not limited to guardrails, barricades and/or covers for openings in floors, temporary stairs, and safe access to working areas.
7. Engineered pad to be (+/-) 0.05' (foot) sub-grade for all levels.
8. Access ladders, stairs and temporary lighting at each level.
9. Urata's exposed formwork shall conform to ACI 347 - "Class B" standards, +/- 1/4". All costs incurred to bring slab soffit finish beyond "Class B" shall be by General Contractor.
10. The General Contractor shall provide sufficient unobstructed space for erection and removal of forms. Where same extends below grade, to top of footings, General Contractor shall maintain such working space in dry condition until all such forms are removed.
11. Urata erection crews will dispose of their own bulk formwork debris into General Contractor supplied dumpster, and will not be responsible for pro-rata clean-up charges. Dumpster to be furnished by General Contractor. Sweep able material to be removed by others.
12. Benchmarks and elevations are to be provided at each level by others and should be clearly marked on walls and columns at each level.
13. Proposal is based on straight time only. No allowance has been made for overtime.

## 6. Schedule & Liquidated Damages:

### A. Schedule

The Subcontractor is required to initiate mobilization to the Site no more than seven (7) days after receiving GILBANE FEDERAL's Notice to Proceed (NTP). Subcontractor shall fully complete the Work within the time provided in the Subcontract Schedule, and/or before April 1, 2016, whichever requires the earliest completion date.

In addition to complying with the above Schedule and completion requirements, Subcontractor shall perform the Work to meet the following milestones during the Work:

1. Completion of April 1, 2016.



**B. Liquidated Damages**

If Subcontractor has not completed all Work by the above required dates, Subcontractor shall be liable for Liquidated Damages in the amount of $2,337.00 (Two Thousand Three Hundred Thirty Seven Dollars and Zero Cents) per calendar day, excluding Sundays, until the Work is fully completed and accepted. Subcontractor agrees that these Liquidated Damages are fair, utilized to compute an amount otherwise difficult to compute, and not a penalty.

## 7. Required Submittals and Document Deliverables:

In addition to any other submittal and/or document deliverable required by the Subcontract, Subcontractor must provide the items listed below within the indicated times:

1. Prior to Notice to Proceed (NTP) and within seven (7) days after Subcontract execution, Subcontractor must provide the following documents:
   A. Insurance Certificates in accordance with **Section 5** of GILBANE FEDERAL's Subcontract General Conditions
   B. 100% Payment / Performance Bond in accordance with **Section 9** of SOW below
   C. Copy of Subcontractor's Contractor's License for State of California
   D. GILBANE FEDERAL New Supplier / Subcontract Form
   E. Federal SF1413 Statement and Acknowledgement Form
   F. FFATA Form (for subcontract values $25,000 and over)
   G. Federal Representations & Certifications Form

**A.** Within seven (7) days after the Project Kick-Off meeting, Subcontractor must provide the following <u>key Project Submittals</u> **(in print, 5 copies and in PDF electronic file):**

1. Vendor Material Submittals, specifically including but not limited to the following
2. Material Safety Data Sheets (MSDS)
3. Seller's or Manufacturer's warranty for supplies/equipment/products/installation
4. Materials & Equipment Certifications, Test Reports, Catalog Cut Sheets, etc.
5. Equipment Inspection Report
6. Copies of Certified Weight Tickets to be sent to GILBANE FEDERAL
7. Certificate of Disposal or Recycling to be sent to GILBANE FEDERAL

**B.** At regularly defined intervals during the Project Work and in addition to other requirements hereunder, Subcontractor must submit to GILBANE FEDERAL weekly Certified Payroll reports and daily reports that document the progress for each day, as well as reports reflecting required safety meeting, inspections, personnel on site, and equipment and manpower.



**C.** Within ten (10) days of completion of all field work, the Subcontractor is required to provide the following project documentary deliverables before close-out of the work:

1. Operation & Maintenance Manual(s)
2. Warranty Documents
3. Test Reports
4. Surveys
5. Technical data produced during construction

## 8. Wage Decision

Subcontractor shall fully comply with the following DAVIS-BACON wage decision applicable to this project: General Decision Number CA140029 06/20/2014 CA29

## 9. Bonding:

Subcontractor shall furnish Performance and Payment Bonds, each in the amount of one hundred percent (100%) of the total Firm Fixed Price of the Subcontract Work, as security for the faithful performance and payment of all Subcontractor's Work. These bonds shall remain in effect until at least one year after final completion of the Subcontract Work, except as otherwise provided by law. All Bonds signed by an agent must be accompanied by a certified copy of that agent's authority to act. Failure to timely submit the required Bonds will be grounds for annulment of Subcontract award or Termination for Default, whichever may apply. All costs of Performance and Payment Bonds are included in Subcontractor pricing as shown on the Pricing Schedule.

## 10. Supplemental Site and Other Information:

A. Subcontractor shall provide GILBANE FEDERAL the list of personnel and personal information for (Base) badge issuance. – at Tracy DDJC, CA

B. Subcontractor employees shall follow all site access and security instructions for Tracy DDJC, CA and to obtain site access all employees must have on hand a valid driver's license and current vehicle registration and insurance for vehicles entering the site. Strict compliance with facility security requirements is mandatory. Violations of security requirements shall be cause for this Subcontract to be terminated.

C. Subcontractor, when inside the Base, shall comply with Tracy DDJC traffic regulations as discussed at the pre-construction meeting.

D. Subcontractor shall use parking areas designated for the Project for personal vehicle parking.



E. Subcontractor shall provide its own water, electricity, sanitation, HVAC, lay down and staging areas, and office facilities.

F. Upon GILBANE FEDERAL requests, qualified representatives of Subcontractor shall attend any and all meetings at times required by GILBANE FEDERAL.

## 11. Health & Safety:

Subcontractor shall perform all Work in strict accordance with GILBANE FEDERAL's Project and general Health and Safety Plans, this Subcontract and the GILBANE FEDERAL General Terms and Conditions, specifically including but not limited the following (as applicable):

A. Report all incidents, accidents, injuries, and near misses immediately to GILBANE FEDERAL's Project Superintendent and provide input to GILBANE FEDERAL's investigation of the same.

B. Provide a Material Safety Data Sheet (MSDS) to GILBANE FEDERAL for materials provided by the Subcontractor that are regulated by the Hazard Communication Standard (29 CFR 1910.1200).

C. Provide first aid-kits and a crewmember that is first aid trained.

D. Immediately provide to the GILBANE FEDERAL Project Superintendent and Project Manager a copy of any citation or notice of violation issued to the Subcontractor that is related to Project Work, and a copy of the Subcontractor's corrective action plan.

## 12. Rules of Interpretation for Incorporated Prime Contract Documents:

When reading or interpreting any part of Prime Contract documents (e.g. GILBANE FEDERAL's Prime Contract Statement of Work (SOW)) or any other documents submitted by Client to GILBANE FEDERAL, which are incorporated into this SOW as **SOW Documents**, the following shall apply:

Department of Defense, DOD, Contracting Officer, USACE, Contracting Officer's Representative (COR), and Contracting Officer's Technical Representative (COTR) etc. shall all read as **GILBANE FEDERAL.**

Contractor shall all read as **Subcontractor.**

Any exceptions to these SOW rules of interpretation must be provided by GILBANE FEDERAL in writing (e-mail from GILBANE FEDERAL's PM acceptable for these purposes), specifically stating that the writing "...is intended to be a specific exception to the general rules of interpretation of the Subcontract SOW."

Provided where Prime Contract requirements by their nature apply only to GILBANE FEDERAL as the Prime Contractor, GILBANE FEDERAL may determine such requirements do not apply to the Subcontractor.

 

**ATTACHMENT B**
**PRICE SCHEDULE OF VALUES**
March 19, 2015
**URATA**
Subcontract No. J286000001-005
General Purpose Warehouse
Tracy, CA

| Phase Code | Category | Description | Qty | Unit | Unit Price | Original Amount |
|---|---|---|---|---|---|---|
| | | **LABOR** | | | | |
| A.00.0403050 | Pre-Construction/Start Up | Pre-Construction | 1 | LS | $50,000.00 | $50,000.00 |
| A.00.0403050 | Pre-Construction/Start Up | Submittals | 1 | LS | $30,000.00 | $30,000.00 |
| A.00.0403050 | Pre-Construction/Start Up | Mobilization | 1 | LS | $25,000.00 | $25,000.00 |
| A.00.0403050 | Allowances | Dewatering | 1 | LS | $42,500.00 | $42,500.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Building Foundations | 1 | LS | $345,339.00 | $345,339.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Panel Deadmen | 1 | LS | $43,321.00 | $43,321.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Panel Casting Slab | 1 | LS | $504,491.00 | $504,491.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Tilt-Up Panels | 1 | LS | $1,460,553.00 | $1,460,553.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Panel Sacking | 1 | LS | $391,642.00 | $391,642.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Slab on Grade | 1 | LS | $605,952.00 | $605,952.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Dock Levelors | 1 | LS | $32,027.00 | $32,027.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Truck Stalls | 1 | LS | $68,978.00 | $68,978.00 |
| A.00.0403050 | Warehouse 59 - Admin Yard | Foundation | 1 | LS | $14,032.00 | $14,032.00 |
| A.00.0403050 | Warehouse 59 - Admin Yard | Slab on Grade | 1 | LS | $8,778.00 | $8,778.00 |
| A.00.0403050 | Warehouse 59 - Admin Yard | Housekeeping Pads | 1 | LS | $1,532.00 | $1,532.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Foundations | 1 | LS | $6,224.00 | $6,224.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Slab on Grade | 1 | LS | $1,156.00 | $1,156.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Cast-in-place Stairs | 1 | LS | $72,790.00 | $72,790.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Bollards | 1 | LS | $19,419.00 | $19,419.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Ext Truck & Handicap Ramp Walls | 1 | LS | $142,726.00 | $142,726.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Ext. Truck & Handicap Ramp Slab | 1 | LS | $6,365.00 | $6,365.00 |
| A.00.0403050 | Warehouse 59 - Bid Options | Truck Aprons, Incl Rebar - Option #2 | 1 | LS | $128,257.00 | $128,257.00 |
| A.00.0432050 | Warehouse 59 - Bid Options | Truck Trailer Pkg, Incl Rebar - Option #1 | 1 | LS | $232,604.00 | $232,604.00 |
| A.00.0432050 | Warehouse 59 - Bid Options | Truck Trailer Pkg, Incl Rebar - Option #2 | 1 | LS | $269,165.00 | $269,165.00 |
| | | | | | **SUBTOTAL** | **$4,502,851.00** |
| | | | | | | |
| | | **MATERIALS** | | | | |
| A.00.0403050 | Allowances | Dewatering | 1 | LS | $5,000.00 | $5,000.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Building Foundations | 1 | LS | $317,553.00 | $317,553.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Panel Deadmen | 1 | LS | $110,839.00 | $110,839.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Panel Casting Slab | 1 | LS | $391,415.00 | $391,415.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Tilt-Up Panels | 1 | LS | $855,731.00 | $855,731.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Panel Sacking | 1 | LS | $28,613.00 | $28,613.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Slab on Grade | 1 | LS | $2,063,193.00 | $2,063,193.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Dock Levelors | 1 | LS | $9,636.00 | $9,636.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Truck Stalls | 1 | LS | $70,364.00 | $70,364.00 |
| A.00.0403050 | Warehouse 59 - Admin Yard | Foundations | 1 | LS | $7,973.00 | $7,973.00 |
| A.00.0403050 | Warehouse 59 - Admin Yard | Slab on Grade | 1 | LS | $14,612.00 | $14,612.00 |
| A.00.0403050 | Warehouse 59 - Admin Yard | Housekeeping Pads | 1 | LS | $471.00 | $471.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Foundation | 1 | LS | $3,050.00 | $3,050.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Slab on Grade | 1 | LS | $2,864.00 | $2,864.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Cast-in-place Stairs | 1 | LS | $20,500.00 | $20,500.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Bollards | 1 | LS | $8,742.00 | $8,742.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Ext Truck & Handicap Ramp Walls | 1 | LS | $47,376.00 | $47,376.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Ext. Truck & Handicap Ramp Slab | 1 | LS | $11,588.00 | $11,588.00 |
| A.00.0403050 | Warehouse 59 - Bid Options | Truck Aprons, Incl Rebar - Option #2 | 1 | LS | $266,381.00 | $266,381.00 |
| A.00.0432050 | Warehouse 59 - Bid Options | Truck Trailer Pkg, Incl Rebar - Option #1 | 1 | LS | $481,067.00 | $481,067.00 |
| A.00.0432050 | Warehouse 59 - Bid Options | Truck Trailer Pkg, Incl Rebar - Option #2 | 1 | LS | $556,681.00 | $556,681.00 |
| | | | | | **SUBTOTAL** | **$5,273,649.00** |
| | | | | | | |
| | | **EQUIPMENT** | | | | |
| A.00.0403050 | Allowances | Dewatering | 1 | LS | $2,500.00 | $2,500.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Building Foundations | 1 | LS | $53,984.00 | $53,984.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Panel Deadmen | 1 | LS | $4,293.00 | $4,293.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Panel Casting Slab | 1 | LS | $144,606.00 | $144,606.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Tilt-Up Panels | 1 | LS | $21,129.00 | $21,129.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Panel Sacking | 1 | LS | $26,825.00 | $26,825.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Slab on Grade | 1 | LS | $44,338.00 | $44,338.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Dock Levelors | 1 | LS | $505.00 | $505.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Truck Stalls | 1 | LS | $12,305.00 | $12,305.00 |
| A.00.0403050 | Warehouse 59 - Admin Yard | Foundations | 1 | LS | $342.00 | $342.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Foundation | 1 | LS | $144.00 | $144.00 |



**ATTACHMENT B**
**PRICE SCHEDULE OF VALUES**
March 19, 2015
**URATA**
Subcontract No. J286000001-005
General Purpose Warehouse
Tracy, CA

| Phase Code | Category | Description | Qty | Unit | Unit Price | Original Amount |
|---|---|---|---|---|---|---|
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Cast-in-place Stairs | 1 | LS | $1,089.00 | $1,089.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Bollards | 1 | LS | $4,097.00 | $4,097.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Ext Truck & Handicap Ramp Walls | 1 | LS | $5,397.00 | $5,397.00 |
| A.00.0403050 | Warehouse 59 - Bid Options | Truck Aprons, Incl Rebar - Option #2 | 1 | LS | $6,005.00 | $6,005.00 |
| A.00.0432050 | Warehouse 59 - Bid Options | Truck Trailer Pkg, Incl Rebar - Option #1 | 1 | LS | $2,266.00 | $2,266.00 |
| A.00.0432050 | Warehouse 59 - Bid Options | Truck Trailer Pkg, Incl Rebar - Option #2 | 1 | LS | $2,622.00 | $2,622.00 |
| | | | | | **SUBTOTAL** | **$332,447.00** |
| | | | | | | |
| | | **SUBCONTRACTOR** | | | | |
| A.00.0403050 | Pre-Construction/Start Up | Submittals | 1 | LS | $20,000.00 | $20,000.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Building Foundations | 1 | LS | $77,007.00 | $77,007.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Panel Deadmen | 1 | LS | $36,686.00 | $36,686.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Panel Casting Slab | 1 | LS | $46,752.00 | $46,752.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Tilt-Up Panels | 1 | LS | $303,732.00 | $303,732.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Slab on Grade | 1 | LS | $242,381.00 | $242,381.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Dock Levelors | 1 | LS | $3,717.00 | $3,717.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Truck Stalls | 1 | LS | $21,664.00 | $21,664.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Rebar-Foundation | 1 | LS | $105,000.00 | $105,000.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Rebar-Tilt Panels | 1 | LS | $945,000.00 | $945,000.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Rebar-Slab on Grade | 1 | LS | $315,000.00 | $315,000.00 |
| A.00.0403050 | Warehouse 59 - Main Bldg | Rebar-Truck Stalls | 1 | LS | $10,500.00 | $10,500.00 |
| A.00.0403050 | Warehouse 59 - Admin Yard | Foundations | 1 | LS | $433.00 | $433.00 |
| A.00.0403050 | Warehouse 59 - Admin Yard | Slab on Grade | 1 | LS | $2,201.00 | $2,201.00 |
| A.00.0403050 | Warehouse 59 - Admin Yard | Rebar-Foundation | 1 | LS | $18,900.00 | $18,900.00 |
| A.00.0403050 | Warehouse 59 - Admin Yard | Rebar-Slab on Grade | 1 | LS | $16,800.00 | $16,800.00 |
| A.00.0403050 | Warehouse 59 - Admin Yard | Rebar-HK Pads | 1 | LS | $4,200.00 | $4,200.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Foundations | 1 | LS | $173.00 | $173.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Slab on Grade | 1 | LS | $167.00 | $167.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Cast-in-place Stairs | 1 | LS | $4,655.00 | $4,655.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Ext Truck & Handicap Ramp Walls | 1 | LS | $4,398.00 | $4,398.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Ext. Truck & Handicap Ramp Slab | 1 | LS | $768.00 | $768.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Rebar-Foundation | 1 | LS | $18,900.00 | $18,900.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Rebar-Slab on Grade | 1 | LS | $10,500.00 | $10,500.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Rebar-CIP Stairs | 1 | LS | $1,050.00 | $1,050.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Ext Truck Ramp Walls | 1 | LS | $7,350.00 | $7,350.00 |
| A.00.0403050 | Warehouse 59 - Fire Riser Rooms | Ext. Truck Ramps | 1 | LS | $8,400.00 | $8,400.00 |
| A.00.0403050 | Warehouse 59 - Bid Options | Truck Aprons, Incl Rebar - Option #2 | 1 | LS | $28,311.00 | $28,311.00 |
| A.00.0403050 | Warehouse 59 - Bid Options | Truck Trailer Pkg, Incl Rebar - Option #1 | 1 | LS | $39,271.00 | $39,271.00 |
| A.00.0432050 | Warehouse 59 - Bid Options | Truck Trailer Pkg, Incl Rebar - Option #2 | 1 | LS | $45,443.00 | $45,443.00 |
| | | | | | **SUBTOTAL** | **$2,339,359.00** |
| | | | | | | |
| | | **OTHER** | | | | |
| A.00.0403050 | Pre-Construction/Start Up | Bond | 1 | | $125,740.00 | $125,740.00 |
| | | | | | Subtotal | **$12,574,046.00** |
| | | | | | Sales Tax | $0.00 |
| | | | | | Freight | $0.00 |
| | | | | | **Total** | **$12,574,046.00** |



**ATTACHMENT C**
**GILBANE FEDERAL SUBCONTRACT GENERAL CONDITIONS - USA**

**INDEX**

| SECTION | TITLE | PAGE |
|---|---|---|
| 1. | SCOPE OF WORK; SUBCONTRACTOR'S REPRESENTATIVE ...... Statement of Work, Related Work | 2 |
| 2. | SUBCONTRACT DOCUMENTS.......................................... Order of Precedence, Prime Contract, Flow Downs, Site Familiarity | 2 |
| 3. | WORK SCHEDULE; REPORTS ........................................ Daily Reports, Suspension of Work by GILBANE FEDERAL | 3 |
| 4. | PAYMENT ........................................................... Invoicing, Schedule of Values, Davis Bacon Act, Retainage, Title to Goods | 4 |
| 5. | INSURANCE........................................................ | 8 |
| 6. | INDEMNIFICATION................................................ | 11 |
| 7. | PATENTS, COPYRIGHT, ETC........................................ | 11 |
| 8. | TAXES.............................................................. | 12 |
| 9. | PROTECTION OF WORKERS AND PROPERTY ............................. | 12 |
| 10. | PERMITS; COMPLIANCE WITH LAW; ETHICS .............................. | 13 |
| 11. | TECHNICAL DIRECTION; NOTIFICATION OF CHANGES; PRICE/ SCHEDULE REVISIONS .......................................... | 13 |
| 12. | CLAIMS ............................................................ Waiver | 14 |
| 13. | FORMAL DISPUTES ................................................. Attorneys' Fees | 14 |
| 14. | ASSIGNMENT AND LOWER TIER SUBCONTRACTING ................ | 15 |
| 15. | TERMINATION..................................................... | 15 |
| 16. | WARRANTIES ...................................................... | 16 |
| 17. | ADDITIONAL GENERAL PROVISIONS............................. Secrecy, Notices, Independent Contractor, Bonds, Further Acts, Term, Communications with Client, Non-Solicitation, DPAS, Execution | 16 |

ATTACHMENT C
GILBANE FEDERAL COMPANY SUBCONTRACT GENERAL CONDITIONS - **USA**

These Subcontract General Conditions apply to the Subcontract entered into by Gilbane Federal ("Gilbane") and the subcontractor shown on the Subcontract Order Cover Page(s) ("Subcontractor").

SECTION 1.  SCOPE OF WORK; SUBCONTRACTOR'S REPRESENTATIVE

A.  Scope.  Subcontractor shall furnish professional personnel, labor, equipment, material, supplies, insurance, all required electricity, water and other utilities, office space, tools and supervision to diligently perform the construction, engineering, scientific, remediation and other work described in (and in strict accordance with) the Statement of Work attached ("Work"). In addition, Subcontractor's Work shall also include (at no extra charge to GILBANE FEDERAL) provision of goods and services integrally related to that described in the Statement of Work or necessary to complete such Work in accord with acceptable standard practice and in a good and workmanlike manner.  Subcontractor shall promptly inform GILBANE FEDERAL of any errors or discrepancies it discovers in any Statement of Work document including drawings or specifications, or waive the right to later contend that such errors or discrepancies increased its costs or otherwise negatively impacted its Work in any way.  Unless otherwise provided in the Statement of Work, Subcontractor shall also provide electronic "as-built" drawings at completion of the Work, maintain utilities to existing users of any facilities at the location of the Work ("Site"), coordinate its Work with that of other subcontractors at the Site, and attend any necessary Site meetings at Gilbane Federal request.  Subcontractor shall also comply with access requirements applicable to the overall construction or other project ("Project") which GILBANE FEDERAL is performing for its Client.

Subcontractor shall wherever practical use local labor and supply resources to complete the Work.  Further, Subcontractor shall use all reasonable efforts to assign only fully and properly experienced, qualified and trained employees to the Work, and to maintain continuity of such personnel once assigned, so that GILBANE FEDERAL may avoid debilitating Subcontractor personnel turnover.

B.  Subcontractor's Representative.  Subcontractor's Authorized Representative shall be fully acquainted with the Work, and shall have authority on behalf of such party to approve changes in the Work, or obtain execution of Change Orders, render decisions promptly, and furnish information expeditiously and in time to meet the time schedule for completion of the Work. Subcontractor's Authorized Representative may be changed by giving ten days written notice thereof to GILBANE FEDERAL.

SECTION 2.  SUBCONTRACT DOCUMENTS

A.  Subcontract Documents, Order of Precedence.  This Subcontract consists of those documents and Client requirements listed in the Subcontract Order Cover Page(s), together with those documents and requirements listed immediately below, all of which are hereby made a part of and incorporated into this Subcontract:

> Any provisions of the Prime Contract between GILBANE FEDERALand Gilbane Federal customer ("Client")  which GILBANE FEDERAL is required to flow down and make applicable to this Subcontract, as required by law, regulation, or the Prime Contract itself

> Formal Changes, Amendments and Modifications to this Subcontract signed by an authorized Procurement Representative

> The GILBANE FEDERAL Subcontract General Conditions (i.e., these **Sections 1 -17**)

> The **Statement of Work** (including any incorporated Drawings and Specifications, Project Submittals List and Health and Safety Requirement)

> The Subcontract Order Cover Page(s) to this Subcontract

> Those Portions of any Prime Contract Task Orders, GILBANE FEDERAL Prime Contract Proposal, Prime Contract Change Orders and Prime Contract Modifications applicable to Subcontractor's Work (e.g., Custom, Non-Pre-printed language in Prime Contract Task Order by its nature applicable to the Work)(these documents are generally addressed in the Statement of Work described above)

ATTACHMENT C
GILBANE FEDERAL COMPANY SUBCONTRACT GENERAL CONDITIONS - **USA**

The **Price Schedule**

Any Invoicing Instructions provided by Gilbane Federal Procurement Dept. and/or included herein

Any Prevailing Wage Determination and Gilbane Federal Certified Payroll Guidelines (for Davis-Bacon Act/Service Contract Act work)

GILBANE FEDERAL Federal Representations and Certifications Form

GILBANE FEDERAL Prime Contract FAR Flowdown Clauses Exhibit/Attachment (which may include Federal Acquisition Regulation (FAR), Defense FAR Supplement (DFARS, DOE AR Supplement (DEARS), limited "Commercial Items" flowdowns or other clauses)

Conditional Final and other Releases

Any Other Exhibits and Attachments to this Subcontract

Any documents not listed herein but incorporated by reference into either the Cover Page(s) or the Statement of Work

Other provisions of the Prime Contract, including FAR provisions not required to be flowed down

Any provisions of any Subcontractor proposal relating to the Work

B.   Conflicts.  Any conflicts in the above-listed documents and other requirements comprising this Subcontract will be resolved by having the first - listed document or requirement taking precedence over the latter-listed document.  For example, the GILBANE FEDERAL Subcontract General Conditions control over the Price Schedule, and expressly required-by-law FAR provisions control over the Statement of Work.

C.   Prime Contract Applicability.  Subcontractor represents that it is familiar with and agrees to be bound to GILBANE FEDERAL by the applicable terms and provisions of the Prime Contract (as above described), including in particular any applicable FAR and DFARS provisions attached and included in this Subcontract, and also including those FAR and DFARS provisions (if any) which may not be so attached, but are applicable to this Subcontract by operation of law or force of regulation.  In general, unless the resulting reading is patently illogical, FAR clauses and other provisions of the Prime Contract shall be read to substitute "GILBANE FEDERAL" for "Client" or "Government" and "Subcontractor" for "Contractor" wherever such terms appear.  Provided however, no obligation owing from GILBANE FEDERAL to Client or any benefit provided from Client to GILBANE FEDERAL, by virtue of the Prime Contract, shall inure to the benefit of Subcontractor, unless specifically granted in the body of this Subcontract, or required by law to so inure.  Any uncertainty as to whether any particular Prime Contract provision is applicable hereto shall be resolved by GILBANE FEDERAL in consultation with the Client.

D.   Inspection, Site Familiarity.  Subcontractor has inspected, or, prior to beginning any Work, will inspect, all applicable Subcontract documents (including this Subcontract, and all attachments and Exhibits), the Site and any adjoining premises in connection with which the Work is to be performed.  Subcontractor will thoroughly inform itself as to all difficulties involved in the completion of all such Work; and agrees that GILBANE FEDERAL has made no representations of any kind with reference thereto not contained in this Subcontract.

SECTION 3.  WORK SCHEDULE; REPORTS

Subcontractor may not perform any Site work until GILBANE FEDERAL issues a written Notice to Proceed.

ATTACHMENT C
GILBANE FEDERAL COMPANY SUBCONTRACT GENERAL CONDITIONS - **USA**

Subcontractor shall fully complete all Work on or before the earliest of:  1) any completion date(s) stated in the Cover Page(s), 2) any completion date(s) specified in any Statement of Work or Schedule attached hereto or incorporated by reference herein, or 3) any Schedule incorporated in the Prime Contract. Any completion dates determined by adding time periods to particular stated events (e.g., "100 days from issuance of Notice to Proceed") will commence to apply no later than the time Subcontractor begins the Work, regardless of whether the stated event occurs (e.g., regardless of whether any formal Notice to Proceed is ever issued). Any such Schedule may be later reasonably modified by GILBANE FEDERAL without additional cost (e.g., where required by Client). Subcontractor shall coordinate its Work with any other work to be done on the Client Project or Site by any other contractors or subcontractors whose work may overlap or conflict with the Work under this Subcontract. Time is of the essence in the performance of the Work.  Any extension of any completion date(s) or any portions thereto may only be granted by GILBANE FEDERAL in writing, properly executed and definitively stating that an extension is granted. Unless otherwise agreed in writing, Subcontractor shall complete any required submittal due (e.g., Permits, Work Plan, 100% Design Documents, etc.) ten days before GILBANE FEDERAL is required by the Prime Contract to submit it under the Prime Contract.

At Gilbane Federal sole discretion, GILBANE FEDERAL may (but is not required to) impose as the Subcontract measure of damages for delays in the Work any liquidated delay damages elsewhere specified in this Subcontract (e.g., in Cover Page(s) or Statement of Work). In such case, such liquidated delay damages will begin to accrue upon the Subcontract completion date (as described in the first two sentences of the preceding paragraph), and will continue to accrue until all of the Work is fully accepted. Subcontractor agrees that any such liquidated delay damages are fair, utilized to compute an amount otherwise difficult to compute, and not a penalty. Where GILBANE FEDERAL does not elect to impose such liquidated delay damages, Subcontractor shall remain fully liable for all damages caused by any breaches of this Section or other provisions of this Subcontract.

GILBANE FEDERAL shall have the right to temporarily suspend Subcontractor's Work hereunder in whole or in part at any time without incurring any stand-by or related charges.

GILBANE FEDERAL may also require Subcontractor to submit to GILBANE FEDERAL on a daily, weekly or less frequent basis, on a form or in a computer format using software approved by GILBANE FEDERAL and reasonably convenient to Subcontractor, reasonably required information regarding Work progress, number of employees utilized, budget, cost and/or forecast information, type of work performed, critical path scheduling, equipment and materials utilized, and percentage of work completed.

SECTION 4.  PAYMENT

A.  Subcontract Compensation in General, Electronic Payment.

1.  In General.  GILBANE FEDERAL will pay Subcontractor amounts earned for Work satisfactorily performed, after submission by Subcontractor of complete and accurate invoicing and supporting documentation, as specified in this Subcontract and any executed modifications hereto, within seven (7) days after Gilbane Federal receipt of payment from Gilbane Federal Client in respect of such Work.

2.  Electronic Payment.  Unless GILBANE FEDERAL determines to pay by good check, Subcontractor shall accept all payments made hereunder by Electronic Funds Transfer (EFT) through the Automated Clearing House (ACH) Network or by Wire Transfer. Subcontractor shall provide GILBANE FEDERAL (at the address described in **Section 4.B.2** below) with fully usable EFT payment information (including Bank Name and Address, Bank Account Name and Number, ABA Routing Number, SWIFT Code, etc.)  no later than fifteen (15) days prior to submission of Subcontractor's first invoice.

B.  Submission, Format, Contents and Amounts of Invoices; SSOV.

1.  Timing and Format, Pay Request Form.  Unless otherwise directed by GILBANE FEDERAL in writing: 1) Subcontractor shall submit its invoices to GILBANE FEDERAL monthly **on or before the 25th calendar day** of the month; and 2) Where **Invoicing Instructions** are attached hereto: a) All Subcontractor invoices shall be in the format of the **Pay Request Form** included in such Instructions, and b) Subcontractor shall otherwise comply with such Instructions. Subcontractor's prompt submission of compliant invoices is a material requirement of this Subcontract.  Subcontractor acknowledges that GILBANE

ATTACHMENT C
GILBANE FEDERAL COMPANY SUBCONTRACT GENERAL CONDITIONS - **USA**

FEDERAL will not ordinarily process Subcontractor invoices submitted on the 26th or later day in any given month within Gilbane Federal current monthly pay cycle.

2. Address for Submission, Taxes. All Subcontractor invoices shall be submitted to the GILBANE FEDERAL address shown on the Subcontract **Cover Sheet**. Taxes of any kind, either paid by Subcontractor and/or charged and collected by Subcontractor shall be shown as separate line items on all invoices.

3. Fixed Price and Fixed Unit Price Work. Unless clearly indicated in writing to be Cost Reimbursable Work or Time and Materials Work in the **Price Schedule** or elsewhere in this Subcontract, all Work performed hereunder shall be deemed to be Fixed Price (lump sum) and/or Fixed Unit Price Work. All such Work may be subdivided into discrete sub-tasks or pay items for invoicing and payment purposes. For all Fixed Price Work, GILBANE FEDERAL shall pay an amount calculated as follows: [Percent Complete of Work (ie, percent earned) multiplied by total lump sum amount due (as shown on the **Cover Page** and/or **Price Schedule**) for the Work or Work sub-task or pay item] less all amounts already paid for Work and less retainage in accordance with the Subcontract. The "Percent Complete" for any Subcontract Work (including any discrete sub-tasks) shall be as determined by GILBANE FEDERAL in consultation with Subcontractor and Client and shall be binding upon Subcontractor in the absence of bad faith. For all Fixed Unit Rate Work, for any given time period, GILBANE FEDERAL shall pay the stated Unit Rate multiplied by the number of units of Work performed in the period (as determined by GILBANE FEDERAL) less retainage in accordance with the Subcontract.

4. Time and Materials Work. For any Time and Materials Work (separately and clearly required and indicated as such in the **Price Schedule** or elsewhere in this Subcontract), Subcontractor may invoice GILBANE FEDERAL monthly for the direct labor hours expended in performance of the Work and the materials purchased directly for and used in performing or incorporated in the Work. Subcontractor's invoiced amounts shall be calculated by: 1) multiplying the hours worked by labor category times the applicable hourly rates as specified in the Price Schedule; plus 2) the direct cost of materials, supplies and or travel expenses plus a reasonable indirect cost markup as specified in the Price Schedule. No profit or fee may be applied to costs of materials or other non-labor costs. Hourly rates for labor include all wages, employment taxes, indirect costs, general and administrative expense, and profit. Invoiced amounts must be substantiated by fully adequate source documentation including but not limited to, employee timesheets supporting hours worked; records confirming that employees meet labor category qualifications; receipts for materials, supplies and travel and other documentation. Provided, the total amount due for any such Time and Materials Work shall be subject to any Not-to-Exceed Amount stated in the Price Schedule or elsewhere.

5. Supplemental Schedule of Values. Upon GILBANE FEDERAL request at any time, Subcontractor shall promptly cooperate with GILBANE FEDERAL to negotiate and incorporate into the Subcontract a new or further subdivision and breakdown of the Work for billing and payment hereunder. Such subdivision is referred to herein as a Supplemental Schedule of Values ("SSOV"). Any such SSOV shall include a detailed listing of tasks and sub-tasks comprising the Work, together with dollar values to be attributed to each, which shall become the basis for measurement and payment for progress toward the completion of the Work, subject to all the other provisions hereof. No SSOV shall by itself serve to reduce, increase or otherwise adjust the total Subcontract Price or any prices shown for line items or other price breakdown as stated in the Subcontract and any subsequent Modifications. Such SSOV may if mutually agreed incorporate specific performance milestones to be used for payment purposes.

6. Lower-Tier Subcontractor Payments. If the parties have agreed or if GILBANE FEDERAL in its sole discretion has elected (in accord with **Section 4.E** below) to issue joint checks to Subcontractor and any of its lower-tier subcontractors and suppliers and/or pay such of Subcontractor's subcontractors and suppliers directly, Subcontractor's invoices shall show as segregated amounts the amounts to be so directly paid to such sub-subcontractors and sub-suppliers.

7. Final Invoices. Upon full and final conclusion of the Work, and/or any termination of this Subcontract, Subcontractor shall prepare a final invoice. A final invoice will be conspicuously labeled as Final, will be treated as prescribed above for other invoices and will also list all invoices previously tendered. With a final invoice, Subcontractor shall provide a Final Claim Release (indemnifying the Client and GILBANE FEDERAL against all claims arising out of this Subcontract, including lower tier subcontractor and supplier claims), Claim Releases from all Subcontractor's subcontractors and suppliers, a Certification that all Work has been completed, and any ongoing Statement of Warranty, all on forms provided or approved by GILBANE FEDERAL, all duly signed by an authorized representative of Subcontractor. Subcontractor shall also provide other closeout documentation as requested by GILBANE FEDERAL. Final payment for the Subcontract will be made after GILBANE

ATTACHMENT C
GILBANE FEDERAL COMPANY SUBCONTRACT GENERAL CONDITIONS - **USA**

FEDERAL reviews and accepts such final invoice. (Such final payment will include payment of any retainage and withholding amounts which are then payable for Work that has been fully completed, net of any amount withheld for ongoing warranty or Subcontract performance deficiencies.)

