EILEEN M. DIEPENBROCK (SBN 119254)
CHRIS A. McCANDLESS (SBN 210085)
JONATHAN R. MARZ (SBN 221185)
DIEPENBROCK ELKIN LLP
500 Capitol Mall, Suite 2200
Sacramento, CA 95814
Telephone: 916-492-5000
Facsimile: 916-446-2640
ediependbrock@diepenbrock.com
cmccandless@diepenbrock.com
jmarz@diepenbrock.com

Attorneys for Use-Plaintiff/Plaintiff
URATA AND SONS CONCRETE, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISCTRICT OF CALIFORNIA**

| | |
|---|---|
| URATA AND SONS CONTRETE, INC. | Case No. 2:17-cv-02635-MCE-AC |
| Plaintiff(s)/Petitioner(s), | **STIPULATION AND ORDER SUBMITTING CASE TO PRIVATE ARBITRATION AND STAYING LAWSUIT** |
| v. | |
| GILBANE FEDERAL, ET AL., | |
| Defendant(s)/Respondent(s) | |

United States of America for the Use and Benefit of Urata & Sons Concrete, Inc. ("Urata"), Urata, Gilbane Federal ("Gilbane") and Travelers Casualty and Surety Company of America ("Travelers") (each individually a "Party" and collectively the "Parties") hereby stipulate as follows:

1.      Pursuant to the subcontract between Gilbane and Urata ("Subcontract"), there is an arbitration clause which governs the disputes set forth in this lawsuit.

2.      The Parties agree to resolve all of their disputes at issue in this lawsuit, including any transactionally-related claims by Gilbane against Urata, through binding, private arbitration in accordance with the Subcontract, with the exception that the arbitration shall be administered by JAMS in accordance with its Engineering and Construction Arbitration Rules and Procedures.

3.      Urata's complaint in this lawsuit shall serve as its demand in arbitration.

4.    The Parties agree that their disputes shall be resolved by a single arbitrator, that arbitration shall be venued in Walnut Creek, California, and that any award shall be a reasoned award.

5.    The Parties agree that answering statements shall be filed in the arbitration in response to any demand or counterclaim, which answering statement shall include any applicable affirmative defenses.

6.    This lawsuit shall be stayed in its entirety pending the final disposition of the underlying arbitration between the Parties.

7.    Any arbitration award shall be subject to confirmation in this lawsuit.

Dated: January 24, 2018          DIEPENBROCK ELKIN GEASON LLP


                                 By: */s/ Eileen M. Diepenbrock*
                                     Eileen Diepenbrock
                                     Chris A. McCandless
                                     Jonathan R. Marz
                                     Attorneys for Use Plaintiff/Plaintiff
                                     URATA & SONS CONCRETE, INC.


Dated: January 24, 2018          VARELA, LEE, METZ & GUARINO, LLP


                                 By: /s/ Andrew Van Ornum
                                     Nicholas A. Merrell
                                     Andrew Van Ornum
                                     Attorneys for Defendants GILBANE FEDERAL and
                                     TRAVELERS CASUALTY AND SURETY
                                     COMPANY OF AMERICA

1

2
**<u>ORDER</u>**

3
      Pursuant to the stipulation of the Parties, this action shall be STAYED in its entirety

4
pending final disposition of the underlying arbitration between the Parties.  The parties are

5
ordered to file a Joint Status Report regarding the status of the arbitration every sixty (60) days

6
from the date of this Order, and an additional Joint Status Report not later than twenty (20) days

7
after final disposition of the underlying arbitration.

8
      IT IS SO ORDERED.

9

10
              Dated:  January 29, 2018

11
              MORRISON C. ENGLAND, JR

12
              UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER SUBMITTING CASE TO PRIVATE ARBITRATION AND STAYING LAWSUIT

# CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I hereby certify that on the 24th day of January, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

***Attorney for Defendants GILBANE FEDERAL***
***and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA***
Nicholas A. Merrell (SBN 240795)
Andrew Van Ornum (SBN 214040)
Varela, Lee, Metz & Guarino, LLP
333 Bush Street, Suite 1500
San Francisco, CA 94104
T: (415) 623.7000 F: (415) 623.7001)
E: avanornum@vlmglaw.com
   nmerrell@vlmglaw.com

/s/ *Eileen M. Diepenbrock*
Attorney for Use-Plaintiff/Plaintiff
URATA AND SONS CONCRETE, INC.
EILEEN M. DIEPENBROCK (SBN 119254)
DIEPENBROCK ELKIN LLP
500 Capitol Mall, Suite 2200
Sacramento, CA 95814
Telephone:   916-492-5000
Facsimile:   916-446-2640
ediependbrock@diepenbrock.com