C.  Submittals Required Prior to Payment.

As a condition to Gilbane Federal becoming liable to make any Subcontract payment hereunder, Subcontractor must timely take all administrative and other actions and provide all documents required by this Subcontract, including but not limited to the following. **Failure to fully comply with these requirements shall result in Gilbane Federal rejection and/or non-payment of invoices.**

1.  DBA/SCA, SF 1413s, Certified Payrolls.  For all Work subject to the Davis-Bacon Act (DBA) or the Service Contract Act (SCA), Subcontractor shall pay all covered workers in accord with the wage determination or wage decision applicable to such Work in accord with such Acts. (Work conducted outside the United States and outlying areas is usually not subject to DBA or SCA.)  If so directed by GILBANE FEDERAL in an executed Subcontract Modification or otherwise, Subcontractor shall also comply with any new or amended wage determination or wage decision as later issued or revised by the Client and made applicable to the Prime Contract.

In addition, for construction Work subject to the DBA: a) Both Subcontractor and its construction subcontractors of all tiers (performing construction activities of value $2,000 or greater) shall promptly execute and provide to GILBANE FEDERAL upon or before execution of this Subcontract and throughout Subcontract performance as lower-tier subcontractors are identified, Federal Standard Form 1413, "Statement and Acknowledgment."  b) Subcontractor shall submit to GILBANE FEDERAL amended and updated SF 1413s within ten days of adding a new sub-subcontractor. c) Similarly, Subcontractor shall furnish fully accurate and complete certified payrolls on a weekly basis to GILBANE FEDERAL, and shall cause its construction service-providing subcontractors of all tiers to do likewise. d) Subcontractor shall also comply with any supplementary **Certified Payroll Instructions** attached hereto.

2.  Payment/Claim Releases.  All invoices shall include conditional and unconditional interim (progress) and final Payment Claim Releases as requested by GILBANE FEDERAL from time to time (and/or as may be specified in any **Invoicing Instructions** attached hereto), all in a form supplied by GILBANE FEDERAL, and duly executed by both Subcontractor and its lower tier-subcontractors and vendors of all tiers.  Subcontractor shall also provide any pertinent information related to the Work (e.g. related to second tier vendor claims, accidents, etc.) as reasonably requested by GILBANE FEDERAL. (Further requirements for final invoices are stated in **Section 4.B.7** above.)

3.  Insurance Certificates, Bonds, Etc.  Subcontractor must timely provide fully compliant insurance certificates (including any required supplemental endorsements, coverage forms or other compliance documentation required by GILBANE FEDERAL), performance and payment bonds, licenses and all other documents as required elsewhere in this Subcontract prior to receiving any payment hereunder.

D.  Retainage.

GILBANE FEDERAL may retain from payment on all of Subcontractor's invoices the percentage amount stated on the Subcontract Order **Cover Page.** (Provided, where the Cover Sheet provides no retainage information, Ten Percent (10%) shall be retained.)  Retainage shall be released upon satisfactory performance of the Work in accordance with the Subcontract, including submission of all required documentation, as described in **Section 4.B.7** above.

E.  Withholding, Failure to Pay Lower Tiers, Reasons for Non-Payment.

In case of any real or probable Dispute with Subcontractor; failure, or reasonably anticipated failure of Subcontractor to properly and timely perform the Work, and/or to otherwise fail to comply with any provision of this Subcontract, GILBANE FEDERAL may (in addition to its other remedies hereunder):  1) withhold such further amounts from payment as it deems reasonably necessary to protect its interests (although GILBANE FEDERAL may provide any required notice of such withholding to Subcontractor and Client as may be required by applicable law and/or the Prime Contract) and/or 2) issue joint checks to Subcontractor and its subcontractors and suppliers and/or pay Subcontractor's lower-tier subcontractors and suppliers directly, and in either case credit such amounts so paid in full to any amounts owed Subcontractor.  Where GILBANE

ATTACHMENT C
GILBANE FEDERAL COMPANY SUBCONTRACT GENERAL CONDITIONS - **USA**

FEDERAL has so paid any amount to Subcontractor's lower-tier subcontractors and suppliers, Subcontractor hereby releases and agrees to indemnify GILBANE FEDERAL and its affiliates and clients from any later claim that Subcontractor has not itself been paid such amount. Further, Subcontractor shall be deemed to have fully assigned and transferred to its so-paid lower-tier subcontractors and suppliers any claim Subcontractor may have had against GILBANE FEDERAL for payment under this Subcontract to the full extent of the amount so paid.

In addition to its above rights, and regardless of any other provision hereof, GILBANE FEDERAL may decline to approve any Subcontractor invoice in whole or in part because of any of the following: defective Subcontract Work, improper invoice format, inadequate invoice information, lower tier subcontractor / supplier claims or liens or other third party claims filed (or reasonable evidence indicating probable filing of such claims), reasonable evidence that the Work cannot be completed for the unpaid balance of the Subcontract price and/or within the Subcontract Schedule, damage to GILBANE FEDERAL, the Client, or another contractor working at the Project Site, failure to timely provide certified payrolls, insurance compliance documentation, bonds, SF 1413s or other required submittal or document,  and/or breach of Health and Safety or EEO requirements.

Any withholding shall be released as described in **Section 4.B.7** above.

F.   Effect of Payment.

No payment made under this Subcontract, including final payment, shall be construed to be conclusive evidence of the performance of this Subcontract, either wholly or in part, or to be an acceptance of defective work or improper materials, nor shall entrance into and use of the Project by the Client or by GILBANE FEDERAL constitute acceptance of the Work or any part thereof. Further, no act by GILBANE FEDERAL shall be deemed to be an acceptance of the Work unless and until Gilbane Federal Client has fully accepted the Work. Neither GILBANE FEDERAL nor Client shall have any liability to Subcontractor of any kind other than the duty to make the payments described in this **Section 4**. In particular, under no circumstances shall GILBANE FEDERAL have any liability to Subcontractor for consequential or indirect damages, including but not limited to loss of use or lost profits.

GILBANE FEDERAL shall not be obligated to pay Subcontractor for any costs incurred, fee due, or any other amount in excess of any applicable Fixed Price, Ceiling Price or Not-to-Exceed amount specified in any applicable Price Schedule (or in a modification to this Subcontract duly executed by both parties.)

G.   Title to Goods.

Title to all goods and/or personal property provided by Subcontractor hereunder shall pass to GILBANE FEDERAL(or to Gilbane Federal Client, if so required by the Prime Contract) immediately upon the earliest of: 1) installation and/or incorporation of such goods into the Project; or 2) upon payment therefor. Further, at Gilbane Federal request at any time after passing of such title, Subcontractor will execute such UCC-1 Financing Statements or other documents as required by GILBANE FEDERAL to perfect Gilbane Federal or Gilbane Federal Client's rights and title in such goods. Subcontractor shall retain the risk of loss on all property intended to be incorporated into its Work until delivery of such property to the Project Site, unless builder's risk is not procured for Subcontractor's Work by GILBANE FEDERAL, in which case Subcontractor's responsible for all materials delivered and work performed until final completion and acceptance of the entire Work by the Client.

H.   Audit and Indemnity.

If at any time any audit determines that Subcontractor has been overpaid for any Work, or if the Client determines at any time that GILBANE FEDERAL and/or Subcontractor has been overpaid for the Work, whether because of defective pricing  (as such term is used in the Federal Truth-in-Negotiations Act) or otherwise, Subcontractor will refund such excess to GILBANE FEDERAL no later than twenty days after notice to that effect, together with any interest and penalties which GILBANE FEDERAL may be required to pay Client in respect of such excess. GILBANE FEDERAL may also conduct a compliance audit of Subcontractor for purposes of determining compliance with **Section 10** and other provisions hereof. Such audits may include document review, on-site visits, and Subcontractor employee and sub-subcontractor interviews, and may encompass review of direct and indirect ("corporate") functions. Information and material obtained from such audit may be provided to

ATTACHMENT C
GILBANE FEDERAL COMPANY SUBCONTRACT GENERAL CONDITIONS - **USA**

Client personnel.  Subcontractor shall include a substantially identical provision in all lower tier subcontracts it issues in support of this Subcontract.

SECTION 5.  INSURANCE

Before the earlier of commencement of its Work, entering the Project site (at any time), or ten (10) days after signing this Agreement, Subcontractor shall provide the insurance required in this Section with insurers rated (A-) or better and licensed in the Project jurisdiction.  If the Project is insured by a wrap-up insurance program, then Subcontractor should refer to the Project wrap-up manual (incorporated herein as a Contract Document) for any additional insurance obligations.  All insurance required of Subcontractor in this Section are only minimum requirements, denominated in US Dollars, and required to the extent permitted by law.  The insurance required in this Section shall be maintained continuously until final payment is made to Subcontractor for its Work except that any commercial general liability, excess liability, pollution liability and professional liability insurance required in this Section shall be further maintained continuously until the later of the period of the statute of limitations or the statute of repose for the types of claims covered by the particular policy type.  However, if any professional liability insurance provided in accordance with this Section is provided on a project specific basis, then coverage shall be placed until final payment is made to Subcontractor and shall include an extended reporting period for a term no less than five (5) years after such final payment.  Subcontractor shall require its subcontractors of all tiers to meet the same insurance obligations as are required of it in this Agreement, unless a waiver is provided by GILBANE FEDERAL with respect to limits of insurance.  GILBANE FEDERAL reserves the right to consider any insurance not in compliance with this Section as a material breach of contract.

**It is solely Subcontractor's obligation to ensure that it provides all insurance coverage as required by US state and federal laws, the Contract Documents and the laws of any other jurisdiction applicable to its Work – and that it has included all relevant costs.  Subcontractor waives any right of action that it has against GILBANE FEDERAL for premiums, claims, audits, penalties or other costs incurred as a result of Subcontractor's failure to provide such required insurance.**

**(a) Workers Compensation and Employer's Liability.**  Subcontractor shall provide workers compensation and employer's liability insurance in any jurisdiction(s) where the Work is being performed.  Subcontractor shall require any firm providing labor services to it to meet all the same workers compensation and employer's liability coverages as are required of Subcontractor in this Section.  If Subcontractor is providing labor services to GILBANE FEDERAL, then Subcontractor shall name GILBANE FEDERAL under an alternate employer endorsement to its workers compensation coverage.  Subcontractor shall also provide workers compensation and employers liability insurance coverage under the following US Federal Workers Compensation and Employers Liability Acts (provided on an 'if any' basis if no current exposure) using the ISO endorsements identified below (or their equivalents):

Longshore and Harbor Workers Compensation Act

| | |
|---|---|
| WC 00 01 06A | |
| Outer Continental Shelf Lands Act | WC 00 01 09B |
| Defense Base Act | WC 00 01 01A |
| Merchant Marine Act "Jones Act"/Death on High Seas Act/Maritime Liability Law | WC 00 02 01A |

**(b) Commercial General Liability ("CGL").**  Subcontractor shall provide CGL coverage equivalent to the most recent edition of the ISO CG 00 01 occurrence form and shall include coverage for explosion, collapse and underground hazards (the "XCU" hazards), contractual liability (for both ongoing and completed operations), contingent liability, premises-operations, products-completed operations, personal and advertising injury, and claims for damages because of injury to, or destruction of, tangible property including loss of use resulting thereof.  The CGL insurance shall include insured contract coverage including indemnity for damages or injuries to the Subcontractor's employees(s) and shall not exclude any Additional Insured's ("Additional Insured" as defined in paragraph (h)) claims pertaining to damages or injuries to the Subcontractor's employee(s).  The coverage limits required are $1 million per occurrence, $2 million general aggregate and $2 million products-completed operations aggregate.

**(c) Business Automobile Liability Policy ("BAP").**  Subcontractor shall provide BAP insurance to include coverage for claims for damages due to bodily injury or property damage arising out of the Work and due to the ownership, maintenance, or use of any owned, non-owned or hired auto.  If Subcontractor will be hauling or transporting any hazardous materials, then this insurance shall include the most current version of the ISO CA 99 48 broadened pollution liability endorsement, or its

ATTACHMENT C
GILBANE FEDERAL COMPANY SUBCONTRACT GENERAL CONDITIONS - **USA**

equivalent, and the MCS-90 shall be attached to the policy.  The coverage limits required are $1,000,000 combined single limit for each accident.

(d) **Excess or Umbrella Liability**.  Subcontractor shall provide occurrence-based follow-form excess (or umbrella) liability insurance which shall provide coverage excess over any employer's liability, CGL and BAP insurance required in this Section and which shall include coverage limits of $5,000,000 each occurrence and $5,000,000 annual aggregate.  However, if Subcontractor's Work requires use of a crane (*as defined by OSHA 1926.1400 (a)*), then unless higher limits are required by law, the following minimum limits apply:
      1. Tower Cranes:  Subcontractor shall provide excess (or umbrella) liability coverage of at least $25,000,000 per occurrence/$25,000,000 in aggregate.
      2. All other cranes not considered Tower Cranes: Subcontractor shall provide excess (or umbrella) liability coverage of at least $10,000,000 per occurrence/$10,000,000 in aggregate.
Subcontractor agrees to adhere to any procedural guidelines required by GILBANE FEDERAL with respect to evidencing insurance coverage applicable to any crane including the operation of it.

(e) **Professional Liability**.  Subcontractor shall provide professional ("errors and omissions") liability insurance if its Work includes professional services.  Professional services for purposes of this Section include, but are not limited to, performing: architecture, engineering, landscape architecture, land surveying or planning, geological investigation, interior design/space planning, preparation and signing or stamping of drawings, maps, surveys or construction specifications, consulting, or design and development of computer software, programs or websites by the Subcontractor or by subcontractors on behalf of the Subcontractor.  The retroactive date shall precede the start of any Work.  The minimum coverage limits required are $1,000,000 each claim and $1,000,000 annual aggregate.

(f) **Contractor's Pollution Liability**.  Subcontractor shall provide contractor's pollution liability insurance if Work includes pollution services.  Pollution Services for purposes of this Section include, but are not limited to, performing: investigation and characterization of contamination of land, groundwater or structures, demolition of structures, abatement of lead paint, asbestos or mold, remediation of contaminated soil or groundwater including transportation and disposal of contaminated media, installation or removal of underground storage tanks, or any storage, transportation or disposal of materials that are hazardous or regulated under environmental laws by the Subcontractor or by subcontractors on behalf of the Subcontractor.  If any such scope of work includes mold/fungus remediation, then the contractor's pollution liability insurance shall include mold/fungus liability coverage in the amount of the contractor's pollution limits required herein.  The retroactive date for this coverage shall precede the start of any Work.  The minimum coverage limits required are $5,000,000 each occurrence and $5,000,000 annual aggregate.

(g) **Contractor's Equipment; Property Insurance; Riggers Liability**.  Subcontractor shall maintain property insurance on a coverage form equivalent to the most recent version of ISO special cause of loss form and including coverage for flood, named storm, earthquake, war and terrorism which covers: (i) its tools, equipment and other property, whether owned, rented or borrowed, the capital value of which is not intended to be incorporated into the Work and (ii) property intended to be incorporated into its Work during the full course of any transit until it reaches the Project site including coverage while stored at any location away from the Project site (and further until completion and acceptance of the entire Work by the Client if Subcontractor required to retain risk of loss in accordance with Section 4.G. above).  Riggers liability insurance shall be provided if property is being lifted, moved, rigged or otherwise handled by a crane (*as defined by OSHA 1400 (a)*) in an amount equal to at least 100% replacement cost of the greatest replacement value of property being lifted, moved, rigged or otherwise handled by the crane at any one time.  To the extent that Subcontractor carries any type of property insurance applicable to its Work (including any installation floater), such insurance shall include GILBANE FEDERAL and Client as a loss payee.  Any property insurance carried by Subcontractor in accordance with this paragraph shall be primary insurance without any contribution from any other property insurance provided by GILBANE FEDERAL and/or Client, including builder's risk insurance, which is available to Subcontractor.

(h) **Additional Insured**.  For purposes of this Section "Additional Insureds" shall mean (i)  GILBANE FEDERAL(and if GILBANE FEDERAL is part of a joint venture then the joint venture and each of the joint venture partners and if GILBANE FEDERAL is part of an LLC then the LLC and each of its members are additional insureds too), (ii) Client, (iii) both Client and Gilbane Federal officers, directors and employees, (iv) any person or entity requested by GILBANE FEDERAL or Client and (v) and any other person or entity required to be added as an additional insured by the Contract Documents.  The Additional Insureds shall be named as additional insureds to Subcontractor's CGL (for both ongoing

ATTACHMENT C
GILBANE FEDERAL COMPANY SUBCONTRACT GENERAL CONDITIONS - **USA**

and completed operations), **BAP**, excess liability, umbrella liability, watercraft liability, aircraft liability, and pollution liability insurance of any kind. Such additional insured coverage shall be provided on a primary basis without contribution from any other insurance, including self-insurance, afforded to the Additional Insureds. Any additional insured coverage required in this paragraph shall remain in effect after Gilbane Federal acceptance of Subcontractor's Work and continuously thereafter from the date of such acceptance until the later of the statute of limitations or the statute of repose for the type of claims covered by the particular policy type. The CGL additional insured coverage required in this paragraph shall be provided on the most recent versions of the ISO forms CG 20 10 and CG 20 37, or their equivalent(s), unless an alternative is approved by GILBANE FEDERAL. Any of Subcontractor's excess or umbrella liability policies shall be expressly endorsed to state that coverage for the Additional Insureds is primary and that the insurer will not seek contribution from any other insurance available to the Additional Insured.

(i) **Self-Insured Retentions (SIR's); Deductibles**. Any costs not covered due to self-insured retentions ("SIR's") or deductibles applicable to any insurance required of Trade Contractor by this Trade Contractor Agreement are the sole responsibility of the Trade Contractor. Trade Contractor could be disqualified from the Project if any SIR is deemed by the Construction Manager to be excessive. Trade Contractor shall be considered a self-insurer with respect to its additional insured obligations under paragraph (h) for any self-insured retention or deductible applied by its insurer to any of the Additional Insureds.

(j) **Certificates of Insurance**. Subcontractor shall evidence its compliance with the insurance obligations in the Contract Documents through the issuance of certificates of insurance to GILBANE FEDERAL. Certificates evidencing CGL coverage shall include a copy of the additional insured coverage being provided to the Additional Insureds under the CGL. Gilbane Federal acceptance of any certificate of insurance or coverage provision in no way waives Gilbane Federal right to later assert that Subcontractor did not provide insurance in conformance with the Contract Documents. If Subcontractor fails to comply with the provisions in this Section, then GILBANE FEDERAL may withhold monthly progress payments and purchase the insurance on behalf of the Subcontractor, at Subcontractor's expense. Upon request, Subcontractor shall provide GILBANE FEDERAL with a certified copy of any insurance policy applicable to coverage required of Subcontractor in the Contract Documents. Subcontractor shall provide immediate written notice to GILBANE FEDERAL and Client upon the reduction of any limits or coverage required of it in the Contract Documents.

(k) **Watercraft Liability Insurance.** As to any vessel, barge, boat or other watercraft (each considered a "watercraft" for purposes of this Section) which is owned, leased or borrowed and which is "used" for purposes of performing any part of the Work, the Subcontractor shall provide the following insurance:

(1)     Protection and Indemnity Insurance insuring Subcontractor from all claims, suits, obligations, liabilities and damages (including attorneys' fees) arising out of actual or alleged bodily injury or property damage in the combined single limit amount of no less $1,000,000 per occurrence, unless such watercraft is greater than 35 feet in length, in which case $5,000,000 per occurrence is required;

(2)     Hull Coverage for the full replacement value of such watercraft; and

(3)     Vessel Pollution Liability insurance provided during the term of the Work and continuously for one year thereafter in an amount of no less than $1 million per occurrence or claim including coverage for claims, suits, obligations, liabilities and damages (including attorneys' fees) arising out of actual or alleged bodily injury or property damage, including clean-up costs, occurring in connection with the operations of any watercraft engaged in the Work, or otherwise relating to Subcontractor's performance under this contract.

For purposes of this Section, a watercraft "used" for purposes of performing any part of the Work includes, but is not limited to, any operation, entrustment to others, maintenance, loading or unloading of a watercraft as well as the supervising, hiring, employment, training or monitoring of others engaged in any operation, maintenance, loading or unloading of a watercraft. The general liability exclusion for watercraft shall be removed whenever a watercraft is used in accordance with this Section.

(l) **Aircraft Insurance.** As to any aircraft which is owned, leased or borrowed and which is "used" for purposes of performing any part of the Work, the Subcontractor shall provide the following insurance:

(1)     Aircraft Liability Insurance (including Passenger Liability insurance) insuring Subcontractor from all claims, suits, obligations, liabilities and damages (including attorneys' fees) arising out of actual or alleged bodily injury or property damage in the combined single limit amount of no less $3,000,000 per occurrence, unless such aircraft carries more than six (6) passengers, then $5,000,000 per occurrence is required; and

ATTACHMENT C
GILBANE FEDERAL COMPANY SUBCONTRACT GENERAL CONDITIONS - USA

(2)      Aircraft Hull Insurance for the full replacement value of such aircraft.
For purposes of this Section, an aircraft "used"  for purposes of performing any part of the Work includes, but is not limited to, any operation, entrustment to others, maintenance, loading or unloading of an aircraft as well as the supervising, hiring, employment, training or monitoring of others engaged in any operation, maintenance, loading or unloading of an aircraft.  The general liability exclusion for aircraft shall be removed whenever an aircraft is used in accordance with this Section.

(m) **Waiver**.  Subcontractor agrees to waive any right of action against (i) GILBANE FEDERAL(and if GILBANE FEDERAL is part of a joint venture then the joint venture and each of the joint venture partners and if GILBANE FEDERAL is part of an LLC then the LLC and each of its members are provided a waiver of subrogation too), (ii) Client,  (iii) both Client and Gilbane Federal officers, directors and employees, (iv) any person or entity requested by GILBANE FEDERAL or Client and (v) any other person or entity requiring a waiver of subrogation by the Contract Documents. (collectively the "Waiver Parties") for recovery of loss and/or damages to the extent covered, or that should have been covered, by Subcontractor's insurance required under the Contract Documents.  Such waivers shall also apply to any other insurance applicable to Subcontractor's Work for the Project.

SECTION 6.  INDEMNIFICATION

To the fullest extent allowed by law, Subcontractor shall be solely responsible for and shall indemnify, save, and hold harmless (and, at Gilbane Federal option, defend) GILBANE FEDERAL, Client and their affiliates and employees from and against any and all claims, demands, suits, actions, recoveries, judgments, attorneys fees incurred and costs and expenses in connection therewith on account of any loss of life, injury to person, economic loss or damage to property of any person, agency, corporation, or government entity, which shall arise out of, in the course of, or as a direct or indirect consequence of 1) any of the negligent, deliberate, otherwise tortious or otherwise at-fault acts or omissions of Subcontractor, its employees, agents, suppliers or subcontractors, 2) the performance of the Work, 3) any personal injuries or other losses suffered by Subcontractor's employees, consultants or subcontractors, or 4)  Subcontractor's failure to comply with any provision of this Subcontract or any regulation or provision of law.  Subcontractor's liability for such indemnity shall continue after the termination of the Subcontract. This indemnification obligation is not limited by, but is undertaken in addition to, the insurance obligations contained in this Subcontract.

Without limiting the foregoing in any way, this indemnification specifically applies to losses in any way caused by:  1) environmental damage, such as those caused by a release of hazardous substances, 2) defective  cost or pricing data supplied by Subcontractor, 3) any defective Work supplied by Subcontractor, or breaches of any warranty by Subcontractor, regardless of when such defects or breaches arise, 4) any reductions in amounts otherwise due to GILBANE FEDERAL from the Client, 5) OSHA or other regulatory fines and penalties, 6) costs incurred by GILBANE FEDERAL as a result of Subcontractor's failure to comply with this Subcontract, including but not limited to, the cost of re-performing any other services or re-providing any other goods previously provided by GILBANE FEDERAL or others, which were impacted by Subcontractor's failure, 7) organizational and other conflicts of interest in which Subcontractor is in any way involved, 8) material delays, interference with other subcontractors, back charges by the Client for delays, and/or 9)  damages or other payments of any kind whatsoever required to be paid by GILBANE FEDERAL to the Client or other third party.  Subcontractor waives any immunity it may have under the workers compensation laws of any state, to the extent any such immunity would otherwise prevent GILBANE FEDERAL from enforcing the above indemnities in connection with an injured Subcontractor or other employee.

SECTION 7.  PATENTS, COPYRIGHT, ETC.

Except for claims arising out of patented or copyrighted articles required by GILBANE FEDERAL in writing to be provided by Subcontractor, Subcontractor shall defend all suits or claims and shall indemnify GILBANE FEDERAL and the Client from liability of any nature, including costs and expenses, for or on account of infringement of any United States or foreign patents or copyrights by reason of the nature, form or condition of any design, drawing, material, machine, process or other article required or supplied by Subcontractor in the performance of this Subcontract or by reason of use or sale by GILBANE FEDERAL of any such article for a purpose reasonably foreseeable by Subcontractor.  All patent, copyright and other intellectual property rights to any writings, designs, ideas or any other item produced by Subcontractor as part of the Work shall be the sole property of GILBANE FEDERAL(or, at Gilbane Federal option, the Client).

ATTACHMENT C
## GILBANE FEDERAL COMPANY SUBCONTRACT GENERAL CONDITIONS - USA

SECTION 8.  TAXES

All Subcontract prices shall be deemed to include all municipal, state, county, Federal, foreign country and other governmental taxes of any kind which may be imposed by law upon the Work or payment of such Subcontract prices, including, but not limited to, sales taxes, use taxes, Value Added Tax (VAT) and personal property taxes levied or assessed against Client, GILBANE FEDERAL or Subcontractor arising out the Work.  Thus, GILBANE FEDERAL shall at no time be liable to pay any taxes on the Work.  Where any law requires any such tax to be stated and charged separately, the total of all items included within the particular Work item and the added tax shall be deemed not to exceed any applicable fixed Subcontract price.

Subcontractor shall use its best efforts to apply for and obtain any sales, hazwaste, VAT or other tax exemption which may be available as to any of the Work.

SECTION 9.  PROTECTION OF WORKERS AND PROPERTY

Subcontractor shall take all necessary precautions for the safety of its and other employees at its offices and on any Site, and shall comply with all applicable provisions of Federal, state, and municipal safety laws and building codes to prevent accidents or injury to persons on, about or adjacent to the premises where the Work is being performed. Subcontractor shall erect and properly maintain at all times, as required by the conditions and progress of the Work, all necessary safeguards for the protection of workers and the public and shall post danger signs warning against the hazards created by such construction.  All of Subcontractor's employees shall be appropriately trained for the Work (e.g., OSHA 40 hour hazwaste training conducted pursuant to 29 CFR 1910.120 if required), and shall comply with (and sign if requested by GILBANE FEDERAL) any applicable GILBANE FEDERAL and/or Government Site Health and Safety Plan.  Subcontractor shall also provide its own Health and Safety Plan if:  1) requested by GILBANE FEDERAL, 2) required by the unusual or significant hazards of the Work, and/or 3) if required by the Prime Contract.  Subcontractor shall comply with the strictest requirements of its own or Gilbane Federal Health and Safety Plan, including US Army Corps of Engineers EM385 requirements.  (Despite Gilbane Federal providing any such Plan, Subcontractor shall be fully responsible for the health and safety of its employees and those other persons affected by its operations, and GILBANE FEDERAL in no way represents that any GILBANE FEDERAL- or Government-provided Health and Safety Plan will be adequate to fully protect Subcontractor's employees and sub-subs from the hazards of Subcontractor's Work.)  Any violation of these health and safety requirements shall be a material breach of this Subcontract.

**Accident Reporting:** In addition to any other requirements imposed by other provisions of this Subcontract, any applicable Health and Safety Plan, and/or the Prime Contract, Subcontractor shall immediately (within 2 hours of the accident) report (by e-mail and telephone) any accident on the Site (or otherwise concerning the Project) involving any death, injury (other than minor first aid incidents) or property damage over $100 to Gilbane Federal Site Supervisor, Project Manager and Health and Safety representative.  Subcontractor will further fully and promptly cooperate with GILBANE FEDERAL in providing all needed and/or requested information related to all accidents for all Defense Base Act, Workers Compensation and/or other filings GILBANE FEDERAL is required to make.

 Subcontractor shall promptly remove from the Site and the Work any employee who is determined by GILBANE FEDERAL to be unsafe, unprofessional or otherwise unsuitable to assist in the Work.  Subcontractor shall perform no commercial activities (other than the Work) on the Site.

Subcontractor shall continuously maintain adequate protection of all its Work and the Site from damage, secure the Site and its Work from theft, fire, and vandalism, and shall protect Government's and Gilbane Federal property from injury or loss arising in connection with this Subcontract. Subcontractor shall adequately protect adjacent property.  Subcontractor shall cooperate with and defer to all other contractors on the Site, including Gilbane Federal other subcontractors.  Subcontractor shall at all times keep the Site in a neat, clean and orderly condition.  Upon completion of the Work, Subcontractor shall remove all debris, rubbish and materials (except those incorporated in the Work) and fully restore the Site to a neat, clean and safe condition as approved by GILBANE FEDERAL.

ATTACHMENT C
GILBANE FEDERAL COMPANY SUBCONTRACT GENERAL CONDITIONS - **USA**

SECTION 10.  PERMITS; COMPLIANCE WITH LAW; ETHICS

A.  Permits & Laws.  Subcontractor shall obtain all required licenses, permits, inspections, and registrations, and shall obey and abide by all applicable laws, regulations, ordinances, and other rules of the United States of America, the state in which the Project is located and any other duly constituted public authority, which are applicable to the Subcontract.  In particular, Subcontractor shall at all times familiarize itself, and comply, with all applicable environmental laws, including those pertaining to hazardous waste.

B.  Ethics.  Subcontractor recognizes the importance of avoiding kickbacks, payment of gratuities, and organizational and other conflicts of interest with regard to all its Work, as may be required by the Prime Contract.  Except as expressly exempted by the FAR:  1) Subcontractor will at all times maintain in place a Government Contract Compliance Program as required by FAR 52.203-13 & 14, which shall, as part of ensuring compliance with this provision, include written policies and procedures, self-reporting provisions, and employee training, and 2) Subcontractor shall include a substantially identical provision in all subcontracts in support of this Subcontract.

C.  U.S. Foreign Corrupt Practices Act (FCPA) Requirements.  In the conduct of all business under this Subcontract, and with regard to any funds, assets, or records relating thereto, Subcontractor will not offer, pay, give, or promise to offer, pay, or give, or authorize the payment or gift of, any money or thing of value:

   1.   to any official of any foreign Government or to any foreign official (a) (i) to influence any acts or decisions of such official in his/her official capacity, (ii) to induce such official to do or omit to do any act in violation of the lawful duty of such official, or (iii) to secure any improper advantage; or (b) to induce such official to use his/her influence with any foreign Government or instrumentality of any such Government to affect or influence the decision of such Government or instrumentality in order to assist GILBANE FEDERAL or Subcontractor in obtaining or retaining business or directing business to GILBANE FEDERAL or Subcontractor.

   2.   to any political party or candidate for public office for any such purpose described in **Section 10.C.1** herein above; or

   3.   to any person, if the Party knows or has reason to know that such money or thing of value will be offered, promised, paid, or given directly or indirectly to any official, political party, or candidate for any such purpose described in **Section 10.C.1** herein above.

For purposes of this **Section 10.C**, the term "official" means any officer or employee of any foreign Government or of any Government or any department, agency, or instrumentality thereof, or of a public international organization, or any person acting in an official capacity for or on behalf of any such Government or department, agency, or instrumentality, or public international organization.

SECTION 11.  TECHNICAL DIRECTION; NOTIFICATION OF CHANGES; PRICE/ SCHEDULE REVISIONS

GILBANE FEDERAL may direct changes in the schedule, scope, quantities or any other aspect of the Subcontract Work at any time.  In particular, Gilbane Federal Project Manager is authorized to provide technical direction in the Work, so long as such direction does not cause an increase in Subcontractor's cost or schedule for performance.  Subcontractor shall diligently and promptly perform all Work, including any new and/or changed Work as so directed by GILBANE FEDERAL.  Provided, no change order, modification or amendment to this Subcontract shall be valid against GILBANE FEDERAL to increase or otherwise revise in any way any Subcontract Price, Price Schedule or schedule for performance hereunder unless it is in writing and signed by an authorized GILBANE FEDERAL Procurement  Representative specifying the dollar amount of such change.

If Subcontractor believes that GILBANE FEDERAL has directed any change in the Work, or that differing site conditions or any other  circumstances affecting the Work have occurred, which might require any Subcontract Price or Price Schedule to be increased or otherwise revised in any way, and/or which may affects the Subcontract schedule in any way, Subcontractor must give notice to Gilbane Federal Procurement Representative, with a copy to Gilbane Federal Project Manager, by a formal written document conspicuously labeled **"Notice of Change."**  The Notice of Change shall state in summary form the basis for the proposed change and shall include a general estimate of the anticipated effect of the change on the Subcontract Price and/or schedule. This Notice of Change must be received by GILBANE FEDERAL within ten (10) calendar days from the date of

ATTACHMENT C
GILBANE FEDERAL COMPANY SUBCONTRACT GENERAL CONDITIONS - USA

Subcontractor's becoming aware of such circumstances, or within twenty days of when Subcontractor should reasonably have become aware of such circumstances, whichever occurs first.  Where any such required Notice of Change is not timely provided, Subcontractor hereby irrevocably waives the right to assert any later claim of any kind for revision of any Subcontract Price and/or performance schedule.  (Subcontractor acknowledges that it is vital for GILBANE FEDERAL to manage all Subcontract changes and that a material part of the consideration given by GILBANE FEDERAL for this Subcontract is in exchange for this waiver provision.)  Provided, upon receipt of any timely Notice of Change, GILBANE FEDERAL and Subcontractor may promptly work and cooperate together in good faith to seek to equitably review and resolve any issues raised by such Notice of Change, which resolution may be reflected by a written Modification to this Subcontract.

In general, Subcontractor will not be entitled to any increase in Subcontract pricing for routine, anticipated, minor and/or normal variations in the Work, such as additional Work required for Subcontractor's Work to fulfill its basic intended purpose, quantity variances of less than 5%, mere refinements of the Work and/or cutting and patching to fit others' work.  All other changes (including any deductive changes made requiring Subcontractor to reduce the amount of Work to be performed) shall be priced using Subcontractor's overhead, supply and labor rate factors explicitly or inherently incorporated in the Price Schedule, or using such rates as amended from time to time pursuant to official Client audit procedures (e.g., DCAA approved).  Provided, where unit prices are incorporated in the Price Schedule, or where in Gilbane Federal opinion the Prime Contract provides an appropriate method of pricing changes, such adjustment will be based on them.

Subcontractor shall not be entitled to an increase in any Subcontract price (and hereby irrevocably waives the right to claim for such) unless and until Gilbane Federal Procurement Department has issued and signed a formal Subcontract change order, modification or amendment to this Subcontract.

SECTION 12.  CLAIMS

A.  In addition to the notice requirements of **Section 11**, where Subcontractor continues to assert that any additional money and/or time for completion of the Work is due to Subcontractor hereunder ("Claim"), Subcontractor must promptly provide to GILBANE Federal second formal written document conspicuously labeled "**Notice and Summary of Claim**."  Should Subcontractor fail to provide such Notice within thirty calendar days of the time it knew or should have known of the Claim, the Claim is waived by Subcontractor without further right to litigate or arbitrate the Claim.  (In particular, where Subcontractor already provided Notice of Change as described in **Section 11**, and GILBANE FEDERAL refuses to authorize any additional payment for the alleged changed work described in such Notice of Change, a Claim shall be deemed to exist at the time of Gilbane Federal refusal.)  Subcontractor shall include with the Notice and Summary of Claim a reasonably detailed explanation of the basis of Claim and all cost, technical and other documentation reasonably necessary to substantiate Subcontractor's position, including reference to any Subcontract provision or specification on which Subcontractor relies.  Unless otherwise directed by GILBANE FEDERAL, Subcontractor shall continue diligently to perform all Work, pending resolution of the Claim.

B.  GILBANE FEDERAL shall have ninety days to determine the merit of any properly and timely submitted Claim, after which time, if Subcontractor is unsatisfied, Subcontractor may proceed under the "Formal Disputes" section hereof.

C.  As to any Claim which involves Client, such as disallowance by Client of all or part of any Subcontractor billings, or denial of any request for a change involving Subcontractor, GILBANE FEDERAL may, if it believes Subcontractor's basis of Claim to be meritorious, determine to reasonably sponsor and support Subcontractor in presenting Subcontractor's Claim to Client, to the extent permitted by the Federal Contract Disputes Act, the Prime Contract, FAR and applicable Client procedural rules.  Provided, in such cases, Subcontractor shall:  1) agree that such presentation and sponsoring is its exclusive remedy, 2) agree to be bound by the Client's decision on the claim and accept as final payment on the Claim whatever amount the Client determines to pay with respect to such Claim, and 3) bear all costs, including attorney's fees, incurred by GILBANE FEDERAL in presenting the Claim.

SECTION 13.  FORMAL DISPUTES

A.  Wherever a potential dispute involves in any way the amount of money due Subcontractor for the Work, or the amount of time required for the Work, Subcontractor must first avail itself of the "Claims" process described in Section 12 above before proceeding under these "Formal Disputes" procedures.

ATTACHMENT C
GILBANE FEDERAL COMPANY SUBCONTRACT GENERAL CONDITIONS - USA

B.   As to any other unresolved dispute, controversy or Claim ("Dispute") between GILBANE FEDERAL and Subcontractor, the parties shall first seek to resolve it through good faith negotiation involving senior management of the Parties.  Thereafter, GILBANE FEDERAL shall determine whether the Dispute shall be resolved by:  1) in accordance with the rules of the American Arbitration Association ("AAA"), before one or three arbitrators (chosen by the parties and the AAA in accord with AAA rules) in a given location, or 3) through litigation in a California or other court of competent jurisdiction of Gilbane Federal choice, with or without a jury.  Provided, upon Subcontractor's request by written notice, GILBANE FEDERAL shall within twenty days provide notice of such decision to Subcontractor.  (If GILBANE FEDERAL fails to provide such notice, the Dispute shall be resolved by AAA arbitration before one arbitrator in Walnut Creek, California.)  All dispute resolution proceedings shall be conducted in the English language.

C.   In any such Dispute, a Settlement-Oriented Prevailing Party shall be entitled to receive, as part of any award or judgment, eighty percent (80%) of its reasonable attorneys' fees incurred in handling the Dispute.  (Provided, only those attorneys fees incurred after written notice is given by either party that it will seek to recover them under this clause may be reimbursed hereunder.)  For these purposes, a "Settlement-Oriented Prevailing Party" shall be a party who obtains a litigation or arbitration result more favorable to it than its last formal written offer (made at least twenty calendar days prior to the formal trial or hearing) to settle such litigation or arbitration.  (Where there is no Settlement-Oriented Prevailing Party, each party shall bear its own attorneys' fees and other costs.)  Any arbitration award shall be fully final and binding and enforceable in any court of competent jurisdiction in any country.

D.   Unless otherwise directed by GILBANE FEDERAL, Subcontractor shall continue diligently to perform all Work pending resolution of any Dispute.  Subcontractor shall be deemed to have conclusively waived any Claim (including one for which a Notice of Claim was timely submitted) where Subcontractor has failed to initiate formal dispute resolution proceedings under this **Section 13** within one year of the time it knew or should have known of the Claim.

SECTION 14.   ASSIGNMENT AND LOWER TIER SUBCONTRACTING

Neither the rights nor duties of this Subcontract (nor the payments to become due hereunder) may be assigned or delegated without the written consent of GILBANE FEDERAL.  Subcontractor shall not further subcontract the whole or any part of the Subcontract without prior written consent of GILBANE FEDERAL, which shall not be unreasonably withheld.  When Subcontractor does subcontract any of the Work, or procure any materials or services for the Work, from others, Subcontractor shall incorporate all required FAR and other clauses in its subcontracts with such sub-subcontractors and vendors, and Subcontractor shall otherwise comply with all FAR and Prime Contract requirements as to such subcontracting.

If required by the Prime Contract, and Subcontractor is a large business (as defined by the US Small Business Administration), Subcontractor will provide and implement a Small Business Utilization Plan (unless the Work is to be performed outside the USA and its outlying areas).

SECTION 15.   TERMINATION

**Regardless of any other provision hereof, this Subcontract (or any task or subtask hereunder) may be terminated in whole or in part at any time by GILBANE FEDERAL for Gilbane Federal convenience for any reason.**  In such case GILBANE FEDERAL shall pay Subcontractor's reasonable actual costs of effecting termination, if the same are recovered by GILBANE FEDERAL from the Client because of a termination for convenience of the Prime Contract by the Client.  GILBANE FEDERAL may also at any time with or without notice terminate all or any part of this Subcontract for default in the event of Subcontractor's delay, breach, insolvency, failure to proceed with directed changes, violation of law, etc., in which case Subcontractor shall not be entitled to receive any such termination costs.  The termination clauses of the Prime Contract shall also apply, subject to **Section 2 above.**  Provided no termination of this Subcontract shall release Subcontractor from its duties hereunder which by their nature are intended to survive termination, such as its indemnification, confidentiality and warranty obligations, and methods for resolving disputes.

Upon any termination, in addition to any duties imposed upon Subcontractor by the Prime Contract, Subcontractor shall take all reasonable steps to preserve the Work while minimizing additional costs.  Subcontractor shall also comply with any instructions given by GILBANE FEDERAL in any Notice of Termination regarding how and to what extent the Work shall be

ATTACHMENT C
GILBANE FEDERAL COMPANY SUBCONTRACT GENERAL CONDITIONS - **USA**

terminated, and will cancel upon terms favorable to GILBANE FEDERAL(including transfer to GILBANE FEDERAL where so directed by GILBANE FEDERAL) any sub-subcontracts and supply arrangements.

In addition, upon any termination for default, and in addition to any rights GILBANE FEDERAL may have and any duties Subcontractor may have under the Prime Contract: 1) GILBANE FEDERAL may take immediate possession of the Work and fully utilize any plant, supplies, materials, sub-subcontractors and/or equipment Subcontractor has or is using or provided to perform the Work, and 2) in addition to any other amounts due hereunder (e.g., attorney's fees under **Section 13,** warranty costs, property damages, indemnity losses, etc), Subcontractor and its sureties shall be fully liable to pay all Gilbane Federal costs (including the prices charged by replacement subcontractor(s) and Gilbane Federal internal fully burdened project management and procurement costs) incurred in completing terminated Work, in excess of the unpaid portion of the Subcontract price allocable to uncompleted and/or deficient Work.

SECTION 16.  WARRANTIES

Subcontractor warrants and represents that all its Work will strictly comply with all requirements of the Subcontract.  In addition, as to all engineering, design, professional environmental or technical services Work, and supplementing any other warranties required to be made by Subcontractor by the Prime Contract in **Section 2** above, Subcontractor hereby warrants that it will conform to the standards and utilize the care and skill recognized by reputable firms performing similar work.  As to all construction and other Work and all other goods and services provided pursuant to this Subcontract, Subcontractor hereby warrants that all such Work and goods and services shall be:  completed in a workmanlike manner, free from defects in materials and workmanship, new, non-counterfeit and genuine (unless this Subcontract expressly authorizes otherwise) and fit for their intended purpose.  (For example, any concrete or masonry placed shall remain free of cracks.)  If at any time prior to one year after the final and accepted completion of all the Work, GILBANE FEDERAL gives Subcontractor notice that any of the Work does not comply with any of these warranties, Subcontractor shall promptly (and in no event commencing later than ten days after Gilbane Federal request) repair or replace the same at no cost or expense to GILBANE FEDERAL.  In addition, Subcontractor will be responsible for all other costs incurred by GILBANE FEDERAL as a result of Subcontractor's failure to comply with these warranties, including but not limited to, the cost of re-performing any other services or re-providing any other goods previously provided by GILBANE FEDERAL or others, which were impacted by Subcontractor's failure.  These warranties shall not act to reduce any of Gilbane Federal other rights hereunder.

A formal statement by the Client that Gilbane Federal work (which was subcontracted to and performed by Subcontractor) is defective shall be one proof that Subcontractor's work is defective.

SECTION 17.  ADDITIONAL GENERAL PROVISIONS

A.   Execution/General. The terms of this Subcontract may be waived, amended or modified only by a written amendment to the Subcontract signed by both parties.  Subcontractor is an independent contractor in the performance of this Subcontract. This Subcontract is the entire agreement of the parties relative to the Work and the Project and supersedes and replaces all previous proposals, negotiations and agreements, particularly including any Subcontractor proposal relating to the Work (unless expressly incorporated herein).  Where Subcontractor has begun to perform the Work hereunder, but this Subcontract has not yet been executed by Subcontractor, such commencement of the Work shall act as Subcontractor's acceptance of all the terms and provisions hereof.  For purposes of interpretation, this Subcontract was drafted jointly by both parties.  This Subcontract may be executed in separately signed and/or telecopied (i.e., faxed) counterparts having clearly readable authorized signatures.

B.   Governing Law and Language.  The validity, interpretation and performance of this Agreement shall be governed and construed in accordance with California law, except to the extent United States Federal procurement law governs.  Unless expressly permitted by other provisions hereof, or unless expressly required by local law pertaining to the Site in order for a given instrument or document (such as a local survey) to be valid, all submittals, documents, certificates and other written and oral communications hereunder shall be in the English language.

C.   Severability.  If any section, subsection, sentence or clause of this Subcontract shall be adjudged illegal, invalid or unenforceable, such illegality, invalidity or unenforceability shall not affect the legality, validity or enforceability of this Subcontract as a whole or of any section, subsection, sentence or clause hereof not so adjudged.

ATTACHMENT C
GILBANE FEDERAL COMPANY SUBCONTRACT GENERAL CONDITIONS - **USA**

D. <u>Bonds.</u> If indicated as required in the Subcontract Order Cover Page(s) or elsewhere in the Subcontract, Subcontractor shall furnish performance and/or payment bonds for the Work in forms and amounts and with such Treasury-Listed sureties as indicated in the Cover Page and as shall be approved by GILBANE FEDERAL. Such bonds shall be provided within ten days of the date of execution of this Subcontract, or earlier if so indicated elsewhere in this Subcontract. All the costs of such bonds shall be included in the pricing described in the Price Schedule. Upon any amendment or modification to this Subcontract which increases the Subcontract Price, and unless otherwise directed by GILBANE FEDERAL, Subcontractor shall increase the penal amount of any such bonds issued hereunder to reflect such new increased Price.

E. <u>Communications with Client/Proprietary Information/Confidentiality/Advertising.</u> Subcontractor recognizes GILBANE FEDERAL as prime contractor for the Work. Subcontractor shall not conduct any oral, written or electronic (e.g., e-mail) communications with the Client or any of its representatives relative to the Work without advance notice to and consent from GILBANE FEDERAL. Further, if any such consent is granted, Subcontractor will regularly and promptly inform GILBANE FEDERAL of **all** communications of any sort it has with the Client regarding the Work. In particular, Subcontractor will copy GILBANE FEDERAL on all meeting minutes, letters, memos, reports, drawings, emails, and all other information of any sort it provides to Client regarding the Work. GILBANE FEDERAL shall be entitled to attend all meetings of any kind between Subcontractor and Client, and Subcontractor shall provide advance notice of all scheduled meetings to GILBANE FEDERAL as far in advance as practicable. Where GILBANE FEDERAL does not attend a particular meeting, and no minutes are generated, Subcontractor shall promptly provide GILBANE FEDERAL with an email or other report of any material developments at the meeting. Unless Client directs otherwise, any reports delivered to Client by Subcontractor regarding the Work shall be labeled "Submitted (or Prepared) by [Subcontractor's Name] as Subcontractor to Innovative Technical Solutions, Inc." or something similar in meaning.

Subcontractor shall consider all information furnished by GILBANE FEDERAL or the Client, including the Prime Contract, to be confidential and shall use reasonable efforts to avoid disclosure of any such information to any other person or use such information itself for any purpose other than performing this Subcontract, unless Subcontractor obtains written permission from GILBANE FEDERAL to do so. This obligation shall apply to drawings, specifications, or other documents prepared by Subcontractor for GILBANE FEDERAL in connection with this Subcontract. Consistent with the Prime Contract, no information relating to the Subcontract shall be disclosed without Gilbane Federal written permission. The foregoing obligations shall survive the termination of this Subcontract for a period of two years. Unless otherwise agreed in writing (and GILBANE FEDERAL shall not unreasonably withhold its consent to such an agreement), no commercial, financial or technical information disclosed in any manner or at any time by Subcontractor to GILBANE FEDERAL shall be deemed secret or confidential and Subcontractor shall have no rights against GILBANE FEDERAL with respect thereto, except such rights as may exist under patent laws.

If Subcontractor is performing any design Work hereunder, Subcontractor will fully and securely maintain in its own offices, for access and inspection by GILBANE FEDERAL at any time, robust back-up copies of all plans, AutoCADD drawings, specs and all other information produced under this Subcontract. Further, Subcontractor shall transfer complete electronic copies of any major Project design submittal (e.g., 30%, 60%, 90% and As-Built drawings) to both Gilbane Federal Project office and Gilbane Federal California headquarters, in formats (e.g., Flash Drives, File Transfer, etc.) as directed by GILBANE FEDERAL from time to time.

F. <u>FAR: Reps and Certs/Further Acts; ARRA.</u>. Subcontractor has executed the "Reps and Certs" incorporated into this Subcontract. Subcontractor shall also, whenever later required, execute and deliver to GILBANE FEDERAL all certificates and other documents, and take all such other actions, which may be required by applicable FAR and Prime Contract provisions. All such "Reps and Certs" shall be updated upon Gilbane Federal request. GILBANE FEDERAL may permit Subcontractor to satisfy certain representation requirements by providing its ORCA and/or CCR registrations.

If this Subcontract, including all amendments and modifications, provides for payment to Subcontractor of $25,000 or more and is funded in whole or in part by funding provided under the American Recovery and Reinvestment Act of 2009 (ARRA), and unless an ARRA exemption or exception applies (e.g., where Gilbane Federal Client is not a Federal government entity), then GILBANE FEDERAL hereby notifies Subcontractor that, under ARRA: 1) Subcontractor must report to GILBANE FEDERAL on a calendar year quarterly basis (or earlier and/or more frequently if requested by GILBANE FEDERAL to meet Client requirements), certain updated information, including but not limited to information regarding jobs created by the Work

ATTACHMENT C
GILBANE FEDERAL COMPANY SUBCONTRACT GENERAL CONDITIONS - **USA**

and compensation of Subcontractor's officers, and 2) such information will be made available to the public as required by Section 1512 of ARRA. Further, Subcontractor shall fully comply with all ARRA requirements as directed by GILBANE FEDERAL to the extent applicable to this Subcontract, including those contained in applicable FAR provisions (e.g., FAR 52.204-10 (Reporting Subcontract Awards), FAR 52.204-11 (Reporting), FAR 52.203-15 (Whistleblower Protections), FAR 52.225-21 thru -24 (Buy American) and FAR 52.215-2 (GAO/IG Access).

In general, where ARRA applies, Subcontractor must submit its required ARRA information to GILBANE FEDERAL not later than five (5) calendar days following the end of the calendar year quarter. Timely and accurate reporting of ARRA-required information is a material element of this Subcontract and Subcontractor's satisfactory performance.

G.   Notices. Any notice, consent, demand or request required or permitted to be given under this Subcontract must be in writing, shall be effective upon receipt, and be sent by two methods: 1) by US Mail, courier service (e.g., FedEx TM), personal delivery, or fax transmission, **AND** 2) e-mail, to the respective addresses shown on the Cover Page(s) or elsewhere in this Subcontract for notice purposes (or to such other addresses as the parties may later designate in writing for notice purposes).

H.   Non–Solicitation, No Conflicts. Subcontractor will not now or at any time until one year after the conclusion of the Work encourage any GILBANE FEDERAL employee or consultant to leave GILBANE FEDERAL.  Further, Subcontractor will not seek to encourage Gilbane Federal clients to contract with Subcontractor rather than GILBANE FEDERAL, nor will Subcontractor encourage GILBANE FEDERAL Project Managers or salespeople to join Subcontractor.  Subcontractor will not engage in any work or services where any such activity creates a conflict of interest for Subcontractor under this Subcontract, and Subcontractor has not entered, and will not enter, into any agreement with a third party which would in any way cause a breach of this Subcontract.

I.   DPAS Rating. If so stated on the Cover Pages of this Subcontract, this Subcontract may be a rated order certified for national defense use.  In such case, Subcontractor shall follow all the requirements of the Defense Priorities and Allocations System regulation (15 CFR 700) as applied to any applicable rating for this Subcontract stated on the Cover Pages.  Federal Acquisition Regulation (FAR) clause 52.211-15, Defense Priority and Allocation Requirements, is hereby incorporated by reference.

J.   Import and Export Compliance. Subcontractor is solely responsible in its performance under this Subcontract for required compliance with the import and export laws and regulations of the United States of America, and to the extent applicable to the Subcontract, the import and export laws and regulations of any other jurisdiction or country.  If any import or export control or compliance form is attached to this Subcontract, including any GILBANE FEDERAL Request for Export Control Information, Subcontractor will thoroughly and accurately complete such form and return it within ten days of execution to GILBANE FEDERAL. Subcontractor understands and acknowledges that (a) GILBANE FEDERAL and client , and their contractors and agents, will rely on the information provided by Subcontractor, including making a determination whether any U.S. or foreign export or import license is required for the export of the supplied materials to the country of destination; (b) Subcontractor is responsible for compliance with local import and export control laws of any jurisdiction, and is responsible for compliance with applicable U.S. re-export laws; and (c) Subcontractor will be fully responsible for the accuracy and completeness of  import and export documentation prepared or executed by Subcontractor as part of Subcontractor's performance of this Subcontract, including that required for the import of any materials used in the Work  and of any documents prepared by Subcontractor's employees, contractors, agents and brokers. (d) Subcontractor shall be responsible for all losses, costs, claims, causes of action, damages, liabilities and expenses incurred by GILBANE FEDERAL, including attorneys' fees, all expense of litigation and/or settlement, and court costs, arising from any act or omission of Subcontractor, its officers, employees, agents, suppliers, or subcontractors at any tier, in Subcontractor's performance of any of its obligations under this clause.



**Attachment D**

**FAR and Other Flowdown Clauses**

**Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001**

## I.  PRIME CONTRACT CLAUSES INCORPORATED BY REFERENCE INTO SUBCONTRACT

All of the below-cited provisions in this **Attachment D** from GILBANE FEDERAL prime contract with USACE are hereby made applicable to and incorporated by reference into this Subcontract (as further described below and in the General Conditions of the Subcontract).

The applicability of each Prime Contract clause to this Subcontract, as shown in the listing below, is based on the Subcontract compensation type found in the Subcontract Price Schedule, the scope of services or supplies provided (construction, technical services, professional services, commercial items, etc.), contract value, whether the Subcontract is awarded based on price competition or is negotiated, the location of the work, nationality of the Subcontractor, and other factors.  If the Subcontractor has any questions about the application of any clause, contact the GILBANE FEDERAL Subcontract Administrator or Buyer.

The terms FAR, DFARS when used in the following clauses, mean the cited portions of the Federal Acquisition Regulation, the cited portions of the Defense Federal Acquisition Regulation Supplement AFFARS clauses are not included.

Wherever appropriate to accomplish the purpose of flowing down to Subcontractor all the applicable obligations of FAR/DFARS/other Prime Contract provisions, to protect GILBANE FEDERAL'S interest, and/or unless the resulting reading is patently illogical, the words itemized below shall be substituted in the reading of these clauses:

- Department of the USACE shall read as Innovative Technical Solutions, Inc. ( GILBANE FEDERAL)
- Government or Department of Defense (DOD) shall read as GILBANE FEDERAL.
- Contractor shall read as Subcontractor.
- Offeror shall read as Subcontractor
- Contracting Officer (CO), Contracting Officer's Representative (COR), and Contracting Officer's Technical Representative (COTR) shall read as GILBANE FEDERAL'S Technical, or other, Representative.
- Contract shall read as Subcontract.
- Task Order shall read as Work Order

Provided, in the case of any of the below listed FAR or other clauses which, by their terms, apply to only particular classes of Subcontractor work or Subcontractor Work Orders; such clauses shall so apply.  For example, FAR 52.223-7 (Radioactive Materials) is included in this **Attachment D**. However, in accord with paragraph (d) of such clause, FAR 52.223-7 will be deemed applicable only to Subcontracts which involve radioactive materials/activity as defined in paragraph (a) of said clause.

Provided further, in case of any time period specified in the provisions cited herein, such period shall be shortened to a new period equal to eighty percent (80%) of the original period, in order to give

GILBANE FEDERAL enough time to respond to whatever action is taken by the Subcontractor in the allotted 80 percent period.



**Attachment D**

**FAR and Other Flowdown Clauses**

**Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001**

Provided further, any FAR, DFAR, AFARS or other Prime Contract clause which is required by express law, regulation, or the client to be included herein, shall be deemed to be so included, whether or not it is actually listed below.

This Subcontract incorporates the following clauses by reference, with the same force and effect as if they were given in full text. The full text of a clause may be accessed electronically via the internet at the following web address:

Federal Acquisition Regulation and supplements:  http://farsite.hill.af.mil/VFFAR1.HTM

**52.252-2 FEDERAL ACQUISITION REGULATION CLAUSES BY REFERENCE (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):https://farsite.hill.af.mil
(End of Clause)

52.202-1 Definitions -JAN 2012
52.203-3 Gratuities -APR 1984
52.203-5 Covenant Against Contingent Fees -APR 1984
52.203-6 Restrictions On Subcontractor Sales To The Government -SEP 2006
52.203-7 Anti-Kickback Procedures -OCT 2010
52.203-8 Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity-JAN 1997
52.203-10 Price Or Fee Adjustment For Illegal Or Improper Activity -JAN 1997
52.203-12 Limitation On Payments To Influence Certain Federal Transactions-OCT 2010
52.203-13 Contractor Code of Business Ethics and Conduct -APR 2010
52.204-4 Printed or Copied Double-Sided on Postconsumer Fiber Content Paper-MAY 2011
52.204-9 Personal Identity Verification of Contractor Personnel -JAN 2011
52.204-10 Reporting Executive Compensation and First-Tier Subcontract Awards-JUL 2013
52.209-6 Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or
      Proposed for Debarment- AUG 2013
52.210-1 Market Research -APR 2011
52.211-15 Defense Priority and Allocation Requirements APR 2008
52.215-2 Audit and Records--Negotiation -OCT 2010
52.215-11 Price Reduction for Defective Certified Cost or Pricing Data—Modifications-AUG 2011
52.215-13 Subcontractor Certified Cost or Pricing Data--Modifications -OCT 2010
52.215-15 Pension Adjustments and Asset Reversions- OCT 2010
52.215-18 Reversion or Adjustment of Plans for Postretirement Benefits (PRB) Other than Pensions-JUL 2005
52.215-19 Notification of Ownership Changes -OCT 1997
52.215-21 Requirements for Certified Cost or Pricing Data or Information Other Than Certified Cost or Pricing
      Data—Modifications-OCT 2010
52.219-8 Utilization of Small Business Concerns JUL 2013
52.219-9 (Dev) Small Business Subcontracting Plan SEP 2013
52.219-9 ALT II (Dev) Small Business Subcontracting Plan (AUG 2013) Alternate II (Deviation) SEP 2013
52.219-16 Liquidated Damages Subcontracting Plan JAN 1999
52.219-25 Small Disadvantaged Business Participation Program Disadvantaged Status and Reporting-OCT 1999
52.222-3 Convict Labor JUN 2003
52.222-4 Contract Work Hours and Safety Standards Act-Overtime Compensation JUL 2005



**Attachment D**

**FAR and Other Flowdown Clauses**

**Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001**

52.222-6 Davis Bacon Act-JUL 2005
52.222-7 Withholding of Funds FEB 1988
52.222-8 Payrolls and Basic Records JUN 2010
52.222-9 Apprentices and Trainees JUL 2005
52.222-10 Compliance with Copeland Act Requirements FEB 1988
52.222-11 Subcontracts (Labor Standards) JUL 2005
52.222-12 Contract Termination- Debarment FEB 1988
52.222-13 Compliance with Davis-Bacon and Related Act Regulations FEB 1988
52.222-14 Disputes Concerning Labor Standards FEB 1988
52.222-15 Certification of Eligibility FEB 1988
52.222-21 Prohibition Of Segregated Facilities -FEB 1999
52.222-26 Equal Opportunity -MAR 2007
52.222-27 Affirmative Action Compliance Requirements for Construction-FEB 1999
52.222-35 Equal Opportunity for Veterans -SEP 2010
52.222-36 Affirmative Action For Workers With Disabilities -OCT 2010
52.222-37 Employment Reports on Veterans -SEP 2010
52.222-40 Notification of Employee Rights Under the National Labor Relations Act DEC 2010
52.222-50 Combating Trafficking in Persons -FEB 2009
52.222-54 Employment Eligibility Verification AUG 2013
52.223-2 Affirmative Procurement of  Biobased Products Under Service and Construction Contracts SEP 2013
52.223-5 Pollution Prevention and Right-to-Know Information- MAY 2011
52.223-6 Drug-Free Workplace -MAY 2001
52.223-18 Encouraging Contractor Policies To Ban Text Messaging while Driving-AUG 2011
52.225-13 Restrictions on Certain Foreign Purchases -JUN 2008
52.227-1 Authorization and Consent DEC 2007
52.227-2 Notice and Assistance regarding Patent and Copyright Infringement –DEC 2007
52.227-4 Patent Indemnity-Construction Contracts -DEC 2007
52.228-2 Additional Bond Security OCT 1997
52.228-5 Insurance- Work on a Government Installation JAN 1997
52.228-11 Pledges of Assets JAN 2012
52.228-12-Prospective Subcontractor Requests for Bonds OCT 1995
52.228-14 Irrevocable Letter of Credit DEC 1999
52.228-15 Performance and Payment Bonds- Construction-OCT 2010
52.229-3 Federal, State and Local Taxes FEB 2013
52.232-5 Payments under Fixed-Price Construction Contracts -SEP 2002
52.232-17 Interest -OCT 2010
52.232-23  Alt I Assignment Of Claims –(JAN 1986)-Alternate I APR 1984
52.232-33 Payment by Electronic Funds Transfer-System for Award Management-JUL 2013
52.233-1 Disputes  JUL 2002
52.233-3 Protest After Award -AUG 1996
52.236-2 Differing Site Conditions -APR 1984
52.236-3 Site Investigation and Conditions Affecting the Work -APR 1984
52.236-5 Material and Workmanship -APR 1984
52.236-6 Superintendence by the Contractor -APR 1984
52.236-7 Permits and Responsibilities -NOV 1991
52.236-8 Other Contracts -APR 1984
52.236-9 Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements-APR 1984
52.236-10 Operations and Storage Areas -APR 1984



## Attachment D
## FAR and Other Flowdown Clauses
## Gilbane Federal Prime Contract No:   W91238-14-C-0049-P00001

52.236-11 Use and Possession Prior to Completion -APR 1984
52.236-12 Cleaning Up -APR 1984
52.236-13 Alt I Accident Prevention-(Nov 1991)-Alternate I-NOV 1991
52.236-14 Availability and Use of Utility Services -APR 1984
52.236-15 Schedules for Construction Contracts -APR 1984
52.236-17 Layout of Work -APR 1984
52.236-21 Alt I Specifications and Drawings for Construction (Feb 1997) -Alternate I-APR 1984
52.236.25 Requirements for Registration of Designers JUN 2003
52.236-26 Preconstruction Conference -FEB 1995
52.242-13 Bankruptcy -JUL 1995
52.242-14 Suspension of Work -APR 1984
52.244-6 Subcontracts for Commercial Items DEC 2013
52.246-12 Inspection of Construction -AUG 1996
52.246-21 Alt I Warranty of Construction –(Mar 1994)-Alternate I APR 1984
52.248-3 Value Engineering-Construction -OCT 2010
52.249-2 Alt I Termination for Convenience of the Government (Fixed-Price) (Apr 2012) - Alternate I-SEP 1996
52.249-10 Default (Fixed-Price Construction)-APR 1984
52.252-6 Authorized Deviations in Clauses (APR 1984)
52.253-1 Computer Generated Forms JAN 1991

**DEPARTMENT OF DEFENSE FEDERAL ACQUISITION REGULATION CLAUSES BY REFERENCE**

252.201-7000 Contracting Officer's Representative DEC 1991
252.203-7000 Requirements Relating to Compensation of Former DoD Officials SEP 2011
252.203-7001 Prohibition on Persons Convicted of Fraud or other Defense-Contract related Felonies -DEC 2008
252.203-7002 Requirement to Inform Employees of Whistleblower Rights -JAN 2009
252.203-7003 Agency Office of the Inspector General DEC 2012
252.204-7000 Disclosure of Information –AUG 2013
252.204-7003 Control Of Government Personnel Work Product APR 1992
252.204-7004 Alt A System for Award Management Alternate A MAY 2013
252.209-7004 Subcontracting with Firms that are Owned or Controlled by the Government of a Terrorist Country - DEC 2006
252.219-7003 (Dev) Small Business Subcontracting Plan (DOD Contracts) (Deviation) SEP 2013
252.223-7004 Drug Free Work Force SEP 1988
252.223-7006  Prohibition on Storage and Disposal of Toxic and Hazardous Materials  APR 2012
252.223-7008 Prohibition of Hexavalent Chromium JUN 2013
252.225-7012 Preference For Certain Domestic Commodities FEB 2013
252.226-7001 Utilizations of Indian Organizations and Indian-Owned Economic Enterprises, and Native Hawaiian Small Business Concerns (SEP 2004)
252.227-7022 Government Rights (Unlimited) MAR 1979
252.227-7023 Drawings and Other Data to Become Property of Government. MAR 1979
252.227-7024 Notice and Approval of Restricted Designs APR 1984
252.227-7033 Rights in Shop Drawings APR 1966
252.231-7000 Supplemental Cost Principles DEC 1991
252.232-7003 Electronic Submission of Payment Requests and Receiving Reports JUN 2012
252.232-7010 Levies on Contract Payments DEC 2006
252.236-7000 Modification Proposals - Price Breakdown. (DEC 1991)



**Attachment D**
**FAR and Other Flowdown Clauses**
**Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001**

252.236-7013 Requirement for Competition Opportunity for American Stell Producers, Fabricators, and
    Manufacturers JUN 2013
252.242-7006 Accounting System Administration FEB 2012
252.243-7001 Pricing of Contract Modifications DEC 1991
252.243-7002 Requests for Equitable Adjustment DEC 2012
252.244-7000 Subcontracts for Commercial Items JUN 2013
252.244-7001 Contractor Purchasing System Administration JUN 2012
252.247-7024 Notification Of Transportation Of Supplies By Sea MAR 2000

**CLAUSES INCORPORATED BY FULL TEXT**

**52.203-14 DISPLAY OF HOTLINE POSTER(S) (DEC 2007)**
(a) Definition. United States, as used in this clause, means the 50 States, the District of Columbia, and outlying
areas.
(b) Display of fraud hotline poster(s). Except as provided in paragraph (c)--
(1) During contract performance in the United States, the Contractor shall prominently display in common work
areas within business segments performing work under this contract and at contract work sites--
(i) Any agency fraud hotline poster or Department of Homeland Security (DHS) fraud hotline poster identified in
paragraph (b)(3) of this clause; and
(ii) Any DHS fraud hotline poster subsequently identified by the Contracting Officer.
(2) Additionally, if the Contractor maintains a company website as a method of providing information to employees,
the Contractor shall display an electronic version of the poster(s) at the website.
(3) Any required posters may be obtained as follows:
Poster(s) Obtain from http://www.dodig.mil/
(i) Appropriate agency name(s) and/or title of applicable Department of Homeland Security fraud hotline poster);
and
(ii) The website(s) or other contact information for obtaining the poster(s).)
(c) If the Contractor has implemented a business ethics and conduct awareness program, including a reporting
mechanism, such as a hotline poster, then the Contractor need not display any agency fraud hotline posters as
required in paragraph (b) of this clause, other than any required DHS posters.
(d) Subcontracts. The Contractor shall include the substance of this clause, including this paragraph (d), in all
subcontracts that exceed $5,000,000, except when the subcontract--
(1) Is for the acquisition of a commercial item; or
(2) Is performed entirely outside the United States.
(End of clause)

**52.211-10 COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)**
The Contractor shall be required to (a) commence work under this contract within **10** calendar days after the date
the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work
ready for use not later than the calendar days identified in **block 11** after the receipt of notice of proceed. The time
stated for completion shall include final cleanup of the premises.
(End of clause)

**52.211-12 LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)**
(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay
liquidated damages to the Government in the amount of **$2,337** for each calendar day of delay until the work is
completed or accepted.
(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until



## Attachment D
## FAR and Other Flowdown Clauses
## Gilbane Federal Prime Contract No:   W91238-14-C-0049-P00001

the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.
(End of clause)

**52.217-7 OPTION FOR INCREASED QUANTITY--SEPARATELY PRICED LINE ITEM (MAR 1989)**
The Government may require the delivery of the numbered line item, identified in the Schedule as an option item, in the quantity and at the price stated in the Schedule. The Contracting Officer may exercise the option by written notice to the Contractor. **Options 1001 thru 1005 may be exercised up to ninety (90) calendar days after receipt of Notice to Proceed (NTP).** Delivery of added items shall continue at the same rate that like items are called for under the contract, unless the parties otherwise agree.
(End of clause)

**52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)**
(a) The Government may extend the term of this contract by written notice to the Contractor within Thirty (30) Calendar Days; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least Sixty (60) Calendar Days before the contract expires. The preliminary notice does not commit the Government to an extension.
(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.
(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed Five (5) Years.
(End of clause)

**52.219-28 POST-AWARD SMALL BUSINESS PROGRAM REREPRESENTATION (JULY 2013)**
(a) Definitions. As used in this clause--
Long-term contract means a contract of more than five years in duration, including options. However, the term does not include contracts that exceed five years in duration because the period of performance has been extended for a cumulative period not to exceed six months under the clause at 52.217-8, Option to Extend Services, or other appropriate authority.
Small business concern means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and the size standard in paragraph (c) of this clause. Such a concern is ``not dominant in its field of operation'' when it does not exercise a controlling or major influence on a national basis in a kind of business activity in which a number of business concerns are primarily engaged. In determining whether dominance exists, consideration shall be given to all appropriate factors, including volume of business, number of employees, financial resources, competitive status or position, ownership or control of materials, processes, patents, license agreements, facilities, sales territory, and nature of business activity.
(b) If the Contractor represented that it was a small business concern prior to award of this contract, the Contractor shall represent its size status according to paragraph (e) of this clause or, if applicable, paragraph (g) of this clause, upon the occurrence of any of the following:
(1) Within 30 days after execution of a novation agreement or within 30 days after modification of the contract to include this clause, if the novation agreement was executed prior to inclusion of this clause in the contract.(2) Within 30 days after a merger or acquisition that does not require a novation or within 30 days after modification of the contract to include this clause, if the merger or acquisition occurred prior to inclusion of this clause in the contract.

(3) For long-term contracts--

(i) Within 60 to 120 days prior to the end of the fifth year of the contract; and

6



**Attachment D**

**FAR and Other Flowdown Clauses**

**Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001**

(ii) Within 60 to 120 days prior to the date specified in the contract for exercising any option thereafter.
(c) The Contractor shall rerepresent its size status in accordance with the size standard in effect at the time of this rerepresentation that corresponds to the North American Industry Classification System (NAICS) code assigned to this contract. The small business size standard corresponding to this NAICS code can be found at http://www.sba.gov/content/table-small-business-size-standards.
(d) The small business size standard for a Contractor providing a product which it does not manufacture itself, for a contract other than a construction or service contract, is 500 employees.
(e) Except as provided in paragraph (g) of this clause, the Contractor shall make the representation required by paragraph (b) of this clause by validating or updating all its representations in the Representations and Certifications section of the System for Award Management (SAM) and its other data in SAM, as necessary, to ensure that they reflect the Contractor's current status. The
Contractor shall notify the contracting office in writing within the timeframes specified in paragraph (b) of this clause that the data have been validated or updated, and provide the date of the validation or update.
(f) If the Contractor represented that it was other than a small business concern prior to award of this contract, the Contractor may, but is not required to, take the actions required by paragraphs (e) or (g) of this clause.
(g) If the Contractor does not have representations and certifications in SAM, or does not have a representation in SAM for the NAICS code applicable to this contract, the Contractor is required to complete the following rerepresentation and submit it to the contracting office, along with the contract number and the date on which the rerepresentation was completed: The Contractor represents that it ( ) is, ( ) is not a small business concern under NAICS Code **236220** - assigned to contract number .(Contractor to sign and date and insert authorized signer's name and title).   (End of clause)


**52.225-11 BUY AMERICAN ACT--CONSTRUCTION MATERIALS UNDER TRADE AGREEMENTS (SEP 2013)**
(a) Definitions. As used in this clause--
Caribbean Basin country construction material means a construction material that--
(1) Is wholly the growth, product, or manufacture of a Caribbean Basin country; or
(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a Caribbean Basin country into a new and different construction material distinct from the materials from which it was transformed.
Commercially available off-the-shelf (COTS) item—
(1) Means any item of supply (including construction material) that is--
(i) A commercial item (as defined in paragraph (1) of the definition at FAR 2.101);
(ii) Sold in substantial quantities in the commercial marketplace; and
(iii) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and
(2) Does not include bulk cargo, as defined in section 3 of the Shipping Act of 1984 (46 U.S.C. App. 1702), such as agricultural products and petroleum products. Component means an article, material, or supply incorporated directly into a construction material. Construction material means an article, material, or supply brought to the construction site by the Contractor or subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.
Cost of components means--
 (1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the construction material (whether or not such costs are paid to a domestic firm), and any

7



## Attachment D
## FAR and Other Flowdown Clauses
## Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001

applicable duty (whether or not a duty-free entry certificate is issued); or
(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the construction material.

Designated country means any of the following countries:
(1) A World Trade Organization Government Procurement Agreement country (Armenia, Aruba, Austria, Belgium, Bulgaria, Canada, Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hong Kong, Hungary, Iceland, Ireland, Israel, Italy, Japan, Korea (Republic of), Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Netherlands, Norway, Poland, Portugal, Romania, Singapore, Slovak Republic, Slovenia, Spain, Sweden, Switzerland, Taiwan or United Kingdom);
(2) A Free Trade Agreement country (Australia, Bahrain, Canada, Chile, Colombia, Costa Rica, Dominican Republic, El Salvador, Guatemala, Honduras, Korea (Republic of), Mexico, Morocco, Nicaragua, Oman, Panama, Peru, or Singapore);
(3) A least developed country (Afghanistan, Angola, Bangladesh, Benin, Bhutan, Burkina Faso, Burundi, Cambodia, Central African Republic, Chad, Comoros, Democratic Republic of Congo, Djibouti, Equatorial Guinea, Eritrea, Ethiopia, Gambia, Guinea, Guinea-Bissau, Haiti, Kiribati, Laos, Lesotho, Liberia, Madagascar, Malawi, Mali, Mauritania, Mozambique, Nepal, Niger, Rwanda, Samoa, Sao Tome and Principe, Senegal, Sierra Leone, Solomon Islands, Somalia, South Sudan, Tanzania, Timor-Leste, Togo, Tuvalu, Uganda, Vanuatu, Yemen, or Zambia); or
(4) A Caribbean Basin country (Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, Bonaire, British Virgin Islands, Curacao, Dominica, Grenada, Guyana, Haiti, Jamaica, Montserrat, Saba, St. Kitts and Nevis, St. Lucia, St. Vincent and the Grenadines, Sint Eustatius, Sint Maarten, or Trinidad and Tobago).
Designated country construction material means a construction material that is a WTO GPA country construction material, an FTA country construction material, a least developed country construction material, or a Caribbean Basin country construction material.
Domestic construction material means--
(1) An unmanufactured construction material mined or produced in the United States;
(2) A construction material manufactured in the United States, if--
(i) The cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic; or
(ii) The construction material is a COTS item.
Foreign construction material means a construction material other than a domestic construction material.
Least developed country construction material means a construction material that--
(1) Is wholly the growth, product, or manufacture of a least developed country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a least developed country into a new and different construction material distinct from the materials from which it was transformed.
"Free Trade Agreement country construction material" means a construction material that—
(1) Is wholly the growth, product, or manufacture of a Free Trade Agreement (FTA) country; or
(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a FTA country into a new and different construction material distinct from the materials from which it was transformed.
"Least developed country construction material" means a construction material that—
(1) Is wholly the growth, product, or manufacture of a least developed country; or
(2) in the case of a construction material that consists in whole or in part of materials from another country, has

8



## Attachment D
## FAR and Other Flowdown Clauses
## Gilbane Federal Prime Contract No: W91238-14-C-0049-P00001

been substantially transformed in a least developed country into a new and different construction material distinct from the materials from which it was transformed.

United States means the 50 States, the District of Columbia, and outlying areas.

WTO GPA country construction material means a construction material that--

(1) Is wholly the growth, product, or manufacture of a WTO GPA country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a WTO GPA country into a new and different construction material distinct from the materials from which it was transformed.

(b) Construction materials.

(1) This clause implements the Buy American Act (41 U.S.C. chapter 83) by providing a preference for domestic construction material. In accordance with 41 U.S.C. 1907, the component test of the Buy American Act is waived for construction material that is a COTS item (See FAR 12.505(a)(2)). In addition, the Contracting Officer has determined that the WTO GPA and Free Trade Agreements (FTAs) apply to this acquisition. Therefore, the Buy American Act restrictions are waived for designated county construction materials.

(2) The Contractor shall use only domestic or designated country construction material in performing this contract, except as provided in paragraphs (b)(3) and (b)(4) of this clause.

(3) The requirement in paragraph (b)(2) of this clause does not apply to information technology that is a commercial item or to the construction materials or components listed by the Government as follows:
None

(4) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(3) of this clause if the Government determines that--

(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the restrictions of the Buy American Act is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent;

 (ii) The application of the restriction of the Buy American Act to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

(c) Request for determination of inapplicability of the Buy American Act.

(1)(i) Any Contractor request to use foreign construction material in accordance with paragraph (b)(4) of this clause shall include adequate information for Government evaluation of the request, including--

(A) A description of the foreign and domestic construction materials;

(B) Unit of measure;

(C) Quantity;

(D) Price;

(E) Time of delivery or availability;

(F) Location of the construction project;

(G) Name and address of the proposed supplier; and

(H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

(ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

(iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

(iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make



**Attachment D**

**FAR and Other Flowdown Clauses**

**Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001**

a determination.

(2) If the Government determines after contract award that an exception to the Buy American Act applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the contract to allow use of the foreign construction material. However, when the basis for the exception is the unreasonable price of a domestic construction material, adequate consideration is not less than the differential established in paragraph (b)(4)(i) of this clause.

(3) Unless the Government determines that an exception to the Buy American Act applies, use of foreign construction material is noncompliant with the Buy American Act.

(d) Data. To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the following information and any applicable supporting data based on the survey of suppliers:

Foreign and Domestic Construction Materials Price Comparison
Construction material description Unit of measure Quantity Price (dollars) \1\
--------------------------------------------------------------------------------------------------------
Item 1:
Foreign construction material.... ....................... ...................... .......................
Domestic construction material... ....................... ...................... .......................
Item 2:
Foreign construction material.... ....................... ...................... .......................
Domestic construction material... ....................... ...................... .......................
--------------------------------------------------------------------------------------------------------
\1\ Include all delivery costs to the construction site and any applicable duty (whether or not a duty-free entry certificate is issued).

List name, address, telephone number, and contact for suppliers surveyed. Attach copy of response; if oral, attach summary.

Include other applicable supporting information.

(End of clause)

**52.232-23 ASSIGNMENT OF CLAIMS (JAN 1986) - ALTERNATE I (APR 1984)**

(a) The Contractor, under the Assignment of Claims Act, as amended, 31 U.S.C. 3727, 41 U.S.C. 15 (hereafter referred to as "the Act"), may assign its rights to be paid amounts due or to become due as a result of the performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency. The assignee under such an assignment may thereafter further assign or reassign its right under the original assignment to any type of financing institution described in the preceding sentence. Unless otherwise stated in this contract, payments to an assignee of any amounts due or to become due under this contract shall not, to the extent specified in the Act, be subject to reduction or setoff.

 (b) Any assignment or reassignment authorized under the Act and this clause shall cover all unpaid amounts payable

under this contract, and shall not be made to more than one party, except that an assignment or reassignment may be made to one party as agent or trustee for two or more parties participating in the financing of this contract.

(c) The Contractor shall not furnish or disclose to any assignee under this contract any classified document (including this contract) or information related to work under this contract until the Contracting Officer authorizes such action in writing.

(End of clause)



## Attachment D
## FAR and Other Flowdown Clauses
## Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001

**52.232-27 PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (JULY 2013)**
Notwithstanding any other payment terms in this contract, the Government will make invoice payments under the terms and conditions specified in this clause. The Government considers payment as being made on the day a check is dated or the date of an electronic funds transfer. Definitions of pertinent terms are set forth in sections 2.101, 32.001, and 32.902 of the Federal Acquisition Regulation. All days referred to in this clause are calendar days, unless otherwise specified. (However, see paragraph (a)(3) concerning payments due on Saturdays, Sundays, and legal holidays.)
(a) Invoice payments--(1) Types of invoice payments. For purposes of this clause, there are several types of invoice payments that may occur under this contract, as follows:
(i) Progress payments, if provided for elsewhere in this contract, based on Contracting Officer approval of the estimated amount and value of work or services performed, including payments for reaching milestones in any project.
(A) The due date for making such payments is 14 days after the designated billing office receives a proper payment request. If the designated billing office fails to annotate the payment request with the actual date of receipt at the time of receipt, the payment due date is the 14th day after the date of the Contractor's payment request, provided the designated billing office receives a proper payment request and there is no disagreement over quantity, quality, or Contractor compliance with contract requirements.
(B) The due date for payment of any amounts retained by the Contracting Officer in accordance with the clause at 52.232-5, Payments Under Fixed-Price Construction Contracts, is as specified in the contract or, if not specified, 30 days after approval by the Contracting Officer for release to the Contractor.
(ii) Final payments based on completion and acceptance of all work and presentation of release of all claims against the Government arising by virtue of the contract, and payments for partial deliveries that have been accepted by the Government (e.g., each separate building, public work, or other division of the contract for which the price is stated separately in the contract).
(A) The due date for making such payments is the later of the following two events:
(1) The 30th day after the designated billing office receives a proper invoice from the Contractor.
(2) The 30th day after Government acceptance of the work or services completed by the Contractor. For a final invoice when the payment amount is subject to contract settlement actions (e.g., release of claims), acceptance is deemed to occur on the effective date of the contract settlement.
(B) If the designated billing office fails to annotate the invoice with the date of actual receipt at the time of receipt, the invoice payment due date is the 30th day after the date of the Contractor's invoice, provided the designated billing office receives a proper invoice and there is no disagreement over quantity, quality, or Contractor compliance with contract requirements.
(2) Contractor's invoice. The Contractor shall prepare and submit invoices to the designated billing office specified in the contract. A proper invoice must include the items listed in paragraphs (a)(2)(i) through (a)(2)(xi) of this clause. If the invoice does not comply with these requirements, the designated billing office must return it within 7 days after receipt, with the reasons why it is not a proper invoice. When computing any interest penalty owed the Contractor, the Government will take into account if the Government notifies the Contractor of an improper invoice in an untimely manner.
(i) Name and address of the Contractor.
(ii) Invoice date and invoice number. (The Contractor should date invoices as close as possible to the date of mailing or transmission.)
(iii) Contract number or other authorization for work or services performed (including order number and contract line item number).
(iv) Description of work or services performed.
(v) Delivery and payment terms (e.g., discount for prompt payment terms).
(vi) Name and address of Contractor official to whom payment is to be sent (must be the same as that in the contract or in a proper notice of assignment).

11



**Attachment D**
**FAR and Other Flowdown Clauses**
**Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001**

(vii) Name (where practicable), title, phone number, and mailing address of person to notify in the event of a defective invoice.

(viii) For payments described in paragraph (a)(1)(i) of this clause, substantiation of the amounts requested and certification in accordance with the requirements of the clause at 52.232-5, Payments Under Fixed-Price Construction Contracts.

(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(x) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision (e.g., 52.232-38, Submission of Electronic Funds Transfer Information with Offer), contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer--System for Award Management, or 52.232-34, Payment by Electronic Funds Transfer--Other Than System for Award Management), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(xi) Any other information or documentation required by the contract.

(3) Interest penalty. The designated payment office will pay an interest penalty automatically, without request from the Contractor, if payment is not made by the due date and the conditions listed in paragraphs (a)(3)(i) through (a)(3)(iii) of this clause are met, if applicable. However, when the due date falls on a Saturday, Sunday, or legal holiday, the designated payment office may make payment on the following working day without incurring a late payment interest penalty.

 (i) The designated billing office received a proper invoice.

(ii) The Government processed a receiving report or other Government documentation authorizing payment and there was no disagreement over quantity, quality, Contractor compliance with any contract term or condition, or requested progress payment amount.

(iii) In the case of a final invoice for any balance of funds due the Contractor for work or services performed, the amount was not subject to further contract settlement actions between the Government and the Contractor.

(4) Computing penalty amount. The Government will compute the interest penalty in accordance with the Office of Management and Budget prompt payment regulations at 5 CFR part 1315.

(i) For the sole purpose of computing an interest penalty that might be due the Contractor for payments described in paragraph (a)(1)(ii) of this clause, Government acceptance or approval is deemed to occur constructively on the 7th day after the Contractor has completed the work or services in accordance with the terms and conditions of the contract. If actual acceptance or approval occurs within the constructive acceptance or approval period, the Government will base the determination of an interest penalty on the actual date of acceptance or approval. Constructive acceptance or constructive approval requirements do not apply if there is a disagreement over quantity, quality, or Contractor compliance with a contract term. These requirements also do not compel Government officials to accept work or services, approve Contractor estimates, perform contract administration functions, or make payment prior to fulfilling their responsibilities.

(ii) The prompt payment regulations at 5 CFR 1315.10(c) do not require the Government to pay interest penalties if payment delays are due to disagreement between the Government and the Contractor over the payment amount or other issues involving contract compliance, or on amounts temporarily withheld or retained in accordance with the terms of the contract. The Government and the Contractor shall resolve claims involving disputes, and any interest that may be payable in accordance with the clause at FAR 52.233-1, Disputes.

(5) Discounts for prompt payment. The designated payment office will pay an interest penalty automatically, without request from the Contractor, if the Government takes a discount for prompt payment improperly. The Government will calculate the interest penalty in accordance with the prompt payment regulations at 5 CFR part 1315.

(6) Additional interest penalty. (i) The designated payment office will pay a penalty amount, calculated in



## Attachment D
## FAR and Other Flowdown Clauses
## Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001

accordance with the prompt payment regulations at 5 CFR part 1315 in addition to the interest penalty amount only if--

(A) The Government owes an interest penalty of $1 or more;

(B) The designated payment office does not pay the interest penalty within 10 days after the date the invoice amount is paid; and

(C) The Contractor makes a written demand to the designated payment office for additional penalty payment, in accordance with paragraph (a)(6)(ii) of this clause, postmarked not later than 40 days after the date the invoice amount is paid.

(ii)(A) The Contractor shall support written demands for additional penalty payments with the following data. The Government will not request any additional data. The Contractor shall--

(1) Specifically assert that late payment interest is due under a specific invoice, and request payment of all overdue late payment interest penalty and such additional penalty as may be required;

(2) Attach a copy of the invoice on which the unpaid late payment interest was due; and

(3) State that payment of the principal has been received, including the date of receipt.

(B) If there is no postmark or the postmark is illegible--

(1) The designated payment office that receives the demand will annotate it with the date of receipt provided the demand is received on or before the 40th day after payment was made; or

(2) If the designated payment office fails to make the required annotation, the Government will determine the demand's validity based on the date the Contractor has placed on the demand, provided such date is no later than the 40th day after payment was made.

(b) Contract financing payments. If this contract provides for contract financing, the Government will make contract financing payments in accordance with the applicable contract financing clause.

(c) Subcontract clause requirements. The Contractor shall include in each subcontract for property or services (including a material supplier) for the purpose of performing this contract the following:

(1) Prompt payment for subcontractors. A payment clause that obligates the Contractor to pay the subcontractor for satisfactory performance under its subcontract not later than 7 days from receipt of payment out of such amounts as are paid to the Contractor under this contract.

(2) Interest for subcontractors. An interest penalty clause that obligates the Contractor to pay to the subcontractor an interest penalty for each payment not made in accordance with the payment clause--

(i) For the period beginning on the day after the required payment date and ending on the date on which payment of the amount due is made; and

(ii) Computed at the rate of interest established by the Secretary of the Treasury, and published in the Federal Register, for interest payments under section 12 of the Contract Disputes Act of 1978 (41 U.S.C. 611) in effect at the time the Contractor accrues the obligation to pay an interest penalty.

(3) Subcontractor clause flowdown. A clause requiring each subcontractor to use:

(i) Include a payment clause and an interest penalty clause conforming to the standards set forth in paragraphs (c)(1) and (c)(2) of this clause in each of its subcontracts; and

(ii) Require each of its subcontractors to include such clauses in their subcontracts with each lower-tier subcontractor or supplier.

(d) Subcontract clause interpretation. The clauses required by paragraph (c) of this clause shall not be construed to impair the right of the Contractor or a subcontractor at any tier to negotiate, and to include in their subcontract, provisions that--

(1) Retainage permitted. Permit the Contractor or a subcontractor to retain (without cause) a specified percentage of each progress payment otherwise due to a subcontractor for satisfactory performance under the subcontract without incurring any obligation to pay a late payment interest penalty, in accordance with terms and conditions agreed to by the parties to the subcontract, giving such recognition as the parties deem appropriate to the ability of a subcontractor to  furnish a performance bond and a payment bond;

(2) Withholding permitted. Permit the Contractor or subcontractor to make a determination that part or all of the

13



**Attachment D**
**FAR and Other Flowdown Clauses**
**Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001**

subcontractor's request for payment may be withheld in accordance with the subcontract agreement; and
 (3) Withholding requirements. Permit such withholding without incurring any obligation to pay a late payment penalty if--
(i) A notice conforming to the standards of paragraph (g) of this clause previously has been furnished to the subcontractor; and
(ii) The Contractor furnishes to the Contracting Officer a copy of any notice issued by a Contractor pursuant to paragraph (d)(3)(i) of this clause.
(e) Subcontractor withholding procedures. If a Contractor, after making a request for payment to the Government but before making a payment to a subcontractor for the subcontractor's performance covered by the payment request, discovers that all or a portion of the payment otherwise due such subcontractor is subject to withholding from the subcontractor in accordance with the subcontract agreement, then the Contractor shall--
(1) Subcontractor notice. Furnish to the subcontractor a notice conforming to the standards of paragraph (g) of this clause as soon as practicable upon ascertaining the cause giving rise to a withholding, but prior to the due date for subcontractor payment;
(2) Contracting Officer notice. Furnish to the Contracting Officer, as soon as practicable, a copy of the notice furnished to the subcontractor pursuant to paragraph (e)(1) of this clause;
(3) Subcontractor progress payment reduction. Reduce the subcontractor's progress payment by an amount not to exceed the amount specified in the notice of withholding furnished under paragraph (e)(1) of this clause;
(4) Subsequent subcontractor payment. Pay the subcontractor as soon as practicable after the correction of the identified subcontract performance deficiency, and--
(i) Make such payment within--
(A) Seven days after correction of the identified subcontract performance deficiency (unless the funds therefor must be recovered from the Government because of a reduction under paragraph
(e)(5)(i)) of this clause; or
(B) Seven days after the Contractor recovers such funds from the Government; or
(ii) Incur an obligation to pay a late payment interest penalty computed at the rate of interest established by the Secretary of the Treasury, and published in the Federal Register, for interest payments under section 12 of the Contracts Disputes Act of 1978 (41 U.S.C. 611) in effect at the time the Contractor accrues the obligation to pay an interest penalty;
(5) Notice to Contracting Officer. Notify the Contracting Officer upon--
(i) Reduction of the amount of any subsequent certified application for payment; or
(ii) Payment to the subcontractor of any withheld amounts of a progress payment, specifying--
(A) The amounts withheld under paragraph (e)(1) of this clause; and
(B) The dates that such withholding began and ended; and
(6) Interest to Government. Be obligated to pay to the Government an amount equal to interest on the withheld payments (computed in the manner provided in 31 U.S.C. 3903(c)(1)), from the 8th day after receipt of the withheld amounts from the Government until—
(i) The day the identified subcontractor performance deficiency is corrected; or
(ii) The date that any subsequent payment is reduced under paragraph (e)(5)(i) of this clause.
(f) Third-party deficiency reports—
(1) Withholding from subcontractor. If a Contractor, after making payment to a first-tier subcontractor, receives from a supplier or subcontractor of the first-tier subcontractor (hereafter referred to as a "second-tier subcontractor") a written notice in accordance with the Miller Act (40 U.S.C. 3133), asserting a deficiency in such first-tier subcontractor's performance under the contract for which the Contractor may be ultimately liable, and the Contractor determines that all or a portion of future payments otherwise due such first-tier subcontractor is subject to withholding in accordance with the subcontract agreement, the Contractor may, without incurring an obligation to pay an interest penalty under paragraph (e)(6) of this clause--
 (i) Furnish to the first-tier subcontractor a notice conforming to the standards of paragraph (g) of this clause as soon

14



**Attachment D**
**FAR and Other Flowdown Clauses**
**Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001**

as practicable upon making such determination; and

(ii) Withhold from the first-tier subcontractor's next available progress payment or payments an amount not to exceed the amount specified in the notice of withholding furnished under paragraph (f)(1)(i) of this clause.

(2) Subsequent payment or interest charge. As soon as practicable, but not later than 7 days after receipt of satisfactory written notification that the identified subcontract performance deficiency has been corrected, the Contractor shall--

(i) Pay the amount withheld under paragraph (f)(1)(ii) of this clause to such first-tier subcontractor; or

(ii) Incur an obligation to pay a late payment interest penalty to such first-tier subcontractor computed at the rate of interest established by the Secretary of the Treasury, and published in the Federal Register, for interest payments under section 12 of the Contracts DisputesAct of 1978 (41 U.S.C. 611) in effect at the time the Contractor accrues the obligation to pay an interest penalty.

(g) Written notice of subcontractor withholding. The Contractor shall issue a written notice of any withholding to a subcontractor (with a copy furnished to the Contracting Officer), specifying--

(1) The amount to be withheld;

(2) The specific causes for the withholding under the terms of the subcontract; and

(3) The remedial actions to be taken by the subcontractor in order to receive payment of the amounts withheld.

(h) Subcontractor payment entitlement. The Contractor may not request payment from the Government of any amount withheld or retained in accordance with paragraph (d) of this clause until such time as the Contractor has determined and certified to the Contracting Officer that the subcontractor is entitled to the payment of such amount.

(i) Prime-subcontractor disputes. A dispute between the Contractor and subcontractor relating to the amount or entitlement of a subcontractor to a payment or a late payment interest penalty under a clause included in the subcontract pursuant to paragraph (c) of this clause does not constitute a dispute to which the Government is a party. The Government may not be interpleaded in any judicial or administrative proceeding involving such a dispute.

(j) Preservation of prime-subcontractor rights. Except as provided in paragraph (i) of this clause, this clause shall not limit or impair any contractual, administrative, or judicial remedies otherwise available to the Contractor or a subcontractor in the event of a dispute involving late payment or nonpayment by the Contractor or deficient subcontract performance or nonperformance by a subcontractor.

(k) Non-recourse for prime contractor interest penalty. The Contractor's obligation to pay an interest penalty to a subcontractor pursuant to the clauses included in a subcontract under paragraph (c) of this clause shall not be construed to be an obligation of the Government for such interest penalty. A cost-reimbursement claim may not include any amount for reimbursement of such interest penalty.

(l) Overpayments. If the Contractor becomes aware of a duplicate contract financing or invoice payment or that the Government has otherwise overpaid on a contract financing or invoice payment, the Contractor shall--

(1) Remit the overpayment amount to the payment office cited in the contract along with a description of the overpayment including the--

(i) Circumstances of the overpayment (e.g., duplicate payment, erroneous payment, liquidation errors, date(s) of overpayment);

(ii) Affected contract number and delivery order number if applicable;

(iii) Affected contract line item or subline item, if applicable; and

(iv) Contractor point of contact.

(2) Provide a copy of the remittance and supporting documentation to the Contracting Officer.

(End of clause)



## Attachment D
## FAR and Other Flowdown Clauses
## Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001

**52.233-4 APPLICABLE LAW FOR BREACH OF CONTRACT CLAIM (OCT 2004)**
United States law will apply to resolve any claim of breach of this contract.
(End of clause)

**52.236-4 PHYSICAL DATA (APR 1984)**
Data and information furnished or referred to below is for the Contractor's information. The Government shall not be responsible for any interpretation of or conclusion drawn from the data or information by the Contractor.
(a) The indications of physical conditions on the drawings and in the specifications are the result of site investigations by the Government.
 (b) Weather conditions: The Contractor shall satisfy himself/herself as to the hazards likely to arise from weather conditions. Complete weather records and reports may be obtained from any U.S. Weather Bureau Office.
(c) Transportation facilities: The Contractor shall make his/her own investigation of the conditions of existing public and private roads and of clearances, restrictions, bridge load limits and other limitations affecting transportation and ingress and egress at the job site. The unavailability of transportation facilities or limitations thereon shall not become a basis for claims against the Government or extension of time for completion of the work.
(End of clause)

**52.243-4 CHANGES (JUN 2007)**
(a) The Contracting Officer may, at any time, without notice to the sureties, if any, by written order designated or indicated to be a change order, make changes in the work within the general scope of the contract, including changes--
(1) In the specifications (including drawings and designs);
(2) In the method or manner of performance of the work;
(3) In the Government-furnished property or services; or
(4) Directing acceleration in the performance of the work.
(b) Any other written or oral order (which, as used in this paragraph (b), includes direction, instruction, interpretation, or determination) from the Contracting Officer that causes a change shall be treated as a change order under this clause; provided, that the Contractor gives the Contracting Officer written notice stating
(1) the date, circumstances, and source of the order and
(2) that the Contractor regards the order as a change order.
(c) Except as provided in this clause, no order, statement, or conduct of the Contracting Officer shall be treated as a change under this clause or entitle the Contractor to an equitable adjustment.
(d) If any change under this clause causes an increase or decrease in the Contractor's cost of, or the time required for, the performance of any part of the work under this contract, whether or not changed by any such order, the Contracting Officer shall make an equitable adjustment and modify the contract in writing. However, except for an adjustment based on defective specifications, no adjustment for any change under paragraph (b) of this clause shall be made for any costs incurred more than 20 days before the Contractor gives written notice as required. In the case of defective specifications for which the Government is responsible, the equitable adjustment shall include any increased cost reasonably incurred by the Contractor in attempting to comply with the defective specifications.
(e) The Contractor must assert its right to an adjustment under this clause within 30 days after
(1) receipt of a written change order under paragraph (a) of this clause or (2) the furnishing of a written notice under paragraph (b) of this clause, by submitting to the Contracting Officer a written statement describing the general nature and amount of the proposal, unless this period is extended by the Government. The statement of proposal for adjustment may be included in the notice under paragraph (b) above.
(f) No proposal by the Contractor for an equitable adjustment shall be allowed if asserted after final payment under this contract.
(End of clause)



## Attachment D
## FAR and Other Flowdown Clauses
## Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001

**52.244-2 SUBCONTRACTS (OCT 2010)**
(a) Definitions. As used in this clause--
Approved purchasing system means a Contractor's purchasing system that has been reviewed and approved in accordance with Part 44 of the Federal Acquisition Regulation (FAR).
Consent to subcontract means the Contracting Officer's written consent for the Contractor to enter into a particular subcontract.
Subcontract means any contract, as defined in FAR Subpart 2.1, entered into by a subcontractor to furnish supplies or services for performance of the prime contract or a subcontract. It includes, but is not limited to, purchase orders, and changes and modifications to purchase orders.
(b) When this clause is included in a fixed-price type contract, consent to subcontract is required only on unpriced contract actions (including unpriced modifications or unpriced delivery orders), and only if required in accordance with paragraph (c) or (d) of this clause.
(c) If the Contractor does not have an approved purchasing system, consent to subcontract is required for any subcontract that—
(1) Is of the cost-reimbursement, time-and-materials, or labor-hour type; or
(2) Is fixed-price and exceeds—
(i) For a contract awarded by the Department of Defense, the Coast Guard, or the National Aeronautics and Space Administration, the greater of the simplified acquisition threshold or 5 percent of the total estimated cost of the contract; or
(ii) For a contract awarded by a civilian agency other than the Coast Guard and the National Aeronautics and Space Administration, either the simplified acquisition threshold or 5 percent of the total estimated cost of the contract.
(d) If the Contractor has an approved purchasing system, the Contractor nevertheless shall obtain the Contracting Officer's written consent before placing the following subcontracts:
**None**

(e)(1) The Contractor shall notify the Contracting Officer reasonably in advance of placing any subcontract or modification thereof for which consent is required under paragraph (b), (c), or (d) of this clause, including the following information:
(i) A description of the supplies or services to be subcontracted.
(ii) Identification of the type of subcontract to be used.
(iii) Identification of the proposed subcontractor.
 (iv) The proposed subcontract price.
(v) The subcontractor's current, complete, and accurate certified cost or pricing data and Certificate of Current Cost or Pricing Data, if required by other contract provisions.
(vi) The subcontractor's Disclosure Statement or Certificate relating to Cost Accounting Standards when such data are required by other provisions of this contract.
(vii) A negotiation memorandum reflecting—
(A) The principal elements of the subcontract price negotiations;
(B) The most significant considerations controlling establishment of initial or revised prices;
(C) The reason certified cost or pricing data were or were not required;
(D) The extent, if any, to which the Contractor did not rely on the subcontractor's certified cost or pricing data in determiningnthe price objective and in negotiating the final price;
(E) The extent to which it was recognized in the negotiation that the subcontractor's certified cost or pricing data were not accurate, complete, or current; the action taken by the Contractor and the subcontractor; and the effect of any such defective data on the total price negotiated;
(F) The reasons for any significant difference between the Contractor's price objective and the price negotiated; and
(G) A complete explanation of the incentive fee or profit plan when incentives are used. The explanation shall



## Attachment D
## FAR and Other Flowdown Clauses
## Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001

identify each critical performance element, management decisions used to quantify each incentive element, reasons for the incentives, and a summary of all trade-off possibilities considered.
(2) The Contractor is not required to notify the Contracting Officer in advance of entering into any subcontract for which consent is not required under paragraph (c), (d), or (e) of this clause.
(f) Unless the consent or approval specifically provides otherwise, neither consent by the Contracting Officer to any subcontract nor approval of the Contractor's purchasing system shall constitute a determination—
(1) Of the acceptability of any subcontract terms or conditions;
(2) Of the allowability of any cost under this contract; or
(3) To relieve the Contractor of any responsibility for performing this contract.
(g) No subcontract or modification thereof placed under this contract shall provide for payment on a cost-plus-a percentage-nof-cost basis, and any fee payable under cost-reimbursement type subcontracts shall not exceed the fee limitations in FAR 15.404-4(c)(4)(i).
(h) The Contractor shall give the Contracting Officer immediate written notice of any action or suit filed and prompt notice of any claim made against the Contractor by any subcontractor or vendor that, in the opinion of the Contractor, may result in litigation related in any way to this contract, with respect to which the Contractor may be entitled to reimbursement from the Government.
(i) The Government reserves the right to review the Contractor's purchasing system as set forth in FAR Subpart 44.3.
(j) Paragraphs (c) and (e) of this clause do not apply to the following subcontracts, which were evaluated during negotiations:
None
(End of clause)

**52.246-21 WARRANTY OF CONSTRUCTION (MAR 1994)**
(a) In addition to any other warranties in this contract, the Contractor warrants, except as provided in paragraph (i) of this clause, that work performed under this contract conforms to the contract requirements and is free of any defect in equipment, material, or design furnished, or workmanship performed by the Contractor or any subcontractor or supplier at any tier.
(b) This warranty shall continue for a period of 1 year from the date of final acceptance of the work. If the Government takes possession of any part of the work before final acceptance, this warranty shall continue for a period of 1 year from the date the Government takes possession.
(c) The Contractor shall remedy at the Contractor's expense any failure to conform, or any defect. In addition, the Contractor shall remedy at the Contractor's expense any damage to Government-owned or controlled real or personal property, when that damage is the result of--
(1) The Contractor's failure to conform to contract requirements; or
(2) Any defect of equipment, material, workmanship, or design furnished.
(d) The Contractor shall restore any work damaged in fulfilling the terms and conditions of this clause. The Contractor's warranty with respect to work repaired or replaced will run for 1 year from the date of repair or replacement.
(e) The Contracting Officer shall notify the Contractor, in writing, within a reasonable time after the discovery of any failure, defect, or damage.
(f) If the Contractor fails to remedy any failure, defect, or damage within a reasonable time after receipt of notice, the Government shall have the right to replace, repair, or otherwise remedy the failure, defect, or damage at the Contractor's expense.
(g) With respect to all warranties, express or implied, from subcontractors, manufacturers, or suppliers for work performed and materials furnished under this contract, the Contractor shall--
(1) Obtain all warranties that would be given in normal commercial practice;
(2) Require all warranties to be executed, in writing, for the benefit of the Government, if directed by the



## Attachment D
## FAR and Other Flowdown Clauses
## Gilbane Federal Prime Contract No: W91238-14-C-0049-P00001

Contracting Officer; and
(3) Enforce all warranties for the benefit of the Government, if directed by the Contracting Officer.
(h) In the event the Contractor's warranty under paragraph (b) of this clause has expired, the Government may bring suit at its expense to enforce a subcontractor's, manufacturer's, or supplier's warranty.
(i) Unless a defect is caused by the negligence of the Contractor or subcontractor or supplier at any tier, the Contractor shall not be liable for the repair of any defects of material or design furnished by the Government nor for the repair of any damage that results from any defect in Government-furnished material or design.
 (j) This warranty shall not limit the Government's rights under the Inspection and Acceptance clause of this contract with respect to latent defects, gross mistakes, or fraud.
(End of clause)

**52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)**
This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):
https://farsite.hill.af.mil
(End of clause)

**52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)**
(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.
(b) The use in this solicitation or contract of any Department of Defense FAR Supplement (48 CFR 2) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.
(End of clause)

**252.236-7001 CONTRACT DRAWINGS AND SPECIFICATIONS (AUG 2000)**
(a) The Government will provide to the Contractor, without charge, one set of contract drawings and specifications, except publications incorporated into the technical provisions by reference, in electronic or paper media as chosen by the Contracting Officer.
(b) The Contractor shall--
(1) Check all drawings furnished immediately upon receipt;
(2) Compare all drawings and verify the figures before laying out the work;
 (3) Promptly notify the Contracting Officer of any discrepancies;
(4) Be responsible for any errors that might have been avoided by complying with this paragraph (b); and
(5) Reproduce and print contract drawings and specifications as needed.
(c) In general--
(1) Large-scale drawings shall govern small-scale drawings; and
(2) The Contractor shall follow figures marked on drawings in preference to scale measurements.
(d) Omissions from the drawings or specifications or the misdescription of details of work that are manifestly necessary to carry out the intent of the drawings and specifications, or that are customarily performed, shall not relieve the Contractor from performing such omitted or misdescribed details of the work. The Contractor shall perform such details as if fully and correctly set forth and described in the drawings and specifications.
(e) The work shall conform to the specifications and the contract drawings.
(End of clause)



## Attachment D
## FAR and Other Flowdown Clauses
## Gilbane Federal Prime Contract No: W91238-14-C-0049-P00001

**52.236-5000 DESIGN-BUILD CONTRACT ORDER OF PRECEDENCE**
Design-Build Contract Order of Precedence (AUG 1997)
(a) The contract includes the standard contract clauses and schedules current at the time of contract award. It entails (1) the solicitation in its entirety, including all drawings, cuts, and illustrations, and any amendments, and (2) the successful offeror's accepted proposal. The contract constitutes and defines the entire agreement between the Contractor and the Government. No documentation shall be omitted which in any way bears upon the terms of that agreement.
(b) In the event of conflict or inconsistency between any of the provisions of this contract, precedence shall be given in the following order:
(1) Betterments: Any portions of the accepted proposal which both conform to and exceed the provisions of the solicitation.
(2) The provisions of the solicitation. (See also FAR 52.236-2 Alt 1, Specifications and Drawings for Construction)
(3) All other provisions of the accepted proposal.
(4) Any design products including, but not limited to, plans, specifications, engineering studies and analyses, shop drawings, equipment installation drawings, etc. These are "deliverables" under the contract and are not part of the contract itself. Design products must conform with all provisions of the contract, in the order of precedence herein.

**52.236-5004 RESPONSIBILITY OF THE CONTRACTOR FOR DESIGN (MAY 2002)**
(a) The Contractor shall be responsible for the professional quality, technical accuracy, and the coordination of all designs, drawings, specifications, and other non-construction services furnished by the Contractor under this contract. The Contractor shall, without additional compensation, correct or revise any errors or deficiency in its designs, drawings, specifications, and other non-construction services and perform any necessary rework or modifications, including any damage to real or personal property, resulting from the design error or omission.
(b) The standard of care for all design services performed under this agreement shall be the care and skill ordinarily used by members of the architectural or engineering professions practicing under similar conditions at the same time and locality. Notwithstanding the above, in the event that the contract specifies that portions of the Work be performed in accordance with a performance standard, the design services shall be performed so as to achieve such standards.
(c) Neither the Government's review, approval or acceptance of, nor payment for, the services required under this contact, shall be construed to operate as a waiver of any rights under this contract or of any cause of action arising out of the performance of this contract. The Contractor shall be and remain liable to the Government in accordance with applicable law for all damages to the Government caused by the Contractor's negligent performance of any of these services furnished under this contract.
(d) The rights and remedies of the Government provided for under this contract are in addition to any other rights and remedies provided by law.
(e) If the Contractor is comprised of more than one legal entity, each entity shall be jointly and severally liable hereunder.

**52.236-5005 WARRANTY OF DESIGN (MAY 2002)**
(a) The Contractor warrants that the design shall be performed in accordance with the contract requirements. Design and design related construction not conforming to the Contract requirements shall be corrected at no additional cost to the Government. The standard of care for design is defined in paragraph (b) of special contract requirement

**52.236-5006 DEVIATING FROM THE ACCEPTED DESIGN (JUN 2002)**
(a) The Contractor must obtain the approval of the Designer of Record and the Government's concurrence for any Contractor proposed revision to the professionally stamped and sealed and Government reviewed design, before proceeding with the revision.
(b) The Government reserves the right to non-concur with any revision to the design, which may impact furniture,

20



## Attachment D
## FAR and Other Flowdown Clauses
## Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001

furnishings, equipment selections or operations decisions that were made, based on the reviewed design.
(c) Any revision to the design, which deviates from the contract requirements (i.e., the RFP and the accepted proposal), will require a modification, pursuant to the Changes clause, in addition to Government concurrence. The Government reserves the right to disapprove such a revision.
(d) Unless the Government initiates a change to the contract requirements, or the Government determines that the Government furnished design criteria are incorrect and must be revised, any Contractor initiated proposed change to the contract requirements, which results in additional cost, shall strictly be at the Contractor's expense.
(e) The Contractor shall track all approved revisions to the reviewed and accepted design and shall incorporate them into the as-built design documentation, in accordance with agreed procedures. The Designer of Record shall document its professional concurrence on the as-builts for any revisions in the stamped and sealed drawings and specifications.

**52.236-5007 CONTRACTOR'S ROLE DURING DESIGN PROCESS (JUN 1998)**
The contractor's construction management key personnel shall be actively involved during the design process to effectively integrate the design and construction requirements of this contract. In addition to the typical required construction activities, the Contractor's involvement includes, but is not limited to actions such as: integrating the design schedule into the Master Schedule to maximize the effectiveness of fast-tracking design and construction (within the limits allowed in the contract), ensuring constructability and economy of the design, integrating the shop drawing and installation drawing process into the design, executing the material and equipment acquisition programs to meet critical
schedules, effectively interfacing the construction QC program with the design QC program, and maintaining and providing the design team with accurate, up-to-date redline and as-built documentation. The Contractor shall require and manage the active involvement of key trade subcontractors in the above activities.

**52.236-5008 VALUE ENGINEERING AFTER AWARD (JUN 1999)**
(a) In reference to FAR 52.248-3, Value Engineering-Construction, the Government may refuse to entertain a "Value Engineering Change Proposal" (VECP) for those "performance oriented" aspects of the Solicitation documents which were addressed in the Contractor's accepted contract proposal and which were evaluated in competition with other offerors for award of this contract.
(b) The Government may consider a VECP for those "prescriptive" aspects of the Solicitation documents, not addressed in the Contractor's accepted contract proposal or addressed but evaluated only for minimum conformance with the Solicitation requirements.
(c) For purposes of this clause, the term "performance oriented" refers to those aspects of the design criteria or other contract requirements which allow the offeror or Contractor certain latitude, choice of and flexibility to propose in its accepted contract offer a choice of design, technical approach, design solution, construction approach or other approach to fulfill the contract requirements. Such requirements generally tend to be expressed in terms of functions to be performed, performance required or essential physical characteristics, without dictating a specific process or specific design solution for achieving the desired result.
(d) In contrast, for purposes of this clause, the term "prescriptive" refers to those aspects of the design criteria or other Solicitation requirements wherein the Government expressed the design solution or other requirements in terms of specific material, approaches, systems, and/or processes to be used. Prescriptive aspects typically allow the offerors little or no freedom in the choice of design approach, materials, fabrication techniques, methods of installation, or any other approach to fulfill the contract requirements.



## Attachment **D**
## FAR and Other Flowdown Clauses
## Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001

**52.236-5010 GOVERNMENT RE-USE OF DESIGN (MAY 2006)**
In conjunction with the DFARS 252.227-7022, Government Rights (Unlimited), the Government will not ask for additional originals or copies of the design works after the Contractor provides all required design documentation and as-built documentation under the instant contract. Further, if the Government uses the design for other projects without additional compensation to the Contractor for re-use, the Government releases the Contractor from liability in the design on the other projects, due to defects in the design that are not the result of fraud, gross mistake as amounts to fraud, gross negligence or intentional misrepresentation.

**PROPOSED BETTERMENTS**
(a) The minimum requirements of the contract are identified in the Request for Proposal. All betterments offered in the proposal become a requirement of the awarded contract.
(b) A "Betterment" is defined as any component or system, which exceeds the minimum requirements, stated in the Request for Proposal. This includes all proposed betterments listed in accordance with the "Proposal Submission Requirements" of the Solicitation, and all Government identified betterments.
(c) "Government identified betterments" include the betterments identified on the "List of Accepted Project Betterments" prepared by the Proposal Evaluation Board and made part of the contract by alteration, and all other betterments identified in the accepted Proposal after award.

**WARRANTY OF CONSTRUCTION WORK**
(a) In addition to any other warranties in this contract, the Contractor warrants, except as provided in paragraph (1) of this clause, that work performed under this contract conforms to the contract requirements and is free of any defect in equipment, material, or workmanship performed by the Contractor or any subcontractor or supplier at any tier.
(b) This warranty shall continue for a period of 1 year from the date of final
acceptance of the work. If the Government takes possession of any part of the work before final acceptance, this warranty shall continue for a period of 1 year from the date the Government takes possession.
(c) The Contractor shall remedy at the Contractor's expense any failure to conform, or any defect. In addition, the Contractor shall remedy at the Contractor's expense any damage to Government-owned or controlled real or personal property, when that damage is the result of--
(1) The Contractor's failure to conform to contract requirements; or
(2) Any defect of equipment, material, or workmanship.
(d) The Contractor shall restore any work damaged in fulfilling the terms and conditions of this clause. The Contractor's warranty with respect to work repaired or replaced will run for 1 year from the date of repair or replacement.
(e) The Contracting Officer shall notify the Contractor, in writing, within a reasonable time after the discovery of any failure, defect, or damage.
(f) If the Contractor fails to remedy any failure, defect, or damage within a reasonable time after receipt of notice, the Government shall have the right to replace, repair, or otherwise remedy the failure, defect, or damage at the Contractor's expense.
(g) With respect to all warranties, express or implied, from subcontractors, manufacturers, or suppliers for work performed and materials furnished under this contract, the Contractor shall--
(1) Obtain all warranties that would be given in normal commercial practice:
(2) Require all warranties to be executed, in writing, for the benefit of the Government, if directed by the Contracting Officer; and
(3) Enforce all warranties for the benefit of the Government, if directed by the Contracting Officer.
(h) In the event the Contractor's warranty under paragraph (b) of this clause has expired, the Government may bring suit at its expense to enforce a subcontractor's, manufacturer's, or supplier's warranty.
(i) Unless a defect is caused by the negligence of the Contractor or subcontractor or supplier at any tier, the



## Attachment D
## FAR and Other Flowdown Clauses
## Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001

Contractor shall not be liable for the repair of any defects of material furnished by the Government nor for the repair of any damage that results from any defect in Government-furnished material or design.
(j) This warranty shall not limit the Government's rights under the Inspection and Acceptance clause of this contract with respect to latent defects, gross mistakes, or fraud.

### SEQUENCE OF DESIGN-CONSTRUCTION (FAST TRACK) (HND UNDATED)
After receipt of the Contract Notice to Proceed (NTP) the Contractor shall initiate design, comply with all design submission requirements as covered under Division 01 General Requirements, and obtain Government review of each submission. The contractor may begin construction on portions of the work for which the Government has reviewed the final design submission and has determined satisfactory for purposes of beginning construction. The ACO or Contracting Officer Representative (COR) will notify the Contractor when the design is cleared for construction. The Government will not grant any time extension for any design resubmittal required when, in the opinion of the ACO or COR, the initial submission failed to meet the minimum quality requirements as set forth in the Contract. If the Government allows the Contractor to proceed with limited construction based on pending minor revisions to the reviewed Final Design submission, no payment will be made for any in-place construction related to the pending revisions until they are completed, resubmitted and are satisfactory to the Government. No payment will be made for any in-place construction until all required submittals have been made, reviewed and are satisfactory to the Government.

### RECOMMENDED INSURANCE COVERAGE (HND MAR 2002)
The Design-Build Contractor's attention is invited to the contract requirements concerning "RESPONSIBILITY OF THE CONTRACTOR FOR DESIGN", "WARRANTY OF DESIGN" and "WARRANTY OF CONSTRUCTION WORK". These requirements vest in the Contractor complete responsibility for the professional quality, technical accuracy, and coordination of all design, drawings, specifications and other work or materials furnish by his inhouse or consultant forces. The Design-Build Contractor must correct and revise any errors or deficiencies in his work, notwithstanding any review, approval, acceptance or payment by the Government. The Contractor must correct and change any work resulting from his defective design at no additional cost to the Government. The requirements further stipulate that the Design-Build Contractor shall be liable to the Government for the damages to the Government caused by negligent performance. Though not a mandatory requirement, this is to recommend that the Design-Build Contractor investigate and obtain appropriate insurance coverage for such liability protection.

### TRAINING (HND FEB 2000)
The Contractor shall provide operational and maintenance training for all systems furnished under this contract for the operating and maintenance personnel. The system manufacturer shall conduct the training, where feasible. All operation and maintenance manuals shall be submitted and approved prior to conducting the training and shall be used during training. The Contractor shall videotape the training session on DVD and provide the DVD(s) to the Government.

### 52.0228-4001 MINIMUM INSURANCE
In accordance with FAR 52.228-5, Insurance-Work on a Government Installation, the Contractor shall procure and thereafter maintain during the entire period of his performance under this contract the following minimum insurance.
Type and Amount
Worker's compensation and employer's liability: At least $100,000
General liability: Bodily injury liability of at least $500,000 per occurrence
Automobile liability: Coverage of at least $200,000 per person; $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage.
///////////////// END OF CLAUSE /////////////////



## Attachment D
## FAR and Other Flowdown Clauses
## Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001

**SAFETY AND HEALTH REQUIREMENTS MANUAL**
a. The contractor shall comply with all provisions of the U.S. Army Engineers Safety and Health Requirements Manual, EM 385-1-1.
b. The Internet URL for EM 385-1-1, entitled "Safety and Health Requirements Manual" is:
http://www.usace.army.mil/SafetyandOccupationalHealth/SafetyandHealthRequirementsManual.aspx
c. Whenever the Contracting Officer becomes aware of any noncompliance with these safety and health requirements or any condition which poses a serious or imminent danger to the health or safety of the public or Government personnel, the Contracting Officer shall notify the Contractor orally, with written confirmation, and request immediate initiation of corrective action. This notice, when delivered to the Contractor or the Contractor's representative at the work site, shall be deemed sufficient notice of the noncompliance and that corrective action is required. After receiving the notice, the Contractor shall immediately take corrective action. If the Contractor fails or refuses to promptly take corrective action, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. The Contractor shall not be entitled to an equitable adjustment of the contract price or extension of the performance schedule based on any stop work order issued under this authority.

**SPECIAL CONSTRUCTION PROCEDURES:**
The Contractor's attention is also directed to Section 01 00 00: GENERAL REQUIREMENTS, paragraph:

**SPECIAL CONSTRUCTION PROCEDURES.**

**WORK DAYS AND HOURS:**
a. Federal law (5 U.S.C. 6103) establishes the following public holidays for Federal employees. When a holiday falls on a Saturday, the holiday is generally observed on the preceding Friday. When a holiday falls on a Sunday, the holiday is generally observed on the following Monday. Further information pertaining to Federal holidays is available at http://www.opm.gov/fedhol.
b. The normal work days and hours for this project will be Monday through Friday, excluding the observation of federal holidays, from 8:00 a.m. to 5:00 p.m. Access to the work site may be restricted to these hours and days. Work during other than normal hours and days must be coordinated in advance with the Administrative Contracting Officer.

**SUBCONTRACTING WITH SMALL, SMALL DISADVANTAGED AND WOMEN-OWNED SMALL BUSINESSES:**
Contractors are cautioned that failure of any Contractor to comply in good faith with the contract clauses pertaining to (1) Utilization of Small Business Concerns or (2) Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plans, when applicable, will be a material breach of contract. In order to assist contractors in developing a source list of small, small disadvantaged and/or women-owned small business concerns you are encouraged to contact your minority contractor associates, the local Minority Business Development Agency and the appropriate General Business Service Centers in your Standard Metropolitan Statistical Area. Contractors may obtain addresses of these sources from:
Write: US Army Engineer District, Sacramento
ATTN: Deputy for Small Business
1325 J Street, 9th Floor
Sacramento, California 95814-2922
Or Contact: Ms. Michelle Stratton
Deputy for Small Business



**Attachment D**
**FAR and Other Flowdown Clauses**
**Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001**

Telephone: (916) 557-7641

**CONTRACTOR SUPPLY AND USE OF ELECTRONIC SOFTWARE FOR PROCESSING DAVISBACON ACT CERTIFIED LABOR PAYROLLS**
The contractor is encouraged to use a commercially-available electronic system to process and submit certified payrolls electronically to the Government. The requirements for preparing, processing and providing certified labor payrolls are established by the Davis-Bacon Act as stated in FAR 52.222-8, PAYROLLS AND BASIC RECORDS and FAR 52.222-13, COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS.
If the contractor elects to use an electronic Davis-Bacon payroll processing system, then the contractor shall be responsible for obtaining and providing for all access, licenses, and other services required to provide for receipt, processing, certifying, electronically transmitting to the Government, and storing weekly payrolls and other data required for the contractor to comply with Davis-Bacon and related Act regulations. When the contractor uses an electronic Davis-Bacon payroll system, the electronic payroll services shall be used by the contractor to prepare, process, and maintain the relevant payrolls and basic records during all work under this construction contract and the electronic payroll service shall be capable of preserving these payrolls and related basic records for the required 3 years after contract completion. If the contractor chooses to use an electronic Davis-Bacon payroll system, then the contractor shall obtain and provide electronic system access to the Government, as required to comply with the Davis-Bacon and related Act regulations over the duration of this construction contract. The access shall include electronic review access by the Government contract administration office to the electronic payroll processing system used by the contractor.

The contractor's provision and use of an electronic payroll processing system shall meet the following basic functional criteria: commercially available; compliant with appropriate Davis Bacon Act payroll provisions in the FAR; able to accommodate the required numbers of employees and subcontractors planned to be employed under the contract; capable of producing an Excel spreadsheet-compatible electronic output of weekly payroll records (format at http://www.rmssupport.com/guides.aspx) for export in an Excel spreadsheet to be imported into the contractor's Quality Control system (QCS) version of Resident Management System (RMS), that in turn shall export payroll data to the Government's Resident Management system (RMS); demonstrated security of data and data entry rights; ability to produce contractor-certified electronic versions of weekly payroll data; ability to identify erroneous entries and track the data/time of all versions of the certified Davis Bacon payrolls submitted to the government over the life of the contract capable of generating a durable record copy, that is, a CD or DVD and PDF file record of data from the system database at end of the contract closeout. This durable record copy of data from the electronic Davis-Bacon payroll processing system shall be provided to the Government during contract closeout. All contractor-incurred costs related to the contractor's provision and use of an electronic payroll processing service shall be included in the contractor's price for the overall work under the contract. The costs for Davis-Bacon Act compliance using electronic payroll processing services shall not be a separately bid/proposed or reimbursed item under this contract.

**HAZARDOUS MATERIALS DELIVERED UNDER THIS CONTRACT:**
(a) If any hazardous materials will be delivered under this contract (see Section 00 45 00, FAR 52.223-3, and DFARS 252.223-7001), the Material Safety Data Sheets (MSDS) for locally purchased, nonstandard stock hazardous material will be submitted to the Corps of Engineers Contracting Officer or Contracting Officer's Representative. For all other materials, the MSDS will also be submitted to U.S. Army Environmental Hygiene Agency, ATTN: HSE-OI, Aberdeen Proving Grounds MD 21010.
(b) Hazardous material is defined in Federal Standard No. 313, sold by the General Services Administration Specifications Unit (3FBP-W), 7th & D Streets, SW, Washington DC 20407.



## Attachment D
## FAR and Other Flowdown Clauses
## Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001

**AVAILABLE UTILITIES:**
As required by FAR clause 52.236-14 the available utilities are:
All reasonably required amounts of water and electricity will be made available to the contractor at no cost to the contractor from existing systems, outlets and supplies. [The contractor will have to provide their own phone hook up and the phone bills and any fuel required to test generators, etc.] All temporary connections, outlets and distribution lines, as may be required, shall be installed, maintained and removed by the Contractor at Contractor's expense; removal shall be before final acceptance of the work by the Government. The Contractor shall carefully conserve any utilities furnished without charge.

**SALVAGE AND SCRAP GOVERNMENT PROPERTY:**
(a) "Government property" means all property owned by or leased to the Government or acquired by the Government under the terms of the contract. It includes both Government-furnished property and contractor acquired
property.
(b) "Salvage" means Government property in possession of a contractor, including subcontractors, that, because of its worn, damaged, deteriorated, or incomplete condition or specialized nature, has no reasonable prospect of sale or use as serviceable property without major repairs, but has some value in excess of its scrap value.
(c) "Scrap" means Government personal property that has no value except for its basic material content.
(d) The Contractor shall maintain records of all scrap and salvage generated from this contract. The Contractor's records shall contain the following information:
(1) Contract Number
(2) Description of salvageable items or classification (material content) of scrap
(3) Quantity on hand
(e) The Contractor shall provide final accounting and disposition recommendations of all Government property not consumed in performing this contract or delivered to the Government including salvage and scrap. The Government will review the Contractor's records and shall cause correction if the Government disagrees with the classification of items as salvage or scrap. The Contractor shall dispose of the items as directed by the Contracting Officer. Items designated as scrap (agreed to by the Contracting Officer) shall be retained by the Contractor; its disposition shall be the responsibility of the Contractor. See Specification Section 01 00 00, paragraph entitled "Scrap Material". Items designated as salvageable items (agreed to by the Contracting Officer) shall be turned over to the Government.

**ANTITERRORISM/OPERATIONS SECURITY:**
1) AT Level I Training. This provision/contract text is for contractor employees with an area of performance within an Army controlled installation, facility or area. All contractor employees, to include subcontractor employees, requiring access Army installations, facilities and controlled access areas shall complete AT Level I awareness training within 45 calendar days after contract start date or effective date of incorporation of this requirement into the contract, whichever is applicable. The contractor shall submit certificates of completion for each affected contractor employee and subcontractor employee, to the COR or to the contracting officer, if a COR is not assigned, within 30 calendar days after completion of training by all employees and subcontractor personnel. AT level I awareness training is available at the following website: https://atlevel1.dtic.mil/at.
2) Access and General Protection/Security Policy and Procedures. This standard language text is for contractor employees with an area of performance within an Army controlled installation, facility or area. Contractor and all associated sub-contractors employees shall comply with applicable installation, facility and area commander installation/facility access and local security policies and procedures (provided by government representative). The contractor shall also provide all information required for background checks to meet installation access requirements to be accomplished by installation Provost Marshal Office, Director of Emergency Services or Security Office. Contractor workforce must comply with all personal identity verification requirements as directed

26



## Attachment D
## FAR and Other Flowdown Clauses
## Gilbane Federal Prime Contract No:  W91238-14-C-0049-P00001

by DOD, HQDA and/or local policy. Additionally, Executive Order 13465, 8 September 2008, mandates that all Federal Contractors and Subcontractors are required to use E-Verify for all employees working directly on any federal contract to determine eligibility to legally work in the United States. It is the responsibility of the employer to provide the employee a copy of the E-Verify. The E-Verify will be used ICW other applicable documentation to determine eligibility for access to JBLM. In addition to the changes otherwise authorized by the changes clause of this contract, should the Force Protection Condition (FPCON) at any individual facility or installation change, the Government may require changes in contractor security matters or processes.

3) iWATCH Training. This standard language is for contractor employees with an area of performance within an Army controlled installation, facility or area. The contractor and all associated sub-contractors shall brief all employees on the local iWATCH program (training standards provided by the requiring activity ATO). This local developed training will be used to inform employees of the types of behavior to watch for and instruct employees to report suspicious activity to the COR. This training shall be completed within 45 calendar days of contract award and within 30 calendar days of new employees commencing performance with the results reported to the COR NLT 60 calendar days after contract award.

--End of Section

ATTACHMENT E

W91238-14-R-0001
Attachment 4

General Decision Number: CA140029 06/20/2014 CA29

Superseded General Decision Number: CA20130029

State: California

Construction Types: Building, Heavy (Heavy and Dredging) and Highway

Counties: Alameda, Calaveras, Contra Costa, Fresno, Kings, Madera, Mariposa, Merced, Monterey, San Benito, San Francisco, San Joaquin, San Mateo, Santa Clara, Santa Cruz, Stanislaus and Tuolumne Counties in California.

BUILDING CONSTRUCTION PROJECTS; DREDGING PROJECTS (does not include hopper dredge work); HEAVY CONSTRUCTION PROJECTS (does not include water well drilling); HIGHWAY CONSTRUCTION PROJECTS

| Modification Number | Publication Date |
|---|---|
| 0 | 01/03/2014 |
| 1 | 01/10/2014 |
| 2 | 01/24/2014 |
| 3 | 01/31/2014 |
| 4 | 03/07/2014 |
| 5 | 04/11/2014 |
| 6 | 04/25/2014 |
| 7 | 05/02/2014 |
| 8 | 05/16/2014 |
| 9 | 05/23/2014 |
| 10 | 05/30/2014 |
| 11 | 06/06/2014 |
| 12 | 06/13/2014 |
| 13 | 06/20/2014 |

ASBE0016-001 01/01/2014

AREA 1: ALAMEDA, CONTRA COSTA, LAKE, MARIN, MENDOCINO, MONTEREY, NAPA, SAN BENITO, SAN FRANCISCO, SAN MATEO, SANTA CLARA, SANTA CRUZ, SOLANO, & SONOMA COUNTIES

AREA 2: ALPINE, AMADOR, BUTTE, CALAVERAS, COLUSA, DEL NORTE, EL DORADO, FRESNO, GLENN, HUMBOLDT, KINGS, LASSEN, MADERA, MARIPOSA, MERCED, MODOC, MONO, NEVADA, PLACER, PLUMAS, SACRAMENTO, SAN JOAQUIN, SHASTA, SIERRA, SISKIYOU, STANISLAU, SUTTER, TEHEMA, TRINITY, TULARE, TUOLUMNE, YOLO, & YUBA COUNTIES

|  | Rates | Fringes |
|---|---|---|

Asbestos Workers/Insulator
(Includes the application of
all insulating materials,
Protective Coverings,

Page 1 of **57**

ATTACHMENT E

Coatings, and Finishes to all
types of mechanical systems)

| | Rates | Fringes |
|---|---|---|
| Area 1 | $ 57.15 | 18.72 |
| Area 2 | $ 44.05 | 18.62 |

----------------------------------------------------------------

ASBE0016-004 01/01/2013

|  | Rates | Fringes |
|---|---|---|

Asbestos Removal
worker/hazardous material
handler (Includes
preparation, wetting,
stripping, removal,
scrapping, vacuuming, bagging
and disposing of all
insulation materials from
mechanical systems, whether
they contain asbestos or not)....$ 31.13          6.95

----------------------------------------------------------------

BOIL0549-001 01/01/2013

AREA 1: ALAMEDA, CONTRA COSTA, SAN FRANCISCO, SAN MATEO & SANTA
CLARA COUNTIES

AREA 2: REMAINING COUNTIES

|  | Rates | Fringes |
|---|---|---|

BOILERMAKER

| | Rates | Fringes |
|---|---|---|
| Area 1 | $ 42.06 | 33.43 |
| Area 2 | $ 38.37 | 31.32 |

----------------------------------------------------------------

BRCA0003-001 06/01/2011

|  | Rates | Fringes |
|---|---|---|

MARBLE FINISHER...............$ 28.02          12.22

----------------------------------------------------------------

* BRCA0003-003 08/01/2013

|  | Rates | Fringes |
|---|---|---|

MARBLE MASON...................$ 39.30          22.48

----------------------------------------------------------------

BRCA0003-005 05/01/2013

|  | Rates | Fringes |
|---|---|---|

BRICKLAYER
( 1) Fresno, Kings,
Madera, Mariposa, Merced....$ 35.41          19.92
( 7) San Francisco, San
Mateo.......................$ 39.96          23.79
( 8) Alameda, Contra

ATTACHMENT E

W91238-14-R-0001
Attachment 4

Costa, San Benito, Santa
Clara.......................$ 40.98        20.49
( 9) Calaveras, San
Joaquin, Stanislaus,
Toulumne....................$ 36.48        19.59
(16) Monterey, Santa Cruz...$ 37.80        22.46

----------------------------------------------------------------
BRCA0003-008 07/01/2013

                    Rates        Fringes

TERRAZZO FINISHER................$ 33.15        13.93
TERRAZZO WORKER/SETTER..........$ 39.95        24.39

----------------------------------------------------------------
BRCA0003-011 04/01/2013

AREA 1: Alameda, Contra Costa, Monterey, San Benito, San
Francisco, San Mateo, Santa Clara, Santa Cruz

AREA 2: Calaveras, San Joaquin, Stanislaus, Tuolumne

AREA 3: Fresno, Kings, Madera, Mariposa, Merced


                    Rates        Fringes

TILE FINISHER
    Area 1.....................$ 22.01        12.35
    Area 2.....................$ 21.26        12.44
    Area 3.....................$ 21.01        11.58
Tile Layer
    Area 1.....................$ 39.42        13.77
    Area 2.....................$ 34.41        13.68
    Area 3.....................$ 29.78        13.10

----------------------------------------------------------------
CARP0022-001 07/01/2013

San Francisco County

                    Rates        Fringes

Carpenters
    Bridge Builder/Highway
    Carpenter...................$ 39.35        26.58
    Hardwood Floorlayer,
    Shingler, Power Saw
    Operator, Steel Scaffold &
    Steel Shoring Erector, Saw
    Filer.......................$ 39.50        26.58
    Journeyman Carpenter........$ 39.35        26.58
    Millwright..................$ 39.45        28.17

----------------------------------------------------------------
CARP0034-001 07/01/2013

                    Rates        Fringes

ATTACHMENT E

W91238-14-R-0001
Attachment 4

Diver
Assistant Tender, ROV
Tender/Technician...........$ 38.60        29.78
Diver standby...............$ 43.38        29.78
Diver Tender................$ 42.38        29.78
Diver wet...................$ 85.91        29.78
Manifold Operator (mixed
gas)........................$ 47.38        29.78
Manifold Operator (Standby).$ 42.38        29.78

DEPTH PAY (Surface Diving):
050 to 100 ft    $2.00 per foot
101 to 150 ft    $3.00 per foot
151 to 220 ft    $4.00 per foot

SATURATION DIVING:
The standby rate shall apply until saturation starts. The
saturation diving rate applies when divers are under
pressure continuously until work task and decompression are
complete. The diver rate shall be paid for all saturation
hours.

DIVING IN ENCLOSURES:
Where it is necessary for Divers to enter pipes or tunnels,
or other enclosures where there is no vertical ascent, the
following premium shall be paid: Distance traveled from
entrance 26 feet to 300 feet: $1.00 per foot. When it is
necessary for a diver to enter any pipe, tunnel or other
enclosure less than 48" in height, the premium will be
$1.00 per foot.

WORK IN COMBINATION OF CLASSIFICATIONS:
Employees working in any combination of classifications
within the diving crew (except dive supervisor) in a shift
are paid in the classification with the highest rate for
that shift.

----------------------------------------------------------------
CARP0034-003 07/01/2013

                    Rates     Fringes

Piledriver....................$ 38.60       29.78
----------------------------------------------------------------
CARP0035-007 07/01/2013

AREA 1: Alameda, Contra Costa, San Francisco, San Mateo, Santa
Clara counties

AREA 2: Monterey, San Benito, Santa Cruz Counties

AREA 3: Calaveras, Fresno, Kings, Madera, Mariposa, Merced, San
Joaquin, Stanislaus, Tuolumne Counties

                    Rates     Fringes

ATTACHMENT E

W91238-14-R-0001
Attachment 4

Modular Furniture Installer
   Area 1
      Installer I................$ 22.96     17.52
      Installer II................$ 19.53    17.52
      Lead Installer.............$ 26.41    18.02
      Master Installer..........$ 30.63   18.02
   Area 2
      Installer I................$ 20.31     17.52
      Installer II................$ 17.36    17.52
      Lead Installer.............$ 23.28    18.02
      Master Installer..........$ 26.91   18.02
   Area 3
      Installer I................$ 19.36     17.52
      Installer II................$ 16.59    17.52
      Lead Installer.............$ 22.16    18.02
      Master Installer..........$ 25.58   18.02
----------------------------------------------------------------
 CARP0035-008 08/01/2013

 AREA 1: Alameda, Contra Costa, San Francisco, San Mateo, Santa
Clara counties

 AREA 2: Monterey, San Benito, Santa Cruz Counties

 AREA 3: San Joaquin

 AREA 4: Calaveras, Fresno, Kings, Madera, Mariposa, Merced,
Stanislaus, Tuolumne Counties

|  | Rates | Fringes |
|---|---|---|
| Drywall Installers/Lathers: | | |
| Area 1.....................$ 39.35 | 27.02 | |
| Area 2.....................$ 33.47 | 27.02 | |
| Area 3.....................$ 33.97 | 27.02 | |
| Area 4.....................$ 32.62 | 27.02 | |
| Drywall Stocker/Scrapper | | |
| Area 1.....................$ 19.68 | 15.65 | |
| Area 2.....................$ 16.74 | 15.65 | |
| Area 3.....................$ 16.99 | 15.65 | |
| Area 4.....................$ 16.31 | 15.65 | |

----------------------------------------------------------------
 CARP0152-001 07/01/2013

Contra Costa County

|  | Rates | Fringes |
|---|---|---|
| Carpenters | | |
| Bridge Builder/Highway | | |
| Carpenter...................$ 39.35 | 26.58 | |
| Hardwood Floorlayer, | | |
| Shingler, Power Saw | | |
| Operator, Steel Scaffold & | | |

ATTACHMENT E

```
        Steel Shoring Erector, Saw
        Filer......................$ 39.50        26.58
        Journeyman Carpenter........$ 39.35        26.58
        Millwright..................$ 39.45        28.17
----------------------------------------------------------------
  CARP0152-002 07/01/2013

San Joaquin County

                   Rates        Fringes

Carpenters
        Bridge Builder/Highway
        Carpenter...................$ 39.35        26.58
        Hardwood Floorlayer,
        Shingler, Power Saw
        Operator, Steel Scaffold &
        Steel Shoring Erector, Saw
        Filer......................$ 33.62        26.58
        Journeyman Carpenter........$ 33.47        26.58
        Millwright..................$ 35.97        28.17
----------------------------------------------------------------
  CARP0152-004 07/01/2013

Calaveras, Mariposa, Merced, Stanislaus and Tuolumne Counties

                   Rates        Fringes

Carpenters
        Bridge Builder/Highway
        Carpenter...................$ 39.35        26.58
        Hardwood Floorlayer,
        Shingler, Power Saw
        Operator, Steel Scaffold &
        Steel Shoring Erector, Saw
        Filer......................$ 32.27        26.58
        Journeyman Carpenter........$ 32.12        26.58
        Millwright..................$ 34.62        28.17
----------------------------------------------------------------
  CARP0217-001 07/01/2013

San Mateo County

                   Rates        Fringes

Carpenters
        Bridge Builder/Highway
        Carpenter...................$ 39.35        26.58
        Hardwood Floorlayer,
        Shingler, Power Saw
        Operator, Steel Scaffold &
        Steel Shoring Erector, Saw
        Filer......................$ 39.50        26.58
        Journeyman Carpenter........$ 39.35        26.58
        Millwright..................$ 39.45        28.17
----------------------------------------------------------------
```

ATTACHMENT E

W91238-14-R-0001
Attachment 4

CARP0405-001 07/01/2013

Santa Clara County

| | Rates | Fringes |
|---|---|---|
| Carpenters | | |
| Bridge Builder/Highway | | |
| Carpenter...................$ 39.35 | | 26.58 |
| Hardwood Floorlayer, | | |
| Shingler, Power Saw | | |
| Operator, Steel Scaffold & | | |
| Steel Shoring Erector, Saw | | |
| Filer.......................$ 39.50 | | 26.58 |
| Journeyman Carpenter........$ 39.35 | | 26.58 |
| Millwright..................$ 39.45 | | 28.17 |

----------------------------------------------------------------
CARP0405-002 07/01/2013

San Benito County

| | Rates | Fringes |
|---|---|---|
| Carpenters | | |
| Bridge Builder/Highway | | |
| Carpenter...................$ 39.35 | | 26.58 |
| Hardwood Floorlayer, | | |
| Shingler, Power Saw | | |
| Operator, Steel Scaffold & | | |
| Steel Shoring Erector, Saw | | |
| Filer.......................$ 33.62 | | 26.58 |
| Journeyman Carpenter........$ 33.47 | | 26.58 |
| Millwright..................$ 35.97 | | 28.17 |

----------------------------------------------------------------
CARP0505-001 07/01/2013

Santa Cruz County

| | Rates | Fringes |
|---|---|---|
| Carpenters | | |
| Bridge Builder/Highway | | |
| Carpenter...................$ 39.35 | | 26.58 |
| Hardwood Floorlayer, | | |
| Shingler, Power Saw | | |
| Operator, Steel Scaffold & | | |
| Steel Shoring Erector, Saw | | |
| Filer.......................$ 33.62 | | 26.58 |
| Journeyman Carpenter........$ 33.47 | | 26.58 |
| Millwright..................$ 35.97 | | 28.17 |

----------------------------------------------------------------
CARP0605-001 07/01/2013

Monterey County

| | Rates | Fringes |
|---|---|---|

ATTACHMENT E

W91238-14-R-0001
Attachment 4

Carpenters
    Bridge Builder/Highway
    Carpenter...................$ 39.35     26.58
    Hardwood Floorlayer,
    Shingler, Power Saw
    Operator, Steel Scaffold &
    Steel Shoring Erector, Saw
    Filer......................$ 33.62     26.58
    Journeyman Carpenter.......$ 33.47     26.58
    Millwright.................$ 35.97     28.17
----------------------------------------------------------------
 CARP0701-001 07/01/2013

Fresno and Madera Counties

               Rates       Fringes

Carpenters
    Bridge Builder/Highway
    Carpenter...................$ 39.35     26.58
    Hardwood Floorlayer,
    Shingler, Power Saw
    Operator, Steel Scaffold &
    Steel Shoring Erector, Saw
    Filer......................$ 32.27     26.58
    Journeyman Carpenter.......$ 32.12     26.58
    Millwright.................$ 34.62     28.17
----------------------------------------------------------------
 CARP0713-001 07/01/2013

Alameda County

               Rates       Fringes

Carpenters
    Bridge Builder/Highway
    Carpenter...................$ 39.35     26.58
    Hardwood Floorlayer,
    Shingler, Power Saw
    Operator, Steel Scaffold &
    Steel Shoring Erector, Saw
    Filer......................$ 39.50     26.58
    Journeyman Carpenter.......$ 39.35     26.58
    Millwright.................$ 39.45     28.17
----------------------------------------------------------------
 CARP1109-001 07/01/2013

Kings County

               Rates       Fringes

Carpenters
    Bridge Builder/Highway
    Carpenter...................$ 39.35     26.58
    Hardwood Floorlayer,

ATTACHMENT E

W91238-14-R-0001
Attachment 4

Shingler, Power Saw
Operator, Steel Scaffold &
Steel Shoring Erector, Saw
Filer.......................$ 32.27        26.58
Journeyman Carpenter........$ 32.12        26.58
Millwright.................$ 34.62        28.17
-------------------------------------------------------------

ELEC0006-004 12/01/2013

SAN FRANCISCO COUNTY

                        Rates        Fringes

Sound & Communications
  Installer...................$ 31.82        3%+16.11
  Technician..................$ 36.23        3%+16.11

  SCOPE OF WORK:  Including any data system whose only function
  is to transmit or  receive information; excluding all other
  data systems or  multiple systems which include control
  function or power supply;  inclusion or exclusion of
  terminations and testings of  conductors determined by
  their function; excluding fire alarm  work when installed
  in raceways (including wire and cable  pulling) and when
  performed on new or major remodel building  projects or
  jobs for which the conductors for the fire alarm system are
  installed in conduit; excluding installation of raceway
  systems, line voltage work, industrial work, life-safety
  systems (all buildings having floors located more than 75'
  above the lowest floor level having building access);
  excluding energy management systems.

  FOOTNOTE:  Fire alarm work when installed in raceways
  (including wire and cable pulling), on projects which
  involve new or major remodel building construction, for
  which the conductors for the fire alarm system are
  installed in the conduit, shall be performed by the inside
  electrician.


-------------------------------------------------------------
ELEC0006-007 06/01/2013

SAN FRANCISCO COUNTY

                        Rates        Fringes

ELECTRICIAN......................$ 56.92        25.5145
-------------------------------------------------------------
ELEC0006-008 12/01/2011

MARIPOSA, MERCED, STANISLAUS AND TUOLUMNE COUNTIES

                        Rates        Fringes

Communications System
  Installer... ... ... $ 30.12        3%+13.70

ATTACHMENT E

Technician.................$ 34.29        3%+13.70

SCOPE OF WORK:  Including any data system whose only function
is to transmit or  receive information; excluding all other
data systems or  multiple systems which include control
function or power supply;  inclusion or exclusion of
terminations and testings of  conductors determined by
their function; excluding fire alarm  work when installed
in raceways (including wire and cable  pulling) and when
performed on new or major remodel building  projects or
jobs for which the conductors for the fire alarm system are
installed in conduit; excluding installation of raceway
systems, line voltage work, industrial work, life-safety
systems (all buildings having floors located more than 75'
above the lowest floor level having building access);
excluding energy management systems.

FOOTNOTE:  Fire alarm work when installed in raceways
(including wire and cable pulling), on projects which
involve new or major remodel building construction, for
which the conductors for the fire alarm system are
installed in the conduit, shall be performed by the inside
electrician.

----------------------------------------------------------------
ELEC0100-002 06/01/2014

FRESNO, KINGS, AND MADERA COUNTIES

|  | Rates | Fringes |
|---|---|---|
| ELECTRICIAN.....................$ 34.05 | | 19.67 |

----------------------------------------------------------------
ELEC0100-005 12/01/2013

FRESNO, KINGS, MADERA

|  | Rates | Fringes |
|---|---|---|
| Communications System | | |
| Installer...................$ 27.34 | | 16.12 |
| Technician.................$ 31.13 | | 16.23 |

SCOPE OF WORK
Includes the installation testing, service and maintenance,
of the following systems which utilize the transmission
and/or transference of voice, sound, vision and digital for
commercial, education, security and entertainment purposes
for the following: TV monitoring and surveillance,
background-foreground music, intercom and telephone
interconnect, inventory control systems, microwave
transmission, multi-media, multiplex, nurse call system,
radio page, school intercom and sound, burglar alarms, and
low voltage master clock systems.

A. SOUND AND VOICE TRANSMISSION/TRANSFERENCE SYSTEMS

Background foreground music, Intercom and telephone
interconnect systems, Telephone systems Nurse call systems,
Radio page systems, School intercom and sound systems,
Burglar alarm systems, Low voltage, master clock systems,
Multi-media/multiplex systems, Sound and musical
entertainment systems, RF systems, Antennas and Wave Guide,

B. FIRE ALARM SYSTEMS Installation, wire pulling and testing

C. TELEVISION AND VIDEO SYSTEMS     Television monitoring and
surveillance systems  Video security systems, Video
entertainment systems, Video educational systems, Microwave
transmission systems, CATV and CCTV

D. SECURITY SYSTEMS Perimeter security systems Vibration
sensor systems Card access systems Access control systems,
Sonar/infrared monitoring equipment

E. COMMUNICATIONS SYSTEMS THAT TRANSMIT OR RECEIVE
INFORMATION AND/OR CONTROL SYSTEMS THAT ARE INTRINSIC  TO
THE ABOVE LISTED SYSTEMS  SCADA (Supervisory Control and
Data Acquisition)  PCM (Pulse Code Modulation) Inventory
Control Systems, Digital Data Systems  Broadband and
Baseband and Carriers Point of Sale Systems, VSAT Data
Systems  Data Communication Systems  RF and Remote Control
Systems, Fiber Optic Data Systems

WORK EXCLUDED Raceway systems are not covered (excluding
Ladder-Rack for the purpose of the above listed systems).
Chases and/or nipples (not to exceed 10 feet) may be
installed on open wiring systems. Energy management
systems.  SCADA (Supervisory Control and Data Acquisition)
when not intrinsic to the above listed systems (in the
scope).  Fire alarm systems when installed in raceways
(including wire and cable pulling) shall be performed at
the electrician wage rate, when either of the following two
(2) conditions apply:
1.  The project involves new or major remodel building trades
construction.
2.  The conductors for the fire alarm system are installed in
conduit.

----------------------------------------------------------------
ELEC0234-001 03/24/2014

MONTEREY, SAN BENITO AND SANTA CRUZ COUNTIES

|  | Rates | Fringes |
|---|---|---|
| ELECTRICIAN | | |
| Zone A | $ 41.65 | 22.60 |
| Zone B | $ 45.82 | 22.72 |

Zone A: All of Santa Cruz, Monterey, and San Benito Counties
within 25 air miles of Highway 1 and Dolan Road in Moss
Landing, and an area extending 5 miles east and west of

ATTACHMENT E

W91238-14-R-0001
Attachment 4

Highway 101 South to the San Luis Obispo County Line.

Zone B: Any area outside of Zone A

----------------------------------------------------------------
ELEC0234-003 12/01/2013

MONTEREY, SAN BENITO, AND SANTA CRUZ COUNTIES

|  | Rates | Fringes |
|---|---|---|
| Sound & Communications | | |
| Installer | $ 31.32 | 16.24 |
| Technician | $ 35.66 | 16.24 |

SCOPE OF WORK: Including any data system whose only function
is to transmit or receive information; excluding all other
data systems or multiple systems which include control
function or power supply; inclusion or exclusion of
terminations and testings of conductors determined by
their function; excluding fire alarm work when installed
in raceways (including wire and cable pulling) and when
performed on new or major remodel building projects or
jobs for which the conductors for the fire alarm system are
installed in conduit; excluding installation of raceway
systems, line voltage work, industrial work, life-safety
systems (all buildings having floors located more than 75'
above the lowest floor level having building access);
excluding energy management systems.

FOOTNOTE: Fire alarm work when installed in raceways
(including wire and cable pulling), on projects which
involve new or major remodel building construction, for
which the conductors for the fire alarm system are
installed in the conduit, shall be performed by the inside
electrician.

----------------------------------------------------------------
ELEC0302-001 06/03/2013

CONTRA COSTA COUNTY

|  | Rates | Fringes |
|---|---|---|
| CABLE SPLICER | $ 51.67 | 25.70 |
| ELECTRICIAN | $ 45.26 | 25.51 |

----------------------------------------------------------------
ELEC0302-003 12/01/2013

CONTRA COSTA COUNTY

|  | Rates | Fringes |
|---|---|---|
| Sound & Communications | | |
| Installer | $ 31.32 | 16.24 |
| Technician | $ 35.66 | 16.37 |

**Page 12 of 57**

ATTACHMENT E

W91238-14-R-0001
Attachment 4

SCOPE OF WORK: Including any data system whose only function
is to transmit or receive information; excluding all other
data systems or multiple systems which include control
function or power supply; inclusion or exclusion of
terminations and testings of conductors determined by
their function; excluding fire alarm work when installed
in raceways (including wire and cable pulling) and when
performed on new or major remodel building projects or
jobs for which the conductors for the fire alarm system are
installed in conduit; excluding installation of raceway
systems, line voltage work, industrial work, life-safety
systems (all buildings having floors located more than 75'
above the lowest floor level having building access);
excluding energy management systems.

FOOTNOTE: Fire alarm work when installed in raceways
(including wire and cable pulling), on projects which
involve new or major remodel building construction, for
which the conductors for the fire alarm system are
installed in the conduit, shall be performed by the inside
electrician.

----------------------------------------------------------------
ELEC0332-001 12/01/2013

SANTA CLARA COUNTY

|  | Rates | Fringes |
|---|---|---|
| CABLE SPLICER....................$ 60.46 | | 30.844 |
| ELECTRICIAN.......................$ 52.57 | | 30.607 |

FOOTNOTES: Work under compressed air or where gas masks are
required, orwork on ladders, scaffolds, stacks, "Bosun's
chairs," or other structures and where the workers are not
protected by permanent guard rails at a distance of 40 to
60 ft. from the ground or supporting structures: to be paid
one and one-half times the straight-time rate of pay.
Work on structures of 60 ft. or over (as described above):
to be paid twice the straight-time rate of pay.

----------------------------------------------------------------
ELEC0332-003 12/01/2013

SANTA CLARA COUNTY

|  | Rates | Fringes |
|---|---|---|
| Sound & Communications | | |
| Installer...................$ 31.32 | | 16.24 |
| Technician.................$ 35.66 | | 16.37 |

SCOPE OF WORK: Including any data system whose only function
is to transmit or receive information; excluding all other
data systems or multiple systems which include control

W91238-14-R-0001
Attachment 4

function or power supply; inclusion or exclusion of
terminations and testings of conductors determined by
their function; excluding fire alarm work when installed
in raceways (including wire and cable pulling) and when
performed on new or major remodel building projects or
jobs for which the conductors for the fire alarm system are
installed in conduit; excluding installation of raceway
systems, line voltage work, industrial work, life-safety
systems (all buildings having floors located more than 75'
above the lowest floor level having building access);
excluding energy management systems.

FOOTNOTE: Fire alarm work when installed in raceways
(including wire and cable pulling), on projects which
involve new or major remodel building construction, for
which the conductors for the fire alarm system are
installed in the conduit, shall be performed by the inside
electrician.

----------------------------------------------------------------
* ELEC0595-001 06/01/2014

ALAMEDA COUNTY

|  | Rates | Fringes |
|---|---|---|
| CABLE SPLICER.................\$ 55.29 | | 3%+29.81 |
| ELECTRICIAN....................\$ 49.15 | | 3%+29.81 |

----------------------------------------------------------------
* ELEC0595-002 06/01/2014

CALAVERAS AND SAN JOAQUIN COUNTIES

|  | Rates | Fringes |
|---|---|---|
| CABLE SPLICER.................\$ 39.09 | | 7.5%+21.74 |
| ELECTRICIAN | | |
| (1) Tunnel work...........\$ 36.49 | | 7.5%+21.74 |
| (2) All other work........\$ 34.75 | | 7.5%+21.74 |

----------------------------------------------------------------
ELEC0595-006 12/01/2013

ALAMEDA COUNTY

|  | Rates | Fringes |
|---|---|---|
| Sound & Communications | | |
| Installer.................\$ 31.32 | | 3%+15.30 |
| Technician................\$ 35.66 | | 3%+15.30 |

SCOPE OF WORK: Including any data system whose only function
is to transmit or receive information; excluding all other
data systems or multiple systems which include control
function or power supply; inclusion or exclusion of
terminations and testings of conductors determined by
their function; excluding fire alarm work when installed

W91238-14-R-0001
Attachment 4

in raceways (including wire and cable  pulling) and when
performed on new or major remodel building  projects or
jobs for which the conductors for the fire alarm system are
installed in conduit; excluding installation of raceway
systems, line voltage work, industrial work, life-safety
systems (all buildings having floors located more than 75'
above the lowest floor level having building access);
excluding energy management systems.

FOOTNOTE:  Fire alarm work when installed in raceways
(including wire and cable pulling), on projects which
involve new or major remodel building construction, for
which the conductors for the fire alarm system are
installed in the conduit, shall be performed by the inside
electrician.

-----------------------------------------------------------------

ELEC0595-008 12/01/2013

CALAVERAS AND SAN JOAQUIN COUNTIES

|  | Rates | Fringes |
|---|---|---|
| Communications System |  |  |
| Installer | $ 27.34 | 3%+15.30 |
| Technician | $ 31.12 | 3%+15.30 |

SCOPE OF WORK:  Including any data system whose only function
is to transmit or  receive information; excluding all other
data systems or  multiple systems which include control
function or power supply;  inclusion or exclusion of
terminations and testings of  conductors determined by
their function; excluding fire alarm  work when installed
in raceways (including wire and cable  pulling) and when
performed on new or major remodel building  projects or
jobs for which the conductors for the fire alarm system are
installed in conduit; excluding installation of raceway
systems, line voltage work, industrial work, life-safety
systems (all buildings having floors located more than 75'
above the lowest floor level having building access);
excluding energy management systems.

FOOTNOTE:  Fire alarm work when installed in raceways
(including wire and cable pulling), on projects which
involve new or major remodel building construction, for
which the conductors for the fire alarm system are
installed in the conduit, shall be performed by the inside
electrician.

-----------------------------------------------------------------

ELEC0617-001 06/01/2013

SAN MATEO COUNTY

|  | Rates | Fringes |
|---|---|---|

ATTACHMENT E

W91238-14-R-0001
Attachment 4

ELECTRICIAN.....................$ 52.00        26.24
-------------------------------------------------------------
 ELEC0617-003 12/01/2013

SAN MATEO COUNTY

                    Rates        Fringes

Sound & Communications
    Installer...................$ 31.32        16.24
    Technician.................$ 35.66         16.37

    SCOPE OF WORK:  Including any data system whose only function
    is to transmit or  receive information; excluding all other
    data systems or  multiple systems which include control
    function or power supply;  inclusion or exclusion of
    terminations and testings of  conductors determined by
    their function; excluding fire alarm  work when installed
    in raceways (including wire and cable  pulling) and when
    performed on new or major remodel building  projects or
    jobs for which the conductors for the fire alarm system are
    installed in conduit; excluding installation of raceway
    systems, line voltage work, industrial work, life-safety
    systems (all buildings having floors located more than 75'
    above the lowest floor level having building access);
    excluding energy management systems.

    FOOTNOTE:   Fire alarm work when installed in raceways
    (including wire and cable pulling), on projects which
    involve new or major remodel building construction, for
    which the conductors for the fire alarm system are
    installed in the conduit, shall be performed by the inside
    electrician.

-------------------------------------------------------------
 ELEC0684-001 01/01/2014

MARIPOSA, MERCED, STANISLAUS AND TUOLUMNE COUNTIES

                    Rates        Fringes

ELECTRICIAN.....................$ 34.90        3%+18.22

CABLE SPLICER = 110% of Journeyman Electrician
-------------------------------------------------------------
 ELEC1245-001 06/01/2013

                    Rates        Fringes

LINE CONSTRUCTION
    (1) Lineman; Cable splicer..$ 50.30        15.00
    (2) Equipment specialist
    (operates crawler
    tractors, commercial motor
    vehicles, backhoes,
    trenchers, cranes (50 tons

and below), overhead &
underground distribution
line  equipment)..........$ 40.17        14.56
(3) Groundman..............$ 30.73        13.48
(4) Powderman..............$ 44.91        13.48

HOLIDAYS: New Year's Day, M.L. King Day, Memorial Day,
Independence Day, Labor Day, Veterans Day, Thanksgiving Day
and day after Thanksgiving, Christmas Day

----------------------------------------------------------------
ELEV0008-001 01/01/2014

|  | Rates | Fringes |
|---|---|---|

ELEVATOR MECHANIC...............$ 59.19        26.785

FOOTNOTE:
PAID VACATION:  Employer contributes 8% of regular hourly
rate as vacation pay credit for employees with more than 5
years of service, and 6% for 6 months to 5 years of service.
PAID HOLIDAYS: New Years Day, Memorial Day, Independence Day,
Labor Day, Veterans Day, Thanksgiving Day, Friday after
Thanksgiving, and Christmas Day.

----------------------------------------------------------------
ENGI0003-008 07/01/2013

|  | Rates | Fringes |
|---|---|---|

Dredging: (DREDGING:
CLAMSHELL & DIPPER DREDGING;
HYDRAULIC SUCTION DREDGING:)
AREA 1:
(1) Leverman...............$ 40.53        27.81
(2) Dredge Dozer; Heavy
duty repairman.............$ 35.57        27.81
(3) Booster Pump
Operator; Deck
Engineer; Deck mate;
Dredge Tender; Winch
Operator...................$ 34.45        27.81
(4) Bargeman; Deckhand;
Fireman; Leveehand; Oiler..$ 31.15        27.81
AREA 2:
(1) Leverman...............$ 42.53        27.81
(2) Dredge Dozer; Heavy
duty repairman.............$ 37.57        27.81
(3) Booster Pump
Operator; Deck
Engineer; Deck mate;
Dredge Tender; Winch
Operator...................$ 36.45        27.81
(4) Bargeman; Deckhand;
Fireman; Leveehand; Oiler..$ 33.15        27.81

ATTACHMENT E

W91238-14-R-0001
Attachment 4

AREA DESCRIPTIONS

AREA 1: ALAMEDA,BUTTE, CONTRA COSTA, KINGS, MARIN, MERCED,
NAPA, SACRAMENTO, SAN BENITO, SAN FRANCISCO, SAN JOAQUIN,
SAN MATEO, SANTA CLARA, SANTA CRUZ, SOLANO, STANISLAUS,
SUTTER, YOLO, AND YUBA COUNTIES

AREA 2: MODOC COUNTY

THE REMAINGING COUNTIES ARE SPLIT BETWEEN AREA 1 AND AREA 2
AS NOTED BELOW:

ALPINE COUNTY:
Area 1:  Northernmost part
Area 2:  Remainder

CALAVERAS COUNTY:
Area 1: Remainder
Area 2: Eastern part

COLUSA COUNTY:
Area 1:  Eastern part
Area 2:  Remainder

ELDORADO COUNTY:
Area 1:  North Central part
Area 2: Remainder

FRESNO COUNTY:
Area 1: Remainder
Area 2: Eastern part

GLENN COUNTY:
Area 1:  Eastern part
Area 2:  Remainder

LASSEN COUNTY:
  Area 1:  Western part along the Southern portion of border
  with Shasta County
Area 2:  Remainder

MADERA COUNTY:
Area 1: Except Eastern part
Area 2: Eastern part

MARIPOSA COUNTY
Area 1: Except Eastern part
Area 2: Eastern part

MONTERREY COUNTY
Area 1: Except Southwestern part
Area 2: Southwestern part

NEVADA COUNTY:
  Area 1:  All but the Northern portion along the border of
  Sierra County

ATTACHMENT E

W91238-14-R-0001
Attachment 4

Area 2:  Remainder

PLACER COUNTY:
Area 1:  Al but the Central portion
Area 2:  Remainder

PLUMAS COUNTY:
Area 1:  Western portion
Area 2:  Remainder

SHASTA COUNTY:
Area 1:  All but the Northeastern corner
Area 2:  Remainder

SIERRA COUNTY:
Area 1:  Western part
Area 2:  Remainder

SISKIYOU COUNTY:
Area 1:  Central part
Area 2:  Remainder

SONOMA COUNTY:
Area 1:  All but the Northwestern corner
Area 2:  Remainder

TEHAMA COUNTY:
  Area 1:  All but the Western border with Mendocino & Trinity
  Counties
Area 2:  Remainder

TRINITY COUNTY:
  Area 1:  East Central part and the Northeastern border with
  Shasta County
Area 2:  Remainder

TUOLUMNE COUNTY:
Area 1: Except Eastern part
Area 2: Eastern part

----------------------------------------------------------------
* ENGI0003-018 07/01/2013

"AREA 1" WAGE RATES ARE LISTED BELOW

"AREA 2" RECEIVES AN ADDITIONAL $2.00 PER HOUR ABOVE AREA 1
RATES.

SEE AREA DEFINITIONS BELOW


                    Rates       Fringes

OPERATOR:  Power Equipment
(AREA 1:)
      GROUP 1....................$ 39.02        26.27

ATTACHMENT E

```
GROUP 2....................$ 37.49        26.27
GROUP 3....................$ 36.01        26.27
GROUP 4....................$ 34.63        26.27
GROUP 5....................$ 33.36        26.27
GROUP 6....................$ 32.04        26.27
GROUP 7....................$ 30.90        26.27
GROUP 8....................$ 29.76        26.27
GROUP 8-A..................$ 27.55          26.27
```

OPERATOR:  Power Equipment
(Cranes and Attachments -
AREA 1:)
```
   GROUP 1
   Cranes....................$ 39.90        26.27
   Oiler.....................$ 32.93        26.27
   Truck crane oiler..........$ 36.50          26.27
   GROUP 2
   Cranes....................$ 32.67        26.27
   Oiler.....................$ 32.67        26.27
   Truck crane oiler..........$ 36.21          26.27
   GROUP 3
   Cranes....................$ 36.40        26.27
   Hydraulic.................$ 32.04          26.27
   Oiler.....................$ 32.43        26.27
   Truck Crane Oiler.........$ 35.94          26.27
```
OPERATOR:  Power Equipment
(Piledriving - AREA 1:)
```
   GROUP 1
   Lifting devices............$ 40.24        26.27
   Oiler.....................$ 30.98        26.27
   Truck crane oiler..........$ 33.26          26.27
   GROUP 2
   Lifting devices............$ 38.42        26.27
   Oiler.....................$ 30.71        26.27
   Truck Crane Oiler.........$ 33.01          26.27
   GROUP 3
   Lifting devices............$ 36.74        26.27
   Oiler.....................$ 30.49        26.27
   Truck Crane Oiler.........$ 32.72          26.27
   GROUP 4
   Lifting devices............$ 34.97        26.27
   GROUP 5
   Lifting devices............$ 33.67        26.27
   GROUP 6
   Lifting devices............$ 32.33        26.27
```
OPERATOR:  Power Equipment
(Steel Erection - AREA 1:)
```
   GROUP 1
   Cranes....................$ 40.87        26.27
   Oiler.....................$ 31.32        26.27
   Truck Crane Oiler.........$ 33.55          26.27
   GROUP 2
   Cranes....................$ 39.10        26.27
   Oiler.....................$ 31.05        26.27
   Truck Crane Oiler.........$ 33.33          26.27
   GROUP 3
   Cranes........ .......$ 37.62        26.27
```

```
    Hydraulic..................$ 32.67        26.27
    Oiler......................$ 30.83        26.27
    Truck Crane Oiler..........$ 33.06        26.27
    GROUP 4
    Cranes.....................$ 35.60        26.27
    GROUP 5
    Cranes.....................$ 34.30        26.27
OPERATOR:  Power Equipment
(Tunnel and Underground Work
- AREA 1:)
    SHAFTS, STOPES, RAISES:
    GROUP 1....................$ 35.12        26.27
    GROUP 1-A..................$ 37.59        26.27
    GROUP 2....................$ 33.86        26.27
    GROUP 3....................$ 32.53        26.27
    GROUP 4....................$ 31.39        26.27
    GROUP 5....................$ 30.25        26.27
    UNDERGROUND:
    GROUP 1....................$ 35.02        26.27
    GROUP 1-A..................$ 37.49        26.27
    GROUP 2....................$ 33.76        26.27
    GROUP 3....................$ 32.43        26.27
    GROUP 4....................$ 31.29        26.27
    GROUP 5....................$ 30.15        26.27
```

FOOTNOTE: Work suspended by ropes or cables, or work on a
Yo-Yo Cat: $.60 per hour additional.


POWER EQUIPMENT OPERATOR CLASSIFICATIONS

GROUP 1: Operator of helicopter (when used in erection work);
Hydraulic excavator, 7 cu. yds. and over; Power shovels,
over 7 cu. yds.

GROUP 2: Highline cableway; Hydraulic excavator, 3-1/2 cu.
yds. up to 7 cu. yds.; Licensed construction work boat
operator, on site; Power blade operator (finish); Power
shovels, over 1 cu. yd. up to and including 7 cu. yds.
m.r.c.

GROUP 3: Asphalt milling machine; Cable backhoe; Combination
backhoe and loader over 3/4 cu. yds.; Continuous flight tie
back machine assistant to engineer or mechanic; Crane
mounted continuous flight tie back machine, tonnage to
apply; Crane mounted drill attachment, tonnage to apply;
Dozer, slope brd; Gradall; Hydraulic excavator, up to 3 1/2
cu. yds.; Loader 4 cu. yds. and over; Long reach excavator;
Multiple engine scraper (when used as push pull); Power
shovels, up to and including 1 cu. yd.; Pre-stress wire
wrapping machine; Side boom cat, 572 or larger; Track
loader 4 cu. yds. and over; Wheel excavator (up to and
including 750 cu. yds. per hour)

GROUP 4: Asphalt plant engineer/box person; Chicago boom;
Combination backhoe and loader up to and including 3/4 cu.

yd.; Concrete batch plant (wet or dry); Dozer and/or push cat; Pull- type elevating loader; Gradesetter, grade checker (GPS, mechanical or otherwise); Grooving and grinding machine; Heading shield operator; Heavy-duty drilling equipment, Hughes, LDH, Watson 3000 or similar; Heavy-duty repairperson and/or welder; Lime spreader; Loader under 4 cu. yds.; Lubrication and service engineer (mobile and grease rack); Mechanical finishers or spreader machine (asphalt, Barber-Greene and similar); Miller Formless M-9000 slope paver or similar; Portable crushing and screening plants; Power blade support; Roller operator, asphalt; Rubber-tired scraper, self-loading (paddle-wheels, etc.); Rubber- tired earthmoving equipment (scrapers); Slip form paver (concrete); Small tractor with drag; Soil stabilizer (P & H or equal); Spider plow and spider puller; Tubex pile rig; Unlicensed constuction work boat operator, on site; Timber skidder; Track loader up to 4 yds.; Tractor-drawn scraper; Tractor, compressor drill combination; Welder; Woods-Mixer (and other similar Pugmill equipment)

GROUP 5: Cast-in-place pipe laying machine; Combination slusher and motor operator; Concrete conveyor or concrete pump, truck or equipment mounted; Concrete conveyor, building site; Concrete pump or pumpcrete gun; Drilling equipment, Watson 2000, Texoma 700 or similar; Drilling and boring machinery, horizontal (not to apply to waterliners, wagon drills or jackhammers); Concrete mixer/all; Person and/or material hoist; Mechanical finishers (concrete) (Clary, Johnson, Bidwell Bridge Deck or similar types); Mechanical burm, curb and/or curb and gutter machine, concrete or asphalt); Mine or shaft hoist; Portable crusher; Power jumbo operator (setting slip-forms, etc., in tunnels); Screed (automatic or manual); Self-propelled compactor with dozer; Tractor with boom D6 or smaller; Trenching machine, maximum digging capacity over 5 ft. depth; Vermeer T-600B rock cutter or similar

GROUP 6: Armor-Coater (or similar); Ballast jack tamper; Boom- type backfilling machine; Assistant plant engineer; Bridge and/or gantry crane; Chemical grouting machine, truck-mounted; Chip spreading machine operator; Concrete saw (self-propelled unit on streets, highways, airports and canals); Deck engineer; Drilling equipment Texoma 600, Hughes 200 Series or similar up to and including 30 ft. m.r.c.; Drill doctor; Helicopter radio operator; Hydro-hammer or similar; Line master; Skidsteer loader, Bobcat larger than 743 series or similar (with attachments); Locomotive; Lull hi-lift or similar; Oiler, truck mounted equipment; Pavement breaker, truck-mounted, with compressor combination; Paving fabric installation and/or laying machine; Pipe bending machine (pipelines only); Pipe wrapping machine (tractor propelled and supported); Screed (except asphaltic concrete paving); Self- propelled pipeline wrapping machine; Tractor; Self-loading chipper; Concrete barrier moving machine

W91238-14-R-0001
Attachment 4

GROUP 7: Ballast regulator; Boom truck or dual-purpose A-frame truck, non-rotating - under 15 tons; Cary lift or similar; Combination slurry mixer and/or cleaner; Drilling equipment, 20 ft. and under m.r.c.; Firetender (hot plant); Grouting machine operator; Highline cableway signalperson; Stationary belt loader (Kolman or similar); Lift slab machine (Vagtborg and similar types); Maginnes internal full slab vibrator; Material hoist (1 drum); Mechanical trench shield; Pavement breaker with or without compressor combination); Pipe cleaning machine (tractor propelled and supported); Post driver; Roller (except asphalt); Chip Seal; Self-propelled automatically applied concrete curing mahcine (on streets, highways, airports and canals); Self-propelled compactor (without dozer); Signalperson; Slip-form pumps (lifting device for concrete forms); Tie spacer; Tower mobile; Trenching machine, maximum digging capacity up to and including 5 ft. depth; Truck- type loader

GROUP 8: Bit sharpener; Boiler tender; Box operator; Brakeperson; Combination mixer and compressor (shotcrete/gunite); Compressor operator; Deckhand; Fire tender; Forklift (under 20 ft.); Generator; Gunite/shotcrete equipment operator; Hydraulic monitor; Ken seal machine (or similar); Mixermobile; Oiler; Pump operator; Refrigeration plant; Reservoir-debris tug (self-propelled floating); Ross Carrier (construction site); Rotomist operator; Self-propelled tape machine; Shuttlecar; Self-propelled power sweeper operator (includes vacuum sweeper);  Slusher operator; Surface heater; Switchperson; Tar pot firetender; Tugger hoist, single drum; Vacuum cooling plant; Welding machine (powered other than by electricity)

GROUP 8-A: Elevator operator; Skidsteer loader-Bobcat 743 series or smaller, and similar (without attachments); Mini excavator under 25 H.P. (backhoe-trencher); Tub grinder wood chipper

---------------------------------------------------------

ALL CRANES AND ATTACHMENTS

GROUP 1: Clamshell and dragline over 7 cu. yds.; Crane, over 100 tons; Derrick, over 100 tons; Derrick barge pedestal-mounted, over 100 tons; Self-propelled boom-type lifting device, over 100 tons

GROUP 2: Clamshell and dragline over 1 cu. yd. up to and including 7 cu. yds.; Crane, over 45 tons up to and including 100 tons; Derrick barge, 100 tons and under; Self-propelled boom-type lifting device, over 45 tons; Tower crane

GROUP 3: Clamshell and dragline up to and including 1 cu. yd.; Cranes 45 tons and under; Self-propelled boom-type

ATTACHMENT E

lifting device 45 tons and under;

GROUP 4: Boom Truck or dual purpose A-frame truck, non-rotating over 15 tons; Truck-mounted rotating telescopic boom type lifting device, Manitex or similar (boom truck) over 15 tons; Truck-mounted rotating telescopic boom type lifting device, Manitex or similar (boom truck) - under 15 tons;

------------------------------------------------------------

## PILEDRIVERS

GROUP 1: Derrick barge pedestal mounted over 100 tons; Clamshell over 7 cu. yds.; Self-propelled boom-type lifting device over 100 tons; Truck crane or crawler, land or barge mounted over 100 tons

GROUP 2: Derrick barge pedestal mounted 45 tons to and including 100 tons; Clamshell up to and including 7 cu. yds.; Self-propelled boom-type lifting device over 45 tons; Truck crane or crawler, land or barge mounted, over 45 tons up to and including 100 tons; Fundex F-12 hydraulic pile rig

GROUP 3: Derrick barge pedestal mounted under 45 tons; Self-propelled boom-type lifting device 45 tons and under; Skid/scow piledriver, any tonnage; Truck crane or crawler, land or barge mounted 45 tons and under

GROUP 4: Assistant operator in lieu of assistant to engineer; Forklift, 10 tons and over; Heavy-duty repairperson/welder

GROUP 5: Deck engineer

GROUP 6: Deckhand; Fire tender

------------------------------------------------------------

## STEEL ERECTORS

GROUP 1: Crane over 100 tons; Derrick over 100 tons; Self-propelled boom-type lifting device over 100 tons

GROUP 2: Crane over 45 tons to 100 tons; Derrick under 100 tons; Self-propelled boom-type lifting device over 45 tons to 100 tons; Tower crane

GROUP 3: Crane, 45 tons and under; Self-propelled boom-type lifting device, 45 tons and under

GROUP 4: Chicago boom; Forklift, 10 tons and over; Heavy-duty repair person/welder

GROUP 5: Boom cat

------------------------------------------------------------

--

TUNNEL AND UNDERGROUND WORK

GROUP 1-A: Tunnel bore machine operator, 20' diameter or more

GROUP 1: Heading shield operator; Heavy-duty repairperson; Mucking machine (rubber tired, rail or track type); Raised bore operator (tunnels); Tunnel mole bore operator

GROUP 2: Combination slusher and motor operator; Concrete pump or pumpcrete gun; Power jumbo operator

GROUP 3: Drill doctor; Mine or shaft hoist

GROUP 4: Combination slurry mixer cleaner; Grouting Machine operator; Motorman

GROUP 5: Bit Sharpener; Brakeman; Combination mixer and compressor (gunite); Compressor operator; Oiler; Pump operator; Slusher operator
----------------------------------------------------------------

AREA DESCRIPTIONS:

POWER EQUIPMENT OPERATORS, CRANES AND ATTACHMENTS,TUNNEL AND UNDERGROUND  [These areas do not apply to Piledrivers and Steel Erectors]

AREA 1: ALAMEDA, BUTTE, CONTRA COSTA, KINGS, MARIN,  MERCED, NAPA, SACRAMENTO, SAN BENITO, SAN FRANCISCO, SAN JOAQUIN, SAN MATEO, SANTA CLARA, SANTA CRUZ, SOLANO, STANISLAUS, SUTTER, YOLO, AND YUBA COUNTIES

AREA 2 - MODOC COUNTY

THE REMAINING COUNTIES ARE SPLIT BETWEEN AREA 1 AND AREA 2 AS NOTED BELOW:

ALPINE COUNTY:
Area 1: Northernmost part
Area 2: Remainder

CALAVERAS COUNTY:
Area 1: Except Eastern part
Area 2: Eastern part

COLUSA COUNTY:
Area 1: Eastern part
Area 2: Remainder

DEL NORTE COUNTY:
Area 1: Extreme Southwestern corner
Area 2: Remainder

ATTACHMENT E

W91238-14-R-0001
Attachment 4

ELDORADO COUNTY:
Area 1: North Central part
Area 2: Remainder

FRESNO COUNTY
Area 1: Except Eastern part
Area 2: Eastern part

GLENN COUNTY:
Area 1: Eastern part
Area 2: Remainder

HUMBOLDT COUNTY:
Area 1: Except Eastern and Southwestern parts
Area 2: Remainder

LAKE COUNTY:
Area 1: Southern part
Area 2: Remainder

LASSEN COUNTY:
Area 1: Western part along the Southern portion of border
with Shasta County
Area 2: Remainder

MADERA COUNTY
Area 1: Remainder
Area 2: Eastern part

MARIPOSA COUNTY
Area 1: Remainder
Area 2: Eastern part

MENDOCINO COUNTY:
Area 1: Central and Southeastern parts
Area 2: Remainder

MONTEREY COUNTY
Area 1: Remainder
Area 2: Southwestern part

NEVADA COUNTY:
Area 1: All but the Northern portion along the border of
Sierra County
Area 2: Remainder

PLACER COUNTY:
Area 1: All but the Central portion
Area 2: Remainder

PLUMAS COUNTY:
Area 1: Western portion
Area 2: Remainder

SHASTA COUNTY:
Area 1: All but the Northeastern corner

W91238-14-R-0001
Attachment 4

Area 2: Remainder

SIERRA COUNTY:
Area 1: Western part
Area 2: Remainder

SISKIYOU COUNTY:
Area 1: Central part
Area 2: Remainder

SONOMA COUNTY:
Area 1: All but the Northwestern corner
Area 2: Reaminder

TEHAMA COUNTY:
 Area 1: All but the Western border with mendocino & Trinity
 Counties
Area 2: Remainder

TRINITY COUNTY:
 Area 1: East Central part and the Northeaster border with
 Shasta County
Area 2: Remainder

TULARE COUNTY;
Area 1: Remainder
Area 2: Eastern part

TUOLUMNE COUNTY:
Area 1: Remainder
Area 2: Eastern Part


----------------------------------------------------------------
 ENGI0003-019 07/01/2013

SEE AREA DESCRIPTIONS BELOW

                     Rates      Fringes

OPERATOR: Power Equipment
(LANDSCAPE WORK ONLY)
     GROUP 1
       AREA 1......................$ 29.64        25.71
       AREA 2......................$ 31.64        25.71
     GROUP 2
       AREA 1......................$ 26.04        25.71
       AREA 2......................$ 28.04        25.71
     GROUP 3
       AREA 1......................$ 21.43        25.71
       AREA 2......................$ 23.43        25.71

GROUP DESCRIPTIONS:

  GROUP 1: Landscape Finish Grade Operator: All finish grade
  work regardless of equipment used, and all equipment with a
  rating more than 65 HP

ATTACHMENT E

W91238-14-R-0001
Attachment 4

GROUP 2:  Landscape Operator up to 65 HP: All equipment with a manufacturer's rating of 65 HP or less except equipment covered by Group 1 or Group 3.  The following equipment shall be included except when used for finish work as long as manufacturer's rating is 65 HP or less: A-Frame and Winch Truck, Backhoe, Forklift, Hydragraphic Seeder Machine, Roller, Rubber-Tired and Track Earthmoving Equipment, Skiploader, Straw Blowers, and Trencher 31 HP up to 65 HP.

GROUP 3: Landscae Utility Operator: Small Rubber-Tired Tractor, Trencher Under 31 HP.

AREA DESCRIPTIONS:

AREA 1: ALAMEDA, BUTTE, CONTRA COSTA, KINGS, MARIN,  MERCED, NAPA, SACRAMENTO, SAN BENITO, SAN FRANCISCO, SAN JOAQUIN, SAN MATEO, SANTA CLARA, SANTA CRUZ, SOLANO, STANISLAUS, SUTTER, YOLO, AND YUBA COUNTIES

AREA 2 - MODOC COUNTY

THE REMAINING COUNTIES ARE SPLIT BETWEEN AREA 1 AND AREA 2 AS NOTED BELOW:

ALPINE COUNTY:
Area 1: Northernmost part
Area 2: Remainder

CALAVERAS COUNTY:
Area 1: Except Eastern part
Area 2: Eastern part

COLUSA COUNTY:
Area 1: Eastern part
Area 2: Remainder

DEL NORTE COUNTY:
Area 1: Extreme Southwestern corner
Area 2: Remainder

ELDORADO COUNTY:
Area 1: North Central part
Area 2: Remainder

FRESNO COUNTY
Area 1: Except Eastern part
Area 2: Eastern part

GLENN COUNTY:
Area 1: Eastern part
Area 2: Remainder

HUMBOLDT COUNTY:
Area 1: Except Eastern and Southwestern parts

ATTACHMENT E

W91238-14-R-0001
Attachment 4

Area 2: Remainder

LAKE COUNTY:
Area 1: Southern part
Area 2: Remainder

LASSEN COUNTY:
   Area 1: Western part along the Southern portion of border
   with Shasta County
Area 2: Remainder

MADERA COUNTY
Area 1: Remainder
Area 2: Eastern part

MARIPOSA COUNTY
Area 1: Remainder
Area 2: Eastern part

MENDOCINO COUNTY:
Area 1: Central and Southeastern parts
Area 2: Remainder

MONTEREY COUNTY
Area 1: Remainder
Area 2: Southwestern part

NEVADA COUNTY:
   Area 1: All but the Northern portion along the border of
   Sierra County
Area 2: Remainder

PLACER COUNTY:
Area 1: All but the Central portion
Area 2: Remainder

PLUMAS COUNTY:
Area 1: Western portion
Area 2: Remainder

SHASTA COUNTY:
Area 1: All but the Northeastern corner
Area 2: Remainder

SIERRA COUNTY:
Area 1: Western part
Area 2: Remainder

SISKIYOU COUNTY:
Area 1: Central part
Area 2: Remainder

SONOMA COUNTY:
Area 1: All but the Northwestern corner
Area 2: Reaminder

ATTACHMENT E

W91238-14-R-0001
Attachment 4

TEHAMA COUNTY:
  Area 1: All but the Western border with mendocino & Trinity
  Counties
  Area 2: Remainder

TRINITY COUNTY:
  Area 1: East Central part and the Northeaster border with
  Shasta County
  Area 2: Remainder

TULARE COUNTY;
  Area 1: Remainder
  Area 2: Eastern part

TUOLUMNE COUNTY:
  Area 1: Remainder
  Area 2: Eastern Part

----------------------------------------------------------------
  IRON0377-002 07/01/2013

                        Rates       Fringes

Ironworkers:
  Fence Erector..............$ 26.58       17.74
  Ornamental, Reinforcing
  and Structural.............$ 33.00       26.30

PREMIUM PAY:

$6.00 additional per hour at the following locations:

China Lake Naval Test Station, Chocolate Mountains Naval
Reserve-Niland,
Edwards AFB, Fort Irwin Military Station, Fort Irwin Training
Center-Goldstone, San Clemente Island, San Nicholas Island,
Susanville Federal Prison, 29 Palms - Marine Corps, U.S. Marine
Base - Barstow, U.S. Naval Air Facility - Sealey, Vandenberg AFB

$4.00 additional per hour at the following locations:

Army Defense Language Institute - Monterey, Fallon Air Base,
Naval Post Graduate School - Monterey, Yermo Marine Corps
Logistics Center

$2.00 additional per hour at the following locations:

Port Hueneme, Port Mugu, U.S. Coast Guard Station - Two Rock

----------------------------------------------------------------
  LABO0067-002 12/01/2013

AREA "A" - ALAMEDA, CONTRA COSTA, MARIN, SAN FRANCISCO, SAN
MATEO AND SANTA CLARA COUNTIES

ATTACHMENT E

W91238-14-R-0001
Attachment 4

AREA "B"  -  ALPINE, AMADOR, BUTTE, CALAVERAS, COLUSA, DEL
NORTE, EL DORADO, FRESNO, GLENN, HUMBOLDT, KINGS, LAKE, LASSEN,
MADERA, MARIPOSA, MENDOCINO, MERCED, MODOC, MONTEREY, NAPA,
NEVADA, PLACER, PLUMAS, SACRAMENTO, SAN BENITO, SAN JOAQUIN,
SANTA CRUZ, SHASTA, SIERRA, SISKIYOU, SOLANO, SONOMA,
STANISLAUS, SUTTER, TEHAMA, TRINITY, TULARE, TUOLUMNE, YOLO AND
YUBA COUNTIES

|  | Rates | Fringes |
|---|---|---|
| Asbestos Removal Laborer |  |  |
| Areas A & B..............$ 19.66 | 9.02 | |
| LABORER (Lead Removal) | | |
| Area A.....................$ 27.89 | 19.20 | |
| Area B.....................$ 26.89 | 19.20 | |

ASBESTOS REMOVAL-SCOPE OF WORK: Site mobilization; initial
site clean-up; site preparation; removal of
asbestos-containing materials from walls and ceilings; or
from pipes, boilers and mechanical systems only if they are
being scrapped; encapsulation, enclosure and disposal of
asbestos-containing materials by hand or with equipment or
machinery; scaffolding; fabrication of temporary wooden
barriers; and assembly of decontamination stations.

----------------------------------------------------------------
LABO0067-006 06/28/2010

AREA "A" - ALAMEDA, CONTRA COSTA, MARIN, SAN FRANCISCO, SAN
MATEO AND SANTA CLARA COUNTIES

AREA "B"  -  ALPINE, AMADOR, BUTTE, CALAVERAS, COLUSA, EL
DORADO, FRESNO, GLENN, KINGS, LASSEN, MADERA, MARIPOSA, MERCED,
MODOC, MONTEREY, NAPA, NEVADA, PLACER, PLUMAS, SACRAMENTO, SAN
BENITO, SAN JOAQUIN, SANTA CRUZ, SHASTA, SIERRA, SISKIYOU,
SOLANO, SONOMA, STANISLAUS, SUTTER, TEHAMA, TRINITY, TULARE,
TUOLUMNE, YOLO AND YUBA COUNTIES

|  | Rates | Fringes |
|---|---|---|
| Laborers: (CONSTRUCTION CRAFT | | |
| LABORERS - AREA A:) | | |
| Construction Specialist | | |
| Group.....................$ 27.84 | 15.82 | |
| GROUP 1...................$ 27.14 | 15.82 | |
| GROUP 1-a................$ 27.36 | 15.82 | |
| GROUP 1-c................$ 27.19 | 15.82 | |
| GROUP 1-e................$ 27.69 | 15.82 | |
| GROUP 1-f................$ 27.72 | 15.82 | |
| GROUP 1-g (Contra Costa | | |
| County)...................$ 27.34 | 15.82 | |
| GROUP 2...................$ 26.99 | 15.82 | |
| GROUP 3...................$ 26.89 | 15.82 | |
| GROUP 4...... ...........$ 20.58 | 15.82 | |

ATTACHMENT E

W91238-14-R-0001
Attachment 4

See groups 1-b and 1-d under laborer classifications.
Laborers: (CONSTRUCTION CRAFT
LABORERS - AREA B:)
   Construction Specialist
   Group......................$ 26.84     15.82
   GROUP 1....................$ 26.14     15.82
   GROUP 1-a.................$ 26.36     15.82
   GROUP 1-c.................$ 26.19     15.82
   GROUP 1-e.................$ 26.69     15.82
   GROUP 1-f.................$ 26.72     15.82
   GROUP 2....................$ 25.99     15.82
   GROUP 3....................$ 25.89     15.82
   GROUP 4....................$ 19.58     15.82
See groups 1-b and 1-d under laborer classifications.
Laborers: (GUNITE - AREA A:)
   GROUP 1....................$ 28.10     15.82
   GROUP 2....................$ 27.60     15.82
   GROUP 3....................$ 27.60     15.82
   GROUP 4....................$ 27.60     15.82
Laborers: (GUNITE - AREA B:)
   GROUP 1....................$ 27.10     15.82
   GROUP 2....................$ 26.60     15.82
   GROUP 3....................$ 26.01     15.82
   GROUP 4....................$ 25.89     15.82
Laborers: (WRECKING - AREA A:)
   GROUP 1....................$ 27.14     15.82
   GROUP 2....................$ 26.99     15.82
Laborers: (WRECKING - AREA B:)
   GROUP 1....................$ 26.14     15.82
   GROUP 2....................$ 25.99     15.82
Landscape Laborer (GARDENERS,
HORTICULTURAL & LANDSCAPE
LABORERS - AREA A:)
   (1) New Construction........$ 26.89     15.82
   (2) Establishment Warranty
   Period......................$ 20.58     15.82
Landscape Laborer (GARDENERS,
HORTICULURAL & LANDSCAPE
LABORERS - AREA B:)
   (1) New Construction........$ 25.89     15.82
   (2) Establishment Warranty
   Period......................$ 19.58     15.82

FOOTNOTES:
Laborers working off or with or from bos'n chairs, swinging
scaffolds, belts shall receive $0.25 per hour above the
applicable wage rate.  This shall not apply to workers
entitled to receive the wage rate set forth in Group 1-a
below.

------------------------------------------------------------

LABORER CLASSIFICATIONS

CONSTRUCTION SPECIALIST GROUP: Asphalt ironer and raker;

Chainsaw; Laser beam in connection with laborers' work;
Cast-in- place manhole form setter; Pressure pipelayer;
Davis trencher - 300 or similar type (and all small
trenchers); Blaster; Diamond driller; Multiple unit drill;
Hydraulic drill

GROUP 1: Asphalt spreader boxes (all types); Barko, Wacker
and similar type tampers; Buggymobile; Caulker, bander,
pipewrapper, conduit layer, plastic pipelayer; Certified
hazardous waste worker including Leade Abatement;
Compactors of all types; Concrete and magnesite mixer, 1/2
yd. and under; Concrete pan work; Concrete sander; Concrete
saw; Cribber and/or shoring; Cut granite curb setter;
Dri-pak-it machine; Faller, logloader and bucker; Form
raiser, slip forms; Green cutter; Headerboard, Hubsetter,
aligner, by any method; High pressure blow pipe (1-1/2" or
over, 100 lbs. pressure/over); Hydro seeder and similar
type; Jackhammer operator; Jacking of pipe over 12 inches;
Jackson and similar type compactor; Kettle tender, pot and
worker applying asphalt, lay-kold, creosote, lime, caustic
and similar type materials (applying means applying,
dipping or handling of such materials); Lagging, sheeting,
whaling, bracing, trenchjacking, lagging hammer; Magnesite,
epoxyresin, fiberglass, mastic worker (wet or dry); No
joint pipe and stripping of same, including repair of
voids; Pavement breaker and spader, including tool grinder;
Perma curb; Pipelayer (including grade checking in
connection with pipelaying); Precast-manhole setter;
Pressure pipe tester; Post hole digger, air, gas and
electric; Power broom sweeper; Power tampers of all types
(except as shown in Group 2); Ram set gun and stud gun;
Riprap stonepaver and rock-slinger, including placing of
sacked concrete and/or sand (wet or dry) and gabions and
similar type; Rotary scarifier or multiple head concrete
chipping scarifier; Roto and Ditch Witch; Rototiller;
Sandblaster, pot, gun, nozzle operators; Signalling and
rigging; Tank cleaner; Tree climber; Turbo blaster;
Vibrascreed, bull float in connection with laborers' work;
Vibrator; Hazardous waste worker (lead removal); Asbestos
and mold removal worker

GROUP 1-a: Joy drill model TWM-2A; Gardner-Denver model DH143
and similar type drills; Track driller; Jack leg driller;
Wagon driller; Mechanical drillers, all types regardless of
type or method of power; Mechanical pipe layers, all types
regardless of type or method of power; Blaster and powder;
All work of loading, placing and blasting of all powder and
explosives of whatever type regardless of method used for
such loading and placing; High scalers (including drilling
of same); Tree topper; Bit grinder

GROUP 1-b: Sewer cleaners shall receive $4.00 per day above
Group 1 wage rates. "Sewer cleaner" means any worker who
handles or comes in contact with raw sewage in small
diameter sewers. Those who work inside recently active,
large diameter sewers, and all recently active sewer

W91238-14-R-0001
Attachment 4

manholes shal receive $5.00 per day above Group 1 wage rates.

GROUP 1-c: Burning and welding in connection with laborers' work; Synthetic thermoplastics and similar type welding

GROUP 1-d: Maintenance and repair track and road beds.  All employees performing work covered herein shall receive $ .25 per hour above their regular rate for all work performed on underground structures not specifically covered herein.  This paragraph shall not be construed to apply to work below ground level in open cut.  It shall apply to cut and cover work of subway construction after the temporary cover has been placed.

GROUP 1-e: Work on and/or in bell hole footings and shafts thereof, and work on and in deep footings.  (A deep footing is a hole 15 feet or more in depth.)  In the event the depth of the footing is unknown at the commencement of excavation, and the final depth exceeds 15 feet, the deep footing wage rate would apply to all employees for each and every day worked on or in the excavation of the footing from the date of inception.

GROUP 1-f: Wire winding machine in connection with guniting or shot crete

GROUP 1-g, CONTRA COSTA COUNTY: Pipelayer (including grade checking in connection with pipelaying); Caulker; Bander; Pipewrapper; Conduit layer; Plastic pipe layer; Pressure pipe tester; No joint pipe and stripping of same, including repair of voids; Precast manhole setters, cast in place manhole form setters

GROUP 2: Asphalt shoveler; Cement dumper and handling dry cement or gypsum; Choke-setter and rigger (clearing work); Concrete bucket dumper and chute; Concrete chipping and grinding; Concrete laborer (wet or dry); Driller tender, chuck tender, nipper; Guinea chaser (stake), grout crew; High pressure nozzle, adductor; Hydraulic monitor (over 100 lbs. pressure); Loading and unloading, carrying and hauling of all rods and materials for use in reinforcing concrete construction; Pittsburgh chipper and similar type brush shredders; Sloper; Single foot, hand-held, pneumatic tamper; All pneumatic, air, gas and electric tools not listed in Groups 1 through 1-f; Jacking of pipe - under 12 inches

GROUP 3: Construction laborers, including bridge and general laborer; Dump, load spotter; Flag person; Fire watcher; Fence erector; Guardrail erector; Gardener, horticultural and landscape laborer; Jetting; Limber, brush loader and piler; Pavement marker (button setter); Maintenance, repair track and road beds; Streetcar and railroad construction track laborer; Temporary air and water lines, Victaulic or similar; Tool room attendant (jobsite only)

ATTACHMENT E

GROUP 4: Final clean-up work of debris, grounds and building including but not limited to: street cleaner; cleaning and washing windows; brick cleaner (jobsite only); material cleaner (jobsite only). The classification "material cleaner" is to be utilized under the following conditions:
A: at demolition site for the salvage of the material.
B: at the conclusion of a job where the material is to be salvaged and stocked to be reused on another job.
C: for the cleaning of salvage material at the jobsite or temporary jobsite yard.

The material cleaner classification should not be used in the performance of "form stripping, cleaning and oiling and moving to the next point of erection".

----------------------------------------------------------

GUNITE LABORER CLASSIFICATIONS

GROUP 1: Structural Nozzleman

GROUP 2: Nozzleman, Gunman, Potman, Groundman

GROUP 3: Reboundman

GROUP 4: Gunite laborer

----------------------------------------------------------

WRECKING WORK LABORER CLASSIFICATIONS

GROUP 1: Skilled wrecker (removing and salvaging of sash, windows and materials)

GROUP 2: Semi-skilled wrecker (salvaging of other building materials)

----------------------------------------------------------------

LABO0073-002 07/01/2013

CALAVERAS AND SAN JOAQUIN COUNTIES

|  | Rates | Fringes |
|---|---|---|
| LABORER (TRAFFIC CONTROL/LANE CLOSURE) | | |
| Escort Driver, Flag Person..$ 26.64 | | 18.74 |
| Traffic Control Person I....$ 26.94 | | 18.74 |
| Traffic Control Person II...$ 24.44 | | 18.74 |

TRAFFIC CONTROL PERSON I: Layout of traffic control, crash cushions, construction area and roadside signage.

TRAFFIC CONTROL PERSON II: Installation and removal of temporary/permanent signs, markers, delineators and crash

ATTACHMENT E

W91238-14-R-0001
Attachment 4

cushions.

----------------------------------------------------------------
LABO0073-003 07/01/2013

SAN JOAQUIN COUNTY

|  | Rates | Fringes |
|---|---|---|
| LABORER | | |
| Mason Tender-Brick..........$ 31.70 | 16.53 | |

----------------------------------------------------------------
LABO0073-005 07/01/2013

|  | Rates | Fringes |
|---|---|---|
| Tunnel and Shaft Laborers: | | |
| GROUP 1.....................$ 34.10 | 16.53 | |
| GROUP 2.....................$ 33.87 | 16.53 | |
| GROUP 3.....................$ 33.62 | 16.53 | |
| GROUP 4.....................$ 33.17 | 16.53 | |
| GROUP 5.....................$ 32.63 | 16.53 | |
| Shotcrete Specialist........$ 36.12 | 16.53 | |

TUNNEL AND SHAFT CLASSIFICATIONS

GROUP 1: Diamond driller; Groundmen; Gunite and shotcrete
nozzlemen

GROUP 2: Rodmen; Shaft work & raise (below actual or
excavated ground level)

GROUP 3: Bit grinder; Blaster, driller, powdermen, heading;
Cherry pickermen - where car is lifted; Concrete finisher
in tunnel; Concrete screedman; Grout pumpman and potman;
Gunite & shotcrete gunman & potman; Headermen; High
pressure nozzleman; Miner - tunnel, including top and
bottom man on shaft and raise work; Nipper; Nozzleman on
slick line; Sandblaster - potman, Robotic Shotcrete Placer,
Segment Erector, Tunnel Muck Hauler, Steel Form raiser and
setter; Timberman, retimberman (wood or steel or substitute
materials therefore); Tugger (for tunnel laborer work);
Cable tender; Chuck tender; Powderman - primer house

GROUP 4: Vibrator operator, pavement breaker; Bull gang -
muckers, trackmen; Concrete crew - includes rodding and
spreading, Dumpmen (any method)

GROUP 5: Grout crew; Reboundman; Swamper/ Brakeman

----------------------------------------------------------------
LABO0166-001 07/01/2006

ALAMEDA AND CONTRA COSTA COUNTIES:

|  | Rates | Fringes |
|---|---|---|

ATTACHMENT E

W91238-14-R-0001
Attachment 4

Brick Tender....................$ 25.91      14.65

FOOTNOTES: Work on jobs where heat-protective clothing is
required: $2.00 per hour additional. Work at grinders: $.25
per hour additional. Manhole work: $2.00 per day additional.

----------------------------------------------------------------
LABO0166-002 07/01/2007

SAN FRANCISCO AND SAN MATEO COUNTIES:

                    Rates       Fringes

MASON TENDER, BRICK.............$ 26.93       16.50

FOOTNOTES: Underground work such as sewers, manholes, catch
basins, sewer pipes, telephone conduits, tunnels and cut
trenches: $5.00 per day additional. Work in live sewage:
$2.50 per day additional.

----------------------------------------------------------------
LABO0261-003 07/01/2013

SAN FRANCISCO AND SAN MATEO COUNTIES

                    Rates       Fringes

LABORER (TRAFFIC CONTROL/LANE
CLOSURE)
    Escort Driver, Flag Person..$ 27.64       18.74
    Traffic Control Person I....$ 27.94       18.74
    Traffic Control Person II...$ 25.44       18.74

TRAFFIC CONTROL PERSON I: Layout of traffic control, crash
cushions, construction area and roadside signage.

TRAFFIC CONTROL PERSON II: Installation and removal of
temporary/permanent signs, markers, delineators and crash
cushions.

----------------------------------------------------------------
LABO0261-005 07/01/2013

SAN FRANCISCO AND SAN MATEO COUNTIES

                    Rates       Fringes

Tunnel and Shaft Laborers:
    GROUP 1.....................$ 34.10       16.53
    GROUP 2.....................$ 33.87       16.53
    GROUP 3.....................$ 33.62       16.53
    GROUP 4.....................$ 33.17       16.53
    GROUP 5.....................$ 32.63       16.53
    Shotcrete Specialist........$ 36.12       16.53

ATTACHMENT E

W91238-14-R-0001
Attachment 4

TUNNEL AND SHAFT CLASSIFICATIONS

GROUP 1: Diamond driller; Groundmen; Gunite and shotcrete nozzlemen

GROUP 2: Rodmen; Shaft work & raise (below actual or excavated ground level)

GROUP 3: Bit grinder; Blaster, driller, powdermen, heading; Cherry pickermen - where car is lifted; Concrete finisher in tunnel; Concrete screedman; Grout pumpman and potman; Gunite & shotcrete gunman & potman; Headermen; High pressure nozzleman; Miner - tunnel, including top and bottom man on shaft and raise work; Nipper; Nozzleman on slick line; Sandblaster - potman, Robotic Shotcrete Placer, Segment Erector, Tunnel Muck Hauler, Steel Form raiser and setter; Timberman, retimberman (wood or steel or substitute materials therefore); Tugger (for tunnel laborer work); Cable tender; Chuck tender; Powderman - primer house

GROUP 4: Vibrator operator, pavement breaker; Bull gang - muckers, trackmen; Concrete crew - includes rodding and spreading, Dumpmen (any method)

GROUP 5: Grout crew; Reboundman; Swamper/ Brakeman

----------------------------------------------------------------

LABO0270-003 07/01/2013

AREA A: SANTA CLARA

AREA B: MONTEREY, SAN BENITO AND SANTA CRUZ COUNTIES

|  | Rates | Fringes |
|---|---|---|
| LABORER (TRAFFIC CONTROL/LANE CLOSURE) | | |
| Escort Driver, Flag Person | | |
| Area A | $ 27.64 | 18.74 |
| Area B | $ 26.64 | 18.74 |
| Traffic Control Person I | | |
| Area A | $ 27.94 | 18.74 |
| Area B | $ 26.94 | 18.74 |
| Traffic Control Person II | | |
| Area A | $ 25.44 | 18.74 |
| Area B | $ 24.44 | 18.74 |

TRAFFIC CONTROL PERSON I: Layout of traffic control, crash cushions, construction area and roadside signage.

TRAFFIC CONTROL PERSON II: Installation and removal of temporary/permanent signs, markers, delineators and crash cushions.

----------------------------------------------------------------

ATTACHMENT E

W91238-14-R-0001
Attachment 4

LABO0270-004 07/01/2013

MONTEREY, SAN BENITO, SANTA CLARA, AND SANTA CRUZ COUNTIES

                    Rates        Fringes

Tunnel and Shaft Laborers:
    GROUP 1......................$ 34.10        16.53
    GROUP 2......................$ 33.87        16.53
    GROUP 3......................$ 33.62        16.53
    GROUP 4......................$ 33.17        16.53
    GROUP 5......................$ 32.63        16.53
    Shotcrete Specialist........$ 36.12        16.53

TUNNEL AND SHAFT CLASSIFICATIONS

  GROUP 1: Diamond driller; Groundmen; Gunite and shotcrete
  nozzlemen

  GROUP 2: Rodmen; Shaft work & raise (below actual or
  excavated ground level)

  GROUP 3: Bit grinder; Blaster, driller, powdermen, heading;
  Cherry pickermen - where car is lifted; Concrete finisher
  in tunnel; Concrete screedman; Grout pumpman and potman;
  Gunite & shotcrete gunman & potman; Headermen; High
  pressure nozzleman; Miner - tunnel, including top and
  bottom man on shaft and raise work; Nipper; Nozzleman on
  slick line; Sandblaster - potman, Robotic Shotcrete Placer,
  Segment Erector, Tunnel Muck Hauler, Steel Form raiser and
  setter; Timberman, retimberman (wood or steel or substitute
  materials therefore); Tugger (for tunnel laborer work);
  Cable tender; Chuck tender; Powderman - primer house

  GROUP 4: Vibrator operator, pavement breaker; Bull gang -
  muckers, trackmen; Concrete crew - includes rodding and
  spreading, Dumpmen (any method)

  GROUP 5: Grout crew; Reboundman; Swamper/ Brakeman

----------------------------------------------------------------
LABO0270-005 07/01/2013

MONTEREY AND SAN BENITO COUNTIES

                    Rates        Fringes

LABORER
    Mason Tender-Brick..........$ 31.70        16.53
----------------------------------------------------------------
LABO0294-001 07/01/2013

FRESNO, KINGS AND MADERA COUNTIES

                    Rates        Fringes

ATTACHMENT E

W91238-14-R-0001
Attachment 4

LABORER (Brick)
    Mason Tender-Brick..........$ 31.52     16.53

----------------------------------------------------------------

LABO0294-002 07/01/2013

FRESNO, KINGS, AND MADERA COUNTIES

              Rates     Fringes

LABORER (TRAFFIC CONTROL/LANE
CLOSURE)
    Escort Driver, Flag Person..$ 26.64    18.74
    Traffic Control Person I....$ 26.94    18.74
    Traffic Control Person II...$ 24.44    18.74

  TRAFFIC CONTROL PERSON I: Layout of traffic control, crash
  cushions, construction area and roadside signage.

  TRAFFIC CONTROL PERSON II: Installation and removal of
  temporary/permanent signs, markers, delineators and crash
  cushions.

----------------------------------------------------------------

LABO0294-005 07/01/2013

FRESNO, KINGS, AND MADERA COUNTIES

              Rates     Fringes

Tunnel and Shaft Laborers:
    GROUP 1.....................$ 34.10    16.53
    GROUP 2.....................$ 33.87    16.53
    GROUP 3.....................$ 33.62    16.53
    GROUP 4.....................$ 33.17    16.53
    GROUP 5.....................$ 32.63    16.53
    Shotcrete Specialist........$ 36.12    16.53

TUNNEL AND SHAFT CLASSIFICATIONS

  GROUP 1: Diamond driller; Groundmen; Gunite and shotcrete
  nozzlemen

  GROUP 2: Rodmen; Shaft work & raise (below actual or
  excavated ground level)

  GROUP 3: Bit grinder; Blaster, driller, powdermen, heading;
  Cherry pickermen - where car is lifted; Concrete finisher
  in tunnel; Concrete screedman; Grout pumpman and potman;
  Gunite & shotcrete gunman & potman; Headermen; High
  pressure nozzleman; Miner - tunnel, including top and
  bottom man on shaft and raise work; Nipper; Nozzleman on
  slick line; Sandblaster - potman, Robotic Shotcrete Placer,
  Segment Erector, Tunnel Muck Hauler, Steel Form raiser and
  setter; Timberman, retimberman (wood or steel or substitute
  materials therefore); Tugger (for tunnel laborer work);
  Cable tender; Chuck tender; Powderman - primer house

ATTACHMENT E

W91238-14-R-0001
Attachment 4

GROUP 4: Vibrator operator, pavement breaker; Bull gang -
muckers, trackmen; Concrete crew - includes rodding and
spreading, Dumpmen (any method)

GROUP 5: Grout crew; Reboundman; Swamper/ Brakeman

----------------------------------------------------------------
LABO0304-002 07/01/2013

ALAMEDA COUNTY

                    Rates       Fringes

LABORER (TRAFFIC CONTROL/LANE
CLOSURE)
    Escort Driver, Flag Person..$ 27.64      18.74
    Traffic Control Person I....$ 27.94      18.74
    Traffic Control Person II...$ 25.44      18.74

TRAFFIC CONTROL PERSON I: Layout of traffic control, crash
cushions, construction area and roadside signage.

TRAFFIC CONTROL PERSON II: Installation and removal of
temporary/permanent signs, markers, delineators and crash
cushions.

----------------------------------------------------------------
LABO0304-003 07/01/2013

ALAMEDA COUNTY

                    Rates       Fringes

Tunnel and Shaft Laborers:
    GROUP 1.....................$ 34.10      16.53
    GROUP 2.....................$ 33.87      16.53
    GROUP 3.....................$ 33.62      16.53
    GROUP 4.....................$ 33.17      16.53
    GROUP 5.....................$ 32.63      16.53
    Shotcrete Specialist........$ 36.12      16.53

TUNNEL AND SHAFT CLASSIFICATIONS

GROUP 1: Diamond driller; Groundmen; Gunite and shotcrete
nozzlemen

GROUP 2: Rodmen; Shaft work & raise (below actual or
excavated ground level)

GROUP 3: Bit grinder; Blaster, driller, powdermen, heading;
Cherry pickermen - where car is lifted; Concrete finisher
in tunnel; Concrete screedman; Grout pumpman and potman;
Gunite & shotcrete gunman & potman; Headermen; High
pressure nozzleman; Miner - tunnel, including top and
bottom man on shaft and raise work; Nipper; Nozzleman on

W91238-14-R-0001
Attachment 4

slick line; Sandblaster - potman, Robotic Shotcrete Placer,
Segment Erector, Tunnel Muck Hauler, Steel Form raiser and
setter; Timberman, retimberman (wood or steel or substitute
materials therefore); Tugger (for tunnel laborer work);
Cable tender; Chuck tender; Powderman - primer house

GROUP 4: Vibrator operator, pavement breaker; Bull gang -
muckers, trackmen; Concrete crew - includes rodding and
spreading, Dumpmen (any method)

GROUP 5: Grout crew; Reboundman; Swamper/ Brakeman

----------------------------------------------------------------
LABO0324-002 07/01/2013

CONTRA COSTA COUNTY

|  | Rates | Fringes |
|---|---|---|

LABORER (TRAFFIC CONTROL/LANE
CLOSURE)

| | Rates | Fringes |
|---|---|---|
| Escort Driver, Flag Person.. | $ 27.64 | 18.74 |
| Traffic Control Person I.... | $ 27.94 | 18.74 |
| Traffic Control Person II... | $ 25.44 | 18.74 |

TRAFFIC CONTROL PERSON I: Layout of traffic control, crash
cushions, construction area and roadside signage.

TRAFFIC CONTROL PERSON II: Installation and removal of
temporary/permanent signs, markers, delineators and crash
cushions.

----------------------------------------------------------------
LABO0324-006 07/01/2013

CONTRA COSTA COUNTY

|  | Rates | Fringes |
|---|---|---|

Tunnel and Shaft Laborers:

| | Rates | Fringes |
|---|---|---|
| GROUP 1..................... | $ 34.10 | 16.53 |
| GROUP 2..................... | $ 33.87 | 16.53 |
| GROUP 3..................... | $ 33.62 | 16.53 |
| GROUP 4..................... | $ 33.17 | 16.53 |
| GROUP 5..................... | $ 32.63 | 16.53 |
| Shotcrete Specialist........ | $ 36.12 | 16.53 |

TUNNEL AND SHAFT CLASSIFICATIONS

GROUP 1: Diamond driller; Groundmen; Gunite and shotcrete
nozzlemen

GROUP 2: Rodmen; Shaft work & raise (below actual or
excavated ground level)

GROUP 3: Bit grinder; Blaster, driller, powdermen, heading;

ATTACHMENT E

W91238-14-R-0001
Attachment 4

Cherry pickermen - where car is lifted; Concrete finisher in tunnel; Concrete screedman; Grout pumpman and potman; Gunite & shotcrete gunman & potman; Headermen; High pressure nozzleman; Miner - tunnel, including top and bottom man on shaft and raise work; Nipper; Nozzleman on slick line; Sandblaster - potman, Robotic Shotcrete Placer, Segment Erector, Tunnel Muck Hauler, Steel Form raiser and setter; Timberman, retimberman (wood or steel or substitute materials therefore); Tugger (for tunnel laborer work); Cable tender; Chuck tender; Powderman - primer house

GROUP 4: Vibrator operator, pavement breaker; Bull gang - muckers, trackmen; Concrete crew - includes rodding and spreading, Dumpmen (any method)

GROUP 5: Grout crew; Reboundman; Swamper/ Brakeman

----------------------------------------------------------------
LABO1130-002 07/01/2013

MARIPOSA, MERCED, STANISLAUS, AND TUOLUMNE COUNTIES

|  | Rates | Fringes |
|---|---|---|
| LABORER (TRAFFIC CONTROL/LANE CLOSURE) | | |
| Escort Driver, Flag Person..$ 26.64 | | 18.74 |
| Traffic Control Person I....$ 26.94 | | 18.74 |
| Traffic Control Person II...$ 24.44 | | 18.74 |

TRAFFIC CONTROL PERSON I: Layout of traffic control, crash cushions, construction area and roadside signage.

TRAFFIC CONTROL PERSON II: Installation and removal of temporary/permanent signs, markers, delineators and crash cushions.

----------------------------------------------------------------
LABO1130-003 07/01/2013

MARIPOSA, MERCED, STANISLAUS, AND TUOLUMNE COUNTIES

|  | Rates | Fringes |
|---|---|---|
| Tunnel and Shaft Laborers: | | |
| GROUP 1.....................$ 34.10 | | 16.53 |
| GROUP 2.....................$ 33.87 | | 16.53 |
| GROUP 3.....................$ 33.62 | | 16.53 |
| GROUP 4.....................$ 33.17 | | 16.53 |
| GROUP 5.....................$ 32.63 | | 16.53 |
| Shotcrete Specialist........$ 36.12 | | 16.53 |

TUNNEL AND SHAFT CLASSIFICATIONS

GROUP 1: Diamond driller; Groundmen; Gunite and shotcrete nozzlemen

ATTACHMENT E

W91238-14-R-0001
Attachment 4

GROUP 2: Rodmen; Shaft work & raise (below actual or excavated ground level)

GROUP 3: Bit grinder; Blaster, driller, powdermen, heading; Cherry pickermen - where car is lifted; Concrete finisher in tunnel; Concrete screedman; Grout pumpman and potman; Gunite & shotcrete gunman & potman; Headermen; High pressure nozzleman; Miner - tunnel, including top and bottom man on shaft and raise work; Nipper; Nozzleman on slick line; Sandblaster - potman, Robotic Shotcrete Placer, Segment Erector, Tunnel Muck Hauler, Steel Form raiser and setter; Timberman, retimberman (wood or steel or substitute materials therefore); Tugger (for tunnel laborer work); Cable tender; Chuck tender; Powderman - primer house

GROUP 4: Vibrator operator, pavement breaker; Bull gang - muckers, trackmen; Concrete crew - includes rodding and spreading, Dumpmen (any method)

GROUP 5: Grout crew; Reboundman; Swamper/ Brakeman

----------------------------------------------------------------
LABO1130-005 07/01/2013

MARIPOSA, MERCED, STANISLAUS AND TUOLUMNE COUNTIES

|  | Rates | Fringes |
|---|---|---|
| LABORER |  |  |
| Mason Tender-Brick..........$ 31.70 | | 16.53 |

----------------------------------------------------------------
LABO1414-004 08/07/2013

SAN FRANCISCO AND SAN MATEO COUNTIES:

|  | Rates | Fringes |
|---|---|---|
| PLASTER TENDER...................$ 30.00 | | 16.36 |

Work on a swing stage scaffold: $1.00 per hour additional.
----------------------------------------------------------------
LABO1414-007 08/07/2013

CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, SAN JOAQUIN, STANISLAUS & TUOLUMNE

|  | Rates | Fringes |
|---|---|---|
| Plasterer tender.................$ 30.00 | | 16.36 |

Work on a swing stage scaffold: $1.00 per hour additional.
----------------------------------------------------------------
LABO1414-008 08/07/2013

ATTACHMENT E

ALAMEDA AND CONTRA COSTA COUNTIES:

|  | Rates | Fringes |
|---|---|---|
| Plasterer tender.................$ 30.00 | 16.36 |

Work on a swing stage scaffold: $1.00 per hour additional.
----------------------------------------------------------------
  LABO1414-010 08/07/2013

SANTA CLARA AND SANTA CRUZ COUNTIES

|  | Rates | Fringes |
|---|---|---|

PLASTER TENDER
    4 Stories and under.........$ 28.00        16.36
    5 Stories and above.........$ 30.00        16.36

Work on a swing stage scaffold: $1.00 per hour additional.
----------------------------------------------------------------
  LABO1414-011 08/07/2013

MONTEREY AND SAN BENITO COUNTIES

|  | Rates | Fringes |
|---|---|---|

Plasterer tender.................$ 30.00        16.36

Work on a swing stage scaffold: $1.00 per hour additional.
----------------------------------------------------------------
  PAIN0016-001 01/01/2013

ALAMEDA, CONTRA COSTA, MONTEREY, SAN BENITO, SAN MATEO, SANTA CLARA, AND SANTA CRUZ COUNTIES

|  | Rates | Fringes |
|---|---|---|

Painters:........................$ 33.86        20.26

PREMIUMS:

EXOTIC MATERIALS - $0.75 additional per hour.
SPRAY WORK: - $0.50 additional per hour.
INDUSTRIAL PAINTING - $0.25 additional per hour
  [Work on industrial buildings used for the manufacture and
  processing of goods for sale or service; steel construction
  (bridges), stacks, towers, tanks, and similar structures]

HIGH WORK:
over 50 feet - $2.00 per hour additional
100 to 180 feet - $4.00 per hour additional
Over 180 feet - $6.00 per hour additional

----------------------------------------------------------------
  PAIN0016-003 01/01/2013

ATTACHMENT E

W91238-14-R-0001
Attachment 4

AREA 1: ALAMEDA, CONTRA COSTA, SAN FRANCISCO, SAN MATEO & SANTA CLARA COUNTIES

AREA 2: CALAVERAS, MARIPOA, MERCED, MONTEREY, SAN BENITO, SAN JOAQUIN, SANTA CRUZ, STANISLAUS & TUOLUMNE COUNTIES

|  | Rates | Fringes |
|---|---|---|
| Drywall Finisher/Taper |  |  |
| AREA 1......................$ 40.37 | | 20.07 |
| AREA 2......................$ 36.24 | | 18.67 |

----------------------------------------------------------------
 PAIN0016-012 01/01/2013

ALAMEDA, CONTRA COSTA, MARIPOSA, MERCED, MONTEREY, SAN BENITO, SAN FRANCISCO, SAN MATEO, SANTA CLARA AND SANTA CRUZ COUNTIES

|  | Rates | Fringes |
|---|---|---|
| SOFT FLOOR LAYER.................$ 44.87 | | 17.98 |

----------------------------------------------------------------
 PAIN0016-015 01/01/2013

CALAVERAS, MARIPOSA, MERCED, SAN JOAQUIN, STANISLAUS & TUOLUMNE COUNTIES

|  | Rates | Fringes |
|---|---|---|
| PAINTER |  |  |
| Brush.......................$ 29.06 | | 15.98 |

FOOTNOTES:
SPRAY/SANDBLAST: $0.50 additional per hour.
EXOTIC MATERIALS: $1.00 additional per hour.
  HIGH TIME:  Over 50 ft above ground or water level $2.00
  additional per hour.  100 to 180 ft above ground or water
  level $4.00 additional per hour.  Over 180 ft above ground
  or water level $6.00 additional per hour.

----------------------------------------------------------------
 PAIN0016-022 01/01/2013

SAN FRANCISCO COUNTY

|  | Rates | Fringes |
|---|---|---|
| PAINTER..........................$ 37.48 | | 20.26 |

----------------------------------------------------------------
 PAIN0169-001 01/01/2013

FRESNO, KINGS, MADERA, MARIPOSA AND MERCED COUNTIES:

ATTACHMENT E

|  | Rates | Fringes |
|---|---|---|
| GLAZIER...........................$ 32.48 | | 18.20 |

-------------------------------------------------------------
PAIN0169-005 01/01/2013

ALAMEDA CONTRA COSTA, MONTEREY, SAN BENITO, SAN FRANCISCO, SAN
MATEO, SANTA CLARA & SANTA CRUZ COUNTIES

|  | Rates | Fringes |
|---|---|---|
| GLAZIER...........................$ 41.88 | | 21.59 |

-------------------------------------------------------------
PAIN0294-004 01/01/2013

FRESNO, KINGS AND MADERA COUNTIES

|  | Rates | Fringes |
|---|---|---|
| PAINTER | | |
| Brush, Roller...............$ 25.67 | | 15.63 |
| Drywall Finisher/Taper......$ 30.47 | | 16.81 |

FOOTNOTE:
  Spray Painters & Paperhangers recive $1.00 additional per
  hour. Painters doing Drywall Patching receive $1.25
  additional per hour.  Lead Abaters & Sandblasters receive
  $1.50 additional per hour.  High Time - over 30 feet (does
  not include work from a lift) $0.75 per hour additional.

-------------------------------------------------------------
PAIN0294-005 01/01/2013

FRESNO, KINGS & MADERA

|  | Rates | Fringes |
|---|---|---|
| SOFT FLOOR LAYER.................$ 27.83 | | 15.40 |

-------------------------------------------------------------
PAIN0767-001 01/01/2013

CALAVERAS, SAN JOAQUIN, STANISLAUS AND TUOLUMNE COUNTIES:

|  | Rates | Fringes |
|---|---|---|
| GLAZIER...........................$ 32.24 | | 19.88 |

  PAID HOLIDAYS: New Year's Day, Martin Luther King, Jr. Day,
  President's Day, Memorial Day, Independence Day, Labor Day,
  Veteran's Day, Thanksgiving Day, and Christmas Day.

  Employee rquired to wear a body harness shall receive $1.50
  per hour above the basic hourly rate at any elevation.

-------------------------------------------------------------

ATTACHMENT E

W91238-14-R-0001
Attachment 4

PAIN1176-001 07/01/2013

HIGHWAY IMPR0VEMENT

|  | Rates | Fringes |
|---|---|---|

Parking Lot Striping/Highway
Marking:

| | Rates | Fringes |
|---|---|---|
| GROUP 1......................$ 28.27 | | 11.65 |
| GROUP 2......................$ 28.60 | | 11.65 |
| GROUP 3......................$ 26.96 | | 11.65 |

CLASSIFICATIONS

GROUP 1: Striper: Layout and application of painted traffic
stripes and marking; hot thermo plastic; tape, traffic
stripes and markings

GROUP 2: Gamecourt & Playground Installer

GROUP 3: Protective Coating, Pavement Sealing

----------------------------------------------------------------
PAIN1237-003 01/01/2013

CALAVERAS; SAN JOAQUIN COUNTIES; STANISLAUS AND TUOLUMNE
COUNTIES:

|  | Rates | Fringes |
|---|---|---|
| SOFT FLOOR LAYER................$ 28.25 | | 16.73 |

----------------------------------------------------------------
PLAS0066-002 08/01/2011

ALAMEDA, CONTRA COSTA, SAN MATEO AND SAN FRANCISCO COUNTIES:

|  | Rates | Fringes |
|---|---|---|
| PLASTERER.......................$ 33.13 | | 24.64 |

----------------------------------------------------------------
PLAS0300-001 07/01/2009

|  | Rates | Fringes |
|---|---|---|

PLASTERER

| | Rates | Fringes |
|---|---|---|
| AREA 188:  Fresno...........$ 29.72 | | 14.21 |
| AREA 224:  San Benito, | | |
| Santa Clara, Santa Cruz.....$ 34.22 | | 14.08 |
| AREA 295:  Calaveras & San | | |
| Joaquin Couonties...........$ 32.82 | | 15.10 |
| AREA 337:  Monterey County..$ 31.01 | | 13.93 |
| AREA 429:  Mariposa, | | |
| Merced, Stanislaus, | | |
| Tuolumne Counties...........$ 32.82 | | 15.30 |

ATTACHMENT E

W91238-14-R-0001
Attachment 4

PLAS0300-005 06/28/2010

|  | Rates | Fringes |
|---|---|---|
| CEMENT MASON/CONCRETE FINISHER...$ 28.65 | | 18.56 |

----------------------------------------------------------------

PLUM0038-001 07/01/2013

SAN FRANCISCO COUNTY

|  | Rates | Fringes |
|---|---|---|

PLUMBER (Plumber,
Steamfitter, Refrigeration
Fitter)..........................$ 62.00        42.39

----------------------------------------------------------------

PLUM0038-005 07/01/2013

SAN FRANCISCO COUNTY

|  | Rates | Fringes |
|---|---|---|

Landscape/Irrigation Fitter
(Underground/Utility Fitter).....$ 52.70        31.45

----------------------------------------------------------------

PLUM0062-001 01/01/2014

MONTEREY AND SANTA CRUZ COUNTIES

|  | Rates | Fringes |
|---|---|---|
| PLUMBER & STEAMFITTER............$ 41.05 | | 24.89 |

----------------------------------------------------------------

PLUM0159-001 07/01/2013

CONTRA COSTA COUNTY

|  | Rates | Fringes |
|---|---|---|

Plumber and steamfitter
    (1) Refrigeration...........$ 50.78        31.34
    (2) All other work..........$ 51.78        31.34

----------------------------------------------------------------

PLUM0246-001 01/01/2014

FRESNO, KINGS & MADERA COUNTIES

|  | Rates | Fringes |
|---|---|---|
| PLUMBER & STEAMFITTER............$ 36.65 | | 25.14 |

----------------------------------------------------------------

PLUM0246-004 07/01/2013

FRESNO, MERCED & SAN JOAQUIN COUNIES

|  | Rates | Fringes |
|---|---|---|

ATTACHMENT E

W91238-14-R-0001
Attachment 4

PLUMBER (PIPE TRADESMAN)........$ 13.00        9.77

PIPE TRADESMAN SCOPE OF WORK:
    Installation of corrugated metal piping for drainage, as well
as installation of corrugated metal piping for culverts in
connection with storm sewers and drains; Grouting, dry
packing and diapering of joints, holes or chases including
paving over joints, in piping; Temporary piping for dirt
work for building site preparation; Operating jack hammers,
pavement breakers, chipping guns, concrete saws and spades
to cut holes, chases and channels for piping systems;
Digging, grading, backfilling and ground preparation for
all types of pipe to all points of the jobsite; Ground
preparation including ground leveling, layout and planting
of shrubbery, trees and ground cover, including watering,
mowing, edging, pruning and fertilizing, the breaking of
concrete, digging, backfilling and tamping for the
preparation and completion of all work in connection with
lawn sprinkler and landscaping; Loading, unloading and
distributing materials at jobsite; Putting away materials
in storage bins in jobsite secure storage area; Demolition
of piping and fixtures for remodeling and additions;
Setting up and tearing down work benches, ladders and job
shacks; Clean-up and sweeping of jobsite; Pipe wrapping and
waterproofing where tar or similar material is applied for
protection of buried piping; Flagman

----------------------------------------------------------------
  PLUM0342-001 07/01/2013

ALAMEDA & CONTRA COSTA  COUNTIES

                    Rates      Fringes

PIPEFITTER
    CONTRA COSTA COUNTY........$ 53.71        34.19
PLUMBER, PIPEFITTER,
STEAMFITTER
    ALAMEDA COUNTY..............$ 53.71        34.19
----------------------------------------------------------------
  PLUM0355-004 07/01/2013

ALAMEDA, CALAVERAS, CONTRA COSTA, FRESNO, KINGS, MADERA,
MARIPOSA, MERCED, MONTEREY, SAN BENITO, SAN JOAQUIN, SAN MATEO,
SANTA CLARA, SANTA CRUZ, STANISLAUS, AND TUOLUMNE COUNTIES:

                    Rates      Fringes

Underground Utility Worker
    /Landscape Fitter...........$ 28.55        8.30
----------------------------------------------------------------
  PLUM0393-001 07/01/2013

SAN BENITO AND SANTA CLARA COUNTIES

ATTACHMENT E

W91238-14-R-0001
Attachment 4

|  | Rates | Fringes |
|---|---|---|
| PLUMBER/PIPEFITTER...............$ 57.41 | | 30.08 |

------------------------------------------------------------

PLUM0442-001 01/01/2014

CALAVERAS, MARIPOSA, MERCED, SAN JOAQUIN, STANISLAUS & TUOLUMNE
COUNTIES

|  | Rates | Fringes |
|---|---|---|
| PLUMBER & STEAMFITTER............$ 35.00 | | 24.99 |

------------------------------------------------------------

PLUM0467-001 07/01/2013

SAN MATEO COUNTY

|  | Rates | Fringes |
|---|---|---|
| Plumber/Pipefitter/Steamfitter...$ 56.45 | | 29.66 |

------------------------------------------------------------

ROOF0027-002 01/01/2014

FRESNO, KINGS, AND MADERA COUNTIES

|  | Rates | Fringes |
|---|---|---|
| ROOFER..........................$ 24.47 | | 13.30 |

FOOTNOTE: Work with pitch, pitch base of pitch impregnated
products or any material containing coal tar pitch, on any
building old or new, where both asphalt and pitchers are
used in the application of a built-up roof or tear off:
$2.00 per hour additional.

------------------------------------------------------------

ROOF0040-002 08/01/2012

SAN FRANCISCO & SAN MATEO COUNTIES:

|  | Rates | Fringes |
|---|---|---|
| ROOFER..........................$ 33.61 | | 12.37 |

------------------------------------------------------------

ROOF0081-001 08/01/2011

ALAMEDA AND CONTRA COSTA COUNTIES:

|  | Rates | Fringes |
|---|---|---|
| Roofer..........................$ 33.16 | | 10.90 |

------------------------------------------------------------

ROOF0081-004 08/01/2012

ATTACHMENT E

W91238-14-R-0001
Attachment 4

CALAVERAS, MARIPOSA, MERCED, SAN JOAQUIN, STANISLAUS AND
TUOLUMNE COUNTIES:

|  | Rates | Fringes |
|---|---|---|
| ROOFER | $ 29.99 | 11.82 |

----------------------------------------------------------------
ROOF0095-002 08/01/2012

MONTEREY, SAN BENITO, SANTA CLARA, AND SANTA CRUZ COUNTIES:

|  | Rates | Fringes |
|---|---|---|
| ROOFER |  |  |
| Journeyman | $ 36.62 | 13.16 |
| Kettle person (2 kettles); Bitumastic, Enameler, Coal Tar, Pitch and Mastic worker | $ 38.62 | 13.16 |

----------------------------------------------------------------
SFCA0483-001 01/01/2014

ALAMEDA, CONTRA COSTA, SAN FRANCISCO, SAN MATEO AND SANTA CLARA
COUNTIES:

|  | Rates | Fringes |
|---|---|---|
| SPRINKLER FITTER (FIRE) | $ 52.42 | 25.62 |

----------------------------------------------------------------
SFCA0669-011 07/01/2013

CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, MONTEREY,
SAN BENITO, SAN JOAQUIN, SANTA CRUZ, STANISLAUS AND TUOLUMNE
COUNTIES:

|  | Rates | Fringes |
|---|---|---|
| SPRINKLER FITTER | $ 32.98 | 19.35 |

----------------------------------------------------------------
SHEE0104-001 07/01/2013

AREA 1: ALAMEDA, CONTRA COSTA, SAN FRANCISCO, SAN MATEO, SANTA
CLARA

AREA 2: MONTEREY & SAN BENITO

AREA 3: SANTA CRUZ

|  | Rates | Fringes |
|---|---|---|
| SHEET METAL WORKER |  |  |
| AREA 1: |  |  |

ATTACHMENT E

Mechanical Contracts
  under $200,000.............$ 51.30        35.96
  All Other Work.............$ 52.80        34.46
  AREA 2......................$ 40.26        27.56
  AREA 3......................$ 42.66        27.16
----------------------------------------------------------------
SHEE0104-003 07/01/2013

CALAVERAS AND SAN JOAQUIN COUNTIES:

              Rates      Fringes

SHEET METAL WORKER...............$ 35.87        26.88
----------------------------------------------------------------
SHEE0104-005 07/01/2013

MARIPOSA, MERCED, STANISLAUS AND TUOLUMNE COUNTIES:

              Rates      Fringes

SHEET METAL WORKER (Excluding
metal deck and siding)...........$ 35.57        29.36
----------------------------------------------------------------
SHEE0104-007 07/01/2013

FRESNO, KINGS, AND MADERA COUNTIES:

              Rates      Fringes

SHEET METAL WORKER...............$ 34.49        29.66
----------------------------------------------------------------
SHEE0104-015 07/01/2013

ALAMEDA, CONTRA COSTA, MONTEREY, SAN BENITO, SAN FRANCISCO, SAN
MATEO, SANTA CLARA AND SANTA CRUZ COUNTIES:

              Rates      Fringes

SHEET METAL WORKER (Metal
Decking and Siding only).........$ 52.80        34.46
----------------------------------------------------------------
SHEE0104-018 07/01/2013

CALAVERAS, FRESNO, KINGS, MADERA, MARIPOSA, MERCED, SAN
JOAQUIN, STANISLAUS AND TUOLUMNE COUNTIES:

              Rates      Fringes

Sheet metal worker (Metal
decking and siding only).........$ 35.87        26.88
----------------------------------------------------------------
TEAM0094-001 06/01/2014

              Rates      Fringes

ATTACHMENT E

W91238-14-R-0001
Attachment 4

Truck drivers:

| | | |
|---|---|---|
| GROUP 1 | $ 27.44 | 24.03 |
| GROUP 2 | $ 27.74 | 24.03 |
| GROUP 3 | $ 28.04 | 24.03 |
| GROUP 4 | $ 28.39 | 24.03 |
| GROUP 5 | $ 28.74 | 24.03 |

FOOTNOTES:

Articulated dump truck; Bulk cement spreader (with or without auger); Dumpcrete truck; Skid truck (debris box); Dry pre-batch concrete mix trucks; Dumpster or similar type; Slurry truck: Use dump truck yardage rate.
Heater planer; Asphalt burner; Scarifier burner; Industrial lift truck (mechanical tailgate); Utility and clean-up truck: Use appropriate rate for the power unit or the equipment utilized.

TRUCK DRIVER CLASSIFICATIONS

GROUP 1: Dump trucks, under 6 yds.; Single unit flat rack (2-axle unit); Nipper truck (when flat rack truck is used appropriate flat rack shall apply); Concrete pump truck (when flat rack truck is used appropriate flat rack shall apply); Concrete pump machine; Fork lift and lift jitneys; Fuel and/or grease truck driver or fuel person; Snow buggy; Steam cleaning; Bus or personhaul driver; Escort or pilot car driver; Pickup truck; Teamster oiler/greaser and/or serviceperson; Hook tender (including loading and unloading); Team driver; Tool room attendant (refineries)

GROUP 2: Dump trucks, 6 yds. and under 8 yds.; Transit mixers, through 10 yds.; Water trucks, under 7,000 gals.; Jetting trucks, under 7,000 gals.; Single-unit flat rack (3-axle unit); Highbed heavy duty transport; Scissor truck; Rubber-tired muck car (not self-loaded); Rubber-tired truck jumbo; Winch truck and "A" frame drivers; Combination winch truck with hoist; Road oil truck or bootperson; Buggymobile; Ross, Hyster and similar straddle carriers; Small rubber-tired tractor

GROUP 3: Dump trucks, 8 yds. and including 24 yds.; Transit mixers, over 10 yds.; Water trucks, 7,000 gals. and over; Jetting trucks, 7,000 gals. and over; Vacuum trucks under 7500 gals. Trucks towing tilt bed or flat bed pull trailers; Lowbed heavy duty transport; Heavy duty transport tiller person; Self- propelled street sweeper with self-contained refuse bin; Boom truck - hydro-lift or Swedish type extension or retracting crane; P.B. or similar type self-loading truck; Tire repairperson; Combination bootperson and road oiler; Dry distribution truck (A bootperson when employed on such equipment, shall receive the rate specified for the classification of road oil trucks or bootperson); Ammonia nitrate distributor, driver and mixer; Snow Go and/or plow

GROUP 4: Dump trucks, over 25 yds. and under 65 yds.; Water
pulls - DW 10's, 20's, 21's and other similar equipment
when pulling Aqua/pak or water tank trailers; Helicopter
pilots (when transporting men and materials); Lowbedk Heavy
Duty Transport up to including 7 axles; DW10's, 20's, 21's
and other similar Cat type, Terra Cobra, LeTourneau Pulls,
Tournorocker, Euclid and similar type equipment when
pulling fuel and/or grease tank trailers or other
miscellaneous trailers; Vacuum Trucks 7500 gals and over
and truck repairman

GROUP 5: Dump trucks, 65 yds. and over; Holland hauler; Low
bed Heavy Duty Transport over 7 axles

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing
operation to which welding is incidental.

================================================================

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29CFR 5.5 (a) (1) (ii)).

----------------------------------------------------------------

The body of each wage determination lists the classification
and wage rates that have been found to be prevailing for the
cited type(s) of construction in the area covered by the wage
determination. The classifications are listed in alphabetical
order of "identifiers" that indicate whether the particular
rate is union or non-union.

Union Identifiers

An identifier enclosed in dotted lines beginning with
characters other than "SU" denotes that the union
classification and rate have found to be prevailing for that
classification. Example: PLUM0198-005 07/01/2011. The first
four letters , PLUM, indicate the international union and the
four-digit number, 0198, that follows indicates the local union
number or district council number where applicable , i.e.,
Plumbers Local 0198. The next number, 005 in the example, is
an internal number used in processing the wage determination.
The date, 07/01/2011, following these characters is the
effective date of the most current  negotiated rate/collective
bargaining agreement which would be July 1, 2011 in the above
example.

ATTACHMENT E

Union prevailing wage rates will be updated to reflect any changes in the collective bargaining agreements governing the rates.

0000/9999: weighted union wage rates will be published annually each January.

Non-Union Identifiers

Classifications listed under an "SU" identifier were derived from survey data by computing average rates and are not union rates; however, the data used in computing these rates may include both union and non-union data. Example: SULA2004-007 5/13/2010. SU indicates the rates are not union majority rates, LA indicates the State of Louisiana; 2004 is the year of the survey; and 007 is an internal number used in producing the wage determination. A 1993 or later date, 5/13/2010, indicates the classifications and rates under that identifier were issued as a General Wage Determination on that date.

Survey wage rates will remain in effect and will not change until a new survey is conducted.

----------------------------------------------------------------

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

      Branch of Construction Wage Determinations
      Wage and Hour Division
      U.S. Department of Labor
      200 Constitution Avenue, N.W.
      Washington, DC 20210

W91238-14-R-0001
Attachment 4

2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

    Wage and Hour Administrator
    U.S. Department of Labor
    200 Constitution Avenue, N.W.
    Washington, DC 20210

The request should be accompanied by a full statement of the
interested party's position and by any information (wage
payment data, project description, area practice material,
etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative
Review Board (formerly the Wage Appeals Board).  Write to:

    Administrative Review Board
    U.S. Department of Labor
    200 Constitution Avenue, N.W.
    Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

================================================================

    END OF GENERAL DECISION



## ATTACHMENT F
## CONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

**GILBANE FEDERAL Project Name and Location**_____

**GILBANE FEDERAL PO/Subcontract Number**_____

**Progress Payment $**_____

**Release:  Gilbane Federal Company** (formerly and also known as Innovative Technical Solutions, Inc.) ("GILBANE") proposes to pay the below-named GILBANE FEDERAL subcontractor or supplier ("Subcontractor") the above-shown Progress Payment. Subcontractor agrees that, once such Progress Payment has been duly paid and received by Subcontractor, Subcontractor hereby dismisses, releases and forever discharges GILBANE FEDERAL, GILBANE FEDERAL's client, GILBANE FEDERAL's successors, assigns, directors, officers, agents, and employees, GILBANE FEDERAL's sureties, GILBANE FEDERAL's bonds, any owner of the Project site, and the Project site itself (collectively, the "Released Entities") from all Miller Act or other claims, mechanics or other liens, stop notices, causes of action, change orders,  and obligations of any nature arising out of the performance of, or in any way connected with, the above-named PO/Subcontract, excepting only any such claims which have not yet in any way accrued or arisen as of the effective date shown below.

**Lower Tier Subs & Cert Payroll:**  As additional consideration for the Progress Payment, Subcontractor hereby certifies and represents that: a)  Subcontractor has already made or will within ten days after receipt of the Progress Payment make full payment of all costs, charges and expenses incurred by Subcontractor or on Subcontractor's behalf for work, labor, services, materials and equipment thus far supplied to the above-named Project and/or used in connection with Subcontractor's work under the PO/Subcontract, b) each of Subcontractor's subcontractors and suppliers has in turn similarly already made or will immediately make full payment of all costs, charges, and expenses incurred by them for work, labor, services, materials and equipment in any way provided to such Project, and c) Subcontractor has thus far submitted to GILBANE FEDERAL accurate and complete certified payrolls if required to do so by the Subcontract/PO.

**Indemnity:**  In addition, Subcontractor shall indemnify and hold harmless the Released Entities from and against all costs, losses, damages, bond or other claims, causes of action, judgments, and expenses, including attorneys' fees, arising out of or in connection with the performance of the PO/Subcontract, as amended, which may be asserted by Subcontractor or any of its subcontractors, suppliers, representatives, officers, agents or employees.

**Ongoing Warranty and Representations:**  Subcontractor warrants and represents that: a) all product and other warranties made in the Subcontract/PO by Subcontractor and/or its suppliers, and all other terms of the Subcontract/PO not specifically modified herein, remain in place and are fully enforceable in accordance with their terms,  b)  the  Subcontract/PO has been safely performed thus far without any deaths, serious injuries or lost time or reportable  accidents of any kind involving Subcontractor's employees, Subcontractor's lower tier subs' employees or third parties, and c) Subcontractor has fully complied with (and will continue to fully comply with) all ethical requirements of the FAR and DFARS applicable to the Subcontract/PO, including but not limited to:  FAR 52.207-6, 52.203-7, 52.203-11, 52.203-13, 52.203-15, and 52.204-11.

**Survival:**  Nothing in the foregoing shall relieve Subcontractor of any of its ongoing duties under such PO/Subcontract, including without limitation, warranties, guarantees, and indemnities.

**Further Acts:**  Subcontractor shall cooperate fully and will execute any and all supplementary documents that may be necessary or appropriate to give full force to the basic terms and intent of this Release.  Where this Release has been conclusively shown to violate any applicable law, it shall thereupon be deemed minimally modified to comply with such law, while still retaining its basic final binding release characteristics.

## ALL THE FOREGOING IS ACKNOWLEDGED AND AGREED:

Subcontractor Name _____

Authorized Signature _____   **Effective Date** _____201\_\_\_\_\_



Print Name and Title_____

# ATTACHMENT F
## CONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

**GILBANE FEDERAL Project Name and Location**_____

**GILBANE FEDERAL PO/Subcontract Number**_____

**Final Payment $**_____

**Release:  Gilbane Federal Company** (formerly and also known as Innovative Technical Solutions, Inc.) ("GILBANE") proposes to pay the below-named GILBANE FEDERAL subcontractor or supplier ("Subcontractor") the above-shown Final Payment. Subcontractor agrees that, once such Final Payment has been duly paid and received by Subcontractor, Subcontractor hereby dismisses, releases and forever discharges GILBANE FEDERAL, GILBANE FEDERAL's client, GILBANE FEDERAL's successors, assigns, directors, officers, agents, and employees, GILBANE FEDERAL's sureties, GILBANE FEDERAL's bonds, any owner of the Project site, and the Project site itself (collectively, the "Released Entities") from all Miller Act or other claims, mechanics or other liens, stop notices, causes of action, change orders,  and obligations of any nature arising out of the performance of, or in any way connected with, the above-named PO/Subcontract.

**Lower Tier Subs & Cert Payroll:**  As additional consideration for the Final Payment, Subcontractor hereby certifies and represents that: a)  Subcontractor has already made or will within ten days after receipt of the Final Payment make full payment of all costs, charges and expenses incurred by Subcontractor or on Subcontractor's behalf for work, labor, services, materials and equipment supplied to the above-named Project and/or used in connection with Subcontractor's work under the PO/Subcontract, b) each of Subcontractor's subcontractors and suppliers has in turn similarly already made or will immediately make full payment of all costs, charges, and expenses incurred by them for work, labor, services, materials and equipment in any way provided to such Project, and c) Subcontractor has submitted to GILBANE FEDERAL accurate and complete certified payrolls if required to do so by the Subcontract/PO.

**Indemnity:**  In addition, Subcontractor shall indemnify and hold harmless the Released Entities from and against all costs, losses, damages, bond or other claims, causes of action, judgments, and expenses, including attorneys' fees, arising out of or in connection with the performance of the PO/Subcontract, as amended, which may be asserted by Subcontractor or any of its subcontractors, suppliers, representatives, officers, agents or employees.

**Ongoing Warranty and Representations:**  Subcontractor warrants and represents that: a) all product and other warranties made in the Subcontract/PO by Subcontractor and/or its suppliers, and all other terms of the Subcontract/PO not specifically modified herein, remain in place and are fully enforceable in accordance with their terms, b)  the  Subcontract/PO has been safely completed without any deaths, serious injuries or lost time or reportable  accidents of any kind involving Subcontractor's employees,  Subcontractor's lower tier subs' employees or third parties, and c) Subcontractor has fully complied with (and will continue to fully comply with) all ethical requirements of the FAR and DFARS applicable to the Subcontract/PO, including but not limited to:  FAR 52.207-6, 52.203-7, 52.203-11, 52.203-13, 52.203-15, and 52.204-11.

**Survival:**  Nothing in the foregoing shall relieve Subcontractor of any of duties under such PO/Subcontract which by their nature survive completion or termination of the PO/Subcontract, including without limitation, warranties, guarantees, and indemnities.

**Further Acts:**  Subcontractor shall cooperate fully and will execute any and all supplementary documents that may be necessary or appropriate to give full force to the basic terms and intent of this Release.  Where this Release has been conclusively shown to violate any applicable law, it shall thereupon be deemed minimally modified to comply with such law, while still retaining its basic final binding release characteristics.

## ALL THE FOREGOING IS ACKNOWLEDGED AND AGREED:

Subcontractor Name _____



Authorized Signature _____   **Effective Date** _____ 201_____

Print Name and Title_____

# APPLICATION AND CERTIFICATE FOR PAYMENT

| TO: | Gilbane Federal Company | PROJECT: | General Purpose Warehouse | | APPLICATION NO: | 1 |
|---|---|---|---|---|---|---|
| | 1891 N. Gaffey Street, Ste 211 | | Tracy, CA | | PERIOD TO: | |
| | San Pedro, CA  90731 | | | | PROJECT NOS: | J14400TG07 |
| | kreinmuth@gilbaneco.com | | | | CONTRACT DATE: | |
| FROM CONTRACTOR: | | SUBCONTRACT #: | | | | |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment as shown below, in connection with the Contract.
Continuation sheet is attached.

| | | |
|---|---|---:|
| 1. | ORIGINAL CONTRACT SUM.............................................. | - |
| 2. | Net change by Change Orders........................................ | 0.00 |
| 3. | CONTRACT SUM TO DATE............................................. | 0.00 |
| 4. | TOTAL COMPLETED & STORED TO DATE....................... | 0.00 |
| 5. | RETAINAGE            10% | |
| a. | | |
| | Total Retainage | 0.00 |
| 6. | TOTAL EARNED LESS RETAINAGE.................................. | 0.00 |
| | (Line 4 less Line 5 Total) | |
| 7. | LESS PREVIOUS CERTIFICATES FOR PAYMENT............ | - |
| | (Line 6 from prior certification) | |
| 8. | CURRENT PAYMENT DUE................................................ | 0.00 |
| 9. | BALANCE TO FINISH, INCLUDING RETAINAGE | |
| | (Line 3 less Line 4) | 0.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by owner | 0.00 | 0.00 |
| Total Pending / Total approved this month | 0.00 | |
| TOTALS | 0.00 | 0.00 |
| NET CHANGES by Change Order | | 0.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge,  information and the belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents,  that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner,  and that current payment shown herein is now due.

CONTRACTOR:

By:_____     Date:_____

State of:
County of:

Subscribed and sworn to before me on this _____ day of _____, 2015

Notary Public:

My Commission expires:

## CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on the on-site observations and the data comprising this application,  the architect certifies to the Owner that to the best of the Architect's knowledge,  information and belief the Work has progressed as indicated,  the quality of the Work is in accordance with the Contract Documents, and the contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED..............................................$_____
ARCHITECT:

By:_____     Date:_____

This certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Insuance, payment and acceptance of payment are without prejudice to any rights of Owner or Contractor under this Contract

# CONTINUATION SHEET

General Purpose Warehouse

APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractors's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO:    1
APPLICATION DATE:    3/8/2015
PERIOD TO:    1/0/00

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION | THIS PERIOD | | | | | |
| 1 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 29 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 31 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 32 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 33 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 34 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 35 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 36 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 37 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 38 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CHANGE ORDERS | | | | | | | | |
| | C.O. #1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | GRAND TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |

**CONTINUATION SHEET** — General Purpose Warehouse

APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 1
APPLICATION DATE: 3/9/2015
PERIOD TO: 1/0/00

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | | BALANCE TO FINISH (C - G) | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION | THIS PERIOD | | | % (G / C) | | RETAINAGE |
| 1 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 29 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 31 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 32 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 33 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 34 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 35 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 36 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 37 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 38 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CHANGE ORDERS | | | | | | | | |
| | C.O. #1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **GRAND TOTAL** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